# INDEX OF EXHIBITS

| | |
|---|---|
| A | Policy |
| B | Change of Beneficiary Form |
| C | Chance of Ownership Form |
| D | Claim Form for Nicole |
| E | Claim Form for Monica |
| F | Claim Form for William Keene |

HARVEY KRUSE
ATTORNEYS & COUNSELORS   A PROFESSIONAL CORPORATION
1050 WILSHIRE DRIVE, SUITE 320, TROY, MICHIGAN 48084-1526   248-649-7800