# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Nationwide Life Insurance Company, | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 11-12422 |
| v. | ) | |
| William Keene, et al, | ) | Hon. Avern Cohn |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:  William Keene

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Michael F Schmidt
    1050 Wilshire Drive
    Suite 320
    Troy, MI 48084

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/ T McGovern
*Signature of Clerk or Deputy Clerk*

Date of Issuance: June 3, 2011



# Summons and Complaint Return of Service

Case No. 11-12422
Hon. Avern Cohn

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: William Keene

Date of Service: _____

## Method of Service

___ Personally served at this address:
_____
_____
_____

___ Left copies at the usual place of abode with (name of person):
_____
_____
_____

___ Other (specify):
_____
_____
_____

___ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**  Travel $_____  Service $_____  Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Nationwide Life Insurance Company, | ) | |
| *Plaintiff,* | ) ) ) ) | Civil Action No. 11-12422 |
| v. | ) ) | |
| William Keene, et al, | ) ) ) | Hon. Avern Cohn |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:     Jennifer Keene

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Michael F Schmidt
   1050 Wilshire Drive
   Suite 320
   Troy, MI 48084

   If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/ T McGovern
*Signature of Clerk or Deputy Clerk*

Date of Issuance: June 3, 2011



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 11-12422
Hon. Avern Cohn

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: Jennifer Keene

Date of Service:

## Method of Service

___ Personally served at this address:

___ Left copies at the usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Nationwide Life Insurance Company, | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  11-12422 |
| v. | ) | |
| William Keene, et al, | ) | Hon.  Avern Cohn |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:     Monica Lynn Lupiloff

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Michael F Schmidt
    1050 Wilshire Drive
    Suite 320
    Troy, MI 48084

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*     By: s/ T McGovern
                                          *Signature of Clerk or Deputy Clerk*

                                          Date of Issuance:  June 3, 2011



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 11-12422
Hon. Avern Cohn

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Monica Lynn Lupiloff

Date of Service: _____

## Method of Service

___  Personally served at this address:
_____
_____
_____

___  Left copies at the usual place of abode with (name of person):
_____
_____
_____

___  Other (specify):
_____
_____
_____

___  Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**     Travel $_____     Service $_____     Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Nationwide Life Insurance Company, | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 11-12422 |
| v. | ) | |
| William Keene, et al, | ) | Hon. Avern Cohn |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: Nicole Renee Lupiloff

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Michael F Schmidt
> 1050 Wilshire Drive
> Suite 320
> Troy, MI 48084

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/ T McGovern
*Signature of Clerk or Deputy Clerk*

Date of Issuance: June 3, 2011



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 11-12422
Hon. Avern Cohn

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: Nicole Renee Lupiloff

Date of Service:

## Method of Service

___ Personally served at this address:

___ Left copies at the usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:**  Travel $_____  Service $_____  Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Nationwide Life Insurance Company, | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 11-12422 |
| v. | ) | |
| William Keene, et al, | ) | Hon. Avern Cohn |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: Nicole Renee Lupiloff, Personal Representative of Gary Lupiloff, Deceased

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael F Schmidt
1050 Wilshire Drive
Suite 320
Troy, MI 48084

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*    By: s/ T McGovern
*Signature of Clerk or Deputy Clerk*

Date of Issuance: June 3, 2011



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 11-12422
Hon. Avern Cohn

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Nicole Renee Lupiloff, Personal Representative of Gary Lupiloff, Deceased

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at the usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address: