UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONWIDE LIFE INSURANCE COMPANY,
a foreign corporation,

        Plaintiff,                        Case No. 2:11-cv-12422-AC-MKM

v.                                        Hon. Avern Cohn

WILLIAM KEENE, JENNIFER KEENE,
MONICA LYNN LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE
ESTATE OF GARY LUPILOFF, DECEASED,

        Defendants.

| | |
|---|---|
| Michael F. Schmidt (P25213) | John H. Bredell (P36577) |
| Harvey Kruse, P.C. | Bredell & Bredell |
| Attorney for Plaintiff | Attorney for Defendants, William |
| 1050 Wilshire Drive, Suite 320 | & Jennifer Keene |
| Troy, MI  48084 | 119 N. Huron Street |
| 248-649-7800 | Ypsilanti, MI  48197 |
| | 734-482-5000 |

## **APPEARANCE**

TO:    Clerk of the Court
          U.S.D.C. for the Eastern District of Michigan, Southern Division

        Please enter the Appearance of the law firm of Bredell and Bredell for and on behalf

of Defendants, William Keen and Jennifer Keene, in the above captioned matter.

                            Respectfully submitted:

                            /s/ John H. Bredell
                            John H. Bredell (P36577)
                            Attorney for Plaintiff
                            119 North Huron Street
                            Ypsilanti, MI   48197
                            (734) 482-5000
                            jbredell@bredell.com

# NOTICE OF APPEARANCE

To:     Mr. Michael F. Schmidt (P25213)
         1050 Wilshire Drive, Suite 320
         Troy, Michigan  48084

    **PLEASE TAKE NOTICE** that the law firm of Bredell and Bredell has entered its

Appearance for and on behalf of William Keene and Jennifer Keene, in the above matter.

    Respectfully submitted:


    /s/ John H. Bredell
    John H. Bredell (P36577)
    Attorney for Plaintiff
    119 North Huron Street
    Ypsilanti, MI   48197
    (734) 482-5000
    jbredell@bredell.com
    P36577


# CERTIFICATE OF SERVICE

    I hereby certify that on June 17, 2011, I electronically filed the foregoing paper and all exhibits with the Clerk of the Court, using the ECF system which will send notification of such filing to the following:  Michael F. Schmidt, 1050 Wilshire Drive, Suite 320, Troy, Michigan 48084.

    /s/  John H. Bredell
    John H. Bredell
    Attorney for Plaintiff
    119 N. Huron Street
    Ypsilanti, Michigan  48197
    Phone:  (734) 482-5000
    E-mail:  jbredell@bredell.com
    P36577