UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Nationwide Life Insurance
Company,

                    Plaintiff(s),

v.                                          Case No. 2:11–cv–12422–AC–MKM
                                            Hon. Avern Cohn
William Keene, et al.,

                    Defendant(s).

_____


**NOTICE TO APPEAR**

   You are hereby notified to appear before the Honorable Avern Cohn, Theodore Levin U.S. Courthouse, 231 West Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  July 19, 2011 at 02:00 PM


**Certification**

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

                         By: s/ J. Owens_____
                              Case Manager


Dated:   June 17, 2011