UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONWIDE LIFE INSURANCE COMPANY,
a foreign corporation,

        Plaintiff,

vs.

        Case No.   11-cv-12422-AC-MKM
        Hon. Avern Cohn

WILLIAM KEENE, JENNIFER KEENE,
MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,

        Defendants.

_____/

| Michael F. Schmidt P25213 | Albert L. Holtz P15088 |
|---|---|
| Attorneys for Plaintiff | Attorney for Monica Lupiloff, Nicole Lupiloff |
| 1050 Wilshire Drive, Suite 320 | and Nicole Lupiloff, Per Rep of the Estate of |
| Troy, MI 48084 | Gary Lupiloff, Deceased |
| (248)649-7800 | 3910 Telegraph Road, Suite 200 |
| | Bloomfield Hills, MI 48302 |
| | (248)593-5000 |

_____/

## **PROOF OF SERVICE**

       **JANICE A. ALBERTSON**, being first duly sworn, deposes and says that on the 22nd day

of June, 2011 per attached certified/registered mail green cards show proof that a summons and

complaint for interpleader and declaratory relief was served upon all defendants at the addresses

shown.

                              /s/Janice A. Albertson
                              JANICE A. ALBERTSON

Subscribed and sworn to before me
this 22nd day of June, 2011
/s/Elizabeth L. LeClerc
Notary Public, Oakland County
My Commission Expires: 5/26/20

HARVEY KRUSE
A PROFESSIONAL CORPORATION
ATTORNEYS & COUNSELORS
1050 WILSHIRE DRIVE, SUITE 320, TROY, MICHIGAN 48084-1526  248-649-7800

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. William Keene
2704 Brockman
Ann Arbor, MI 48104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                      ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery

Bill Keene   6-12-11

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☑ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number
   (*Transfer from service label*)   7006 3450 0002 8396 6784

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. Jennifer Keene
2704 Brockman
Ann Arbor, MI 48104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                      ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery

Bill Keene   6-12-11

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☑ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number
   (*Transfer from service label*)   7006 3450 0002 8396 6616

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Mindll_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
L Mindill   6-9-11

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Ms. Nicole Renee Lupiloff
as Per. Rep. of the Estate of Gary
H. Lupiloff, Deceased
C/o Albert Holtz Esq.
3910 Telegraph Rd Ste 200
Bloomfield Hills, MI 48302

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7006 3450 0002 8396 6623

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Mindll_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
L Mindell

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Ms. Nicole Renee Lupiloff
C/o Albert Holtz Esq.
3910 Telegraph Road, Ste 200
Bloomfield Hills, MI 48302

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7006 3450 0002 8396 6579

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _____   ☐ Agent   ☐ Addressee <br> B. Received by ( *Printed Name* )   C. Date of Delivery   6-9-11 |
| 1. Article Addressed to: <br><br> Ms. Monica Lynn Lupiloff <br> C/o Albert Holtz Esq. <br> 3910 Telegraph Rd ste 200 <br> Bloomfield Hills, MI 48302 | D. Is delivery address different from item 1?   ☐ Yes <br>    If YES, enter delivery address below:   ☐ No <br><br> 3. Service Type <br> ☑ Certified Mail   ☐ Express Mail <br> ☑ Registered   ☐ Return Receipt for Merchandise <br> ☐ Insured Mail   ☐ C.O.D. <br> 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number <br> *(Transfer from service label)* | 7006 3450 0002 8396 6609 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540