UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONWIDE LIFE INSURANCE COMPANY,
a foreign corporation,

       Plaintiff,

vs.

WILLIAM KEENE, JENNIFER KEENE,
MONICA LYNN LUPILOFF, NICOLE RENEE
LUPILOFF, and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE
ESTATE OF GARY LUPILOFF, Deceased,

       Defendants.

Civil Action
No. 2:11-cv-12422-AC-MKM

Honorable Avern Cohn

---

Michael F. Schmidt (P25213)
Harvey, Kruse, P.C.
Attorney for Plaintiff
1050 Wilshire Drive, Suite 320
Troy, Michigan 48084
Telephone:  (248) 649-7800

John H. Bredell (P36577)
Bredell & Bredell
Attorney for Defendants,
William and Jennifer Keene
119 N. Huron Street
Ypsilanti, Michigan 48197
Telephone: (734) 482-5000

Albert L. Holtz   (P15088)
Albert L. Holtz, P.C.
Attorney for Monica Lupiloff, Nicole Lupiloff
and Nicole Lupiloff, Personal Representative of
the Estate of Gary Lupiloff, Deceased
3910 Telegraph Road, Suite 200
Bloomfield Hills, Michigan 48146

Geoffrey N. Fieger   (P30441)
Jeffrey A. Danzig   (P36571)
Fieger, Fieger, Kenney & Giroux, P.C.
Co-Counsel for Monica Lupiloff,
Nicole Lupiloff and Nicole Lupiloff,
Personal Representative of the Estate of
Gary Lupiloff, Deceased
19390 West Ten Mile Road
Southfield, Michigan 48075
Telephone:  (248) 355-5555

## APPEARANCE

To:   Clerk of the Court
      All Attorneysof Record:

**PLEASE ENTER OUR APPEARANCE** as Co-Counsel for Defendants, MONICA

LYNN LUPILOFF, NICOLE RENEE LUPILOFF, and NICOLE RENEE LUPILOFF,

PERSONAL REPRESENTATIVE OF THE ESTATE OF GARY LUPILOFF, Deceased in the

above-entitled cause of action.

<div style="margin-left:40%">

Respectfully submitted,
Fieger, Fieger, Kenney & Giroux, P.C.

By: /s/Jeffrey A. Danzig
   GEOFFREY N. FIEGER (P30441)
   JEFFREY A. DANZIG (P36571)
Attorneys for Plaintiffs
19390 West Ten Mile Road
Southfield, Michigan  48075
Telephone:   (248) 355-5555

</div>

Dated:   July 29, 2011.