# EXHIBIT

# 1

OFIR Insurance Entities Authorized to do Business in Michigan http://www.dleg.state.mi.us/fis/ind_srch/ins_comp/all_company_list.asp
Case 2:11-cv-12422-AC-MKM ECF No. 36-2, PageID.441 Filed 09/13/11 Page 2 of 4

LARA
Department of Licensing and Regulatory Affairs

MICHIGAN.GOV
Michigan's Official Web Site

Michigan.gov Home    LARA Home | Sitemap | Contact | Online Services | Agencies

<Enter New Search Criteria for Insurance Entities>

## OFIR Insurance Entities Authorized to do Business in Michigan

You searched for **Insurance Entities** with values **Insurance Entity contains** Nationwide life insurance

| Insurance Entity | NAIC # | State of Domicile | Ownership Type |
|---|---|---|---|
| NATIONWIDE LIFE INSURANCE COMPANY<br>1 W Nationwide Blvd # Dspf 76<br>Columbus, OH 43215-2220 | 66869 | OH | Stockholder |

Top of Page

Michigan.gov Home | LARA Home | LARA Contact | State Web Sites
Privacy Policy | Link Policy | Accessibility Policy | Security Policy

Copyright © 2001- 2011 State of Michigan

1 of 1 8/16/2011 8:22 AM



NAIC Consumer Information Source https://eapps.naic.org/cis/writingReport.do?entityId=7244

NAIC
National Association of Insurance Commissioners
& The Center for Insurance Policy and Research

HOME | ABOUT THE NAIC | EMPLOYMENT | HELP | CONTACT US

Search

STATES & JURISDICTION MAP | COMMITTEES & ACTIVITIES | MARKETS/INVESTMENT ANALYSIS | MEMBERS & REGULATORS

Consumer Information Source COMPANY SEARCH HOW TO FILE A COMPLAINT HELP

**Nationwide Life Ins Co**
**NAIC#:** 66869 **Home Office:** Ohio
**Business Type:** Life/Accident/Health
*Other Reports:* Complaints Financial Information

Company Search Help

**NATIONWIDE LIFE INS CO**
**LICENSED STATE REPORT**
**YEAR END 2010**

Below is information supplied by Nationwide Life Ins Co per their most recent annual filling. For more information, please refer to the Help.

| State | Active Status | Direct Business Written |
|---|---|---|
| Alabama | L | $109891305 |
| Alaska | L | $15933826 |
| American Samoa | N | $62432 |
| Arizona | L | $384311543 |
| Arkansas | L | $76402937 |
| California | L | $1064882151 |
| Colorado | L | $151564067 |
| Connecticut | L | $135724519 |
| Delaware | L | $107467021 |
| District Of Columbia | L | $21963104 |
| Florida | L | $871096843 |
| Georgia | L | $237197664 |
| Guam | L | $2993172 |
| Hawaii | L | $61091983 |
| Idaho | L | $63665445 |
| Illinois | L | $474283094 |
| Indiana | L | $162300012 |
| Iowa | L | $64649121 |
| Kansas | L | $68035339 |
| Kentucky | L | $88256105 |
| Louisiana | L | $111482379 |
| Maine | L | $34061553 |
| Maryland | L | $195914638 |
| Massachusetts | L | $277111871 |
| Michigan | L | $292076979 |
| Minnesota | L | $145950496 |
| Mississippi | L | $21495869 |
| Missouri | L | $167833002 |
| Montana | L | $10178534 |
| Nebraska | L | $43429883 |
| Nevada | L | $45249164 |
| New Hampshire | L | $33842438 |
| New Jersey | L | $367579636 |

**Company Search for Complaint and Financial Information**

**Company Name or Company Code** *

**Consumer's Resident State:** *
[Select State]

**Statement Type:**
All

**Business Type:**
All

Find a Company

*Global Receivership Information Database*

GRID is a voluntary database provided by the state insurance departments to report information on insurer receiverships for consumers, claimants, and guaranty funds.

1 of 2 8/16/2011 8:23 AM

| | | |
|---|---|---|
| New Mexico | L | **$45947690** |
| New York | L | **$1129460867** |
| North Carolina | L | **$217346325** |
| North Dakota | L | **$14090590** |
| Northern Mariana Islands | N | $0 |
| Ohio | L | **$697030678** |
| Oklahoma | L | **$76214205** |
| Oregon | L | **$113090313** |
| Pennsylvania | L | **$534785491** |
| Puerto Rico | L | **$18604517** |
| Rhode Island | L | **$54010798** |
| South Carolina | L | **$66351489** |
| South Dakota | L | **$8679952** |
| Tennessee | L | **$163526573** |
| Texas | L | **$569726059** |
| U.S. Virgin Islands | L | **$1138029** |
| Utah | L | **$31670527** |
| Vermont | L | **$19264460** |
| Virginia | L | **$172879774** |
| Washington | L | **$181554898** |
| West Virginia | L | **$48065588** |
| Wisconsin | L | **$219947830** |
| Wyoming | L | **$7545058** |

| **Legend for Active Status column** | |
|---|---|
| **L - Licensed or Chartered** | Licensed Carrier and Domiciled Risk Retention Groups. In some states referred to as admitted. |
| **R - Registered** | Non-domiciled Risk Retention Group |
| **E - Eligible** | Reporting Entities eligible or approved to write Surplus Lines in the state. In some states referred to as non-admitted. |
| **N - None of the above** | Not allowed to write business in the state. |
| **Q - Qualified Reinsurance** | |
| **"-" - Unknown** | Status could not be determined |

OLTPPROD Report Date: 8/16/2011

© 1990 - 2011 National Association of Insurance Commissioners. All rights reserved.