UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONWIDE LIFE INSURANCE COMPANY,
a foreign corporation,

   Plaintiff/Counter-Defendant,

vs.

Case No.   11-cv-12422-AC-MKM
Hon. Avern Cohn

WILLIAM KEENE, JENNIFER KEENE,
MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,

   Defendants,

and

MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,

   Defendants/Counter-Plaintiffs and Cross-Plaintiffs,

vs.

WILLIAM KEENE, JENNIFER KEENE,
Individually, jointly and severally,

   Defendants/Cross-Defendants.

_____/

| | |
|---|---|
| Michael F. Schmidt P25213<br>Nathan Peplinski P66596<br>Attorneys for Plaintiff<br>1050 Wilshire Drive, Suite 320<br>Troy, MI  48084<br>(248)649-7800 | Albert L. Holtz P15088<br>Attorney for Monica Lupiloff, Nicole Lupiloff<br>and Nicole Lupiloff, Per Rep of the Estate of<br>Gary Lupiloff, Deceased<br>3910 Telegraph Road, Suite 200<br>Bloomfield Hills, MI  48302<br>(248)593-5000 |

HARVEY KRUSE
ATTORNEYS & COUNSELORS   A PROFESSIONAL CORPORATION
1050 WILSHIRE DRIVE, SUITE 320, TROY, MICHIGAN 48084-1526   248-649-7800

| | |
|---|---|
| John H. Bredell P36577<br>Attorney for Keenes<br>119 N. Huron Street<br>Ypsilanti, MI 48197<br>(734)482-5000 | Geoffrey N. Fieger P30441<br>Jeffrey A. Danzig P36571<br>Co-Counsel for Monica Lupiloff, Nicole Lupiloff and Nicole Lupiloff, Per Rep of the Estate of Gary Lupiloff, Deceased<br>19390 West Ten Mile Road<br>Southfield, MI 48075<br>(248)355-5555 |

_____/

## **INDEX OF EXHIBITS**

| | |
|---|---|
| Exhibit 1 | Nationwide Corporate Information |
| Exhibit 2 | Interpleader Complaint |
| Exhibit 3 | Keene Defendants' Answer |
| Exhibit 4 | Lupiloff Defendants' Answer |
| Exhibit 5 | Policy |
| Exhibit 6 | Change of Beneficiary Form |
| Exhibit 7 | Change of Ownership Form |
| Exhibit 8 | News Report |
| Exhibit 9 | William's Beneficiary Claim Form |
| Exhibit 10 | Claim Letter |
| Exhibit 11 | Nicole's Beneficiary Claim Form |
| Exhibit 12 | Monica's Beneficiary Claim Form |
| Exhibit 13 | Cross Claim |
| Exhibit 14 | Keene Counter Complaint |

HARVEY KRUSE   A PROFESSIONAL CORPORATION
ATTORNEYS & COUNSELORS
1050 WILSHIRE DRIVE, SUITE 320, TROY, MICHIGAN 48084-1526   248-649-7800