# EXHIBIT

# 1

  

Michigan.gov Home | LARA Home | Sitemap | Contact | Online Services | Agencies

<Enter New Search Criteria for Insurance Entities>

## OFIR Insurance Entities Authorized to do Business in Michigan

You searched for **Insurance Entities** with values   **Insurance Entity contains** Nationwide life insurance

| Insurance Entity | NAIC # | State of Domicile | Ownership Type |
|---|---|---|---|
| NATIONWIDE LIFE INSURANCE COMPANY<br>1 W Nationwide Blvd # Dspf 76<br>Columbus, OH 43215-2220 | 66869 | OH | Stockholder |

Top of Page

Michigan.gov Home  | LARA Home | LARA Contact | State Web Sites
Privacy Policy | Link Policy | Accessibility Policy | Security Policy

Copyright © 2001- 2011 State of Michigan



HOME | ABOUT THE NAIC | EMPLOYMENT | HELP | CONTACT US

[Search]

STATES & JURISDICTION MAP | COMMITTEES & ACTIVITIES | MARKETS/INVESTMENT ANALYSIS | MEMBERS & REGULATORS

Consumer Information Source          COMPANY SEARCH   HOW TO FILE A COMPLAINT   HELP

### Nationwide Life Ins Co
**NAIC#:** 66869    **Home Office:** Ohio
**Business Type:** Life/Accident/Health
*Other Reports:* Complaints   Financial Information

Company Search Help

## NATIONWIDE LIFE INS CO
## LICENSED STATE REPORT
### YEAR END 2010

Below is information supplied by Nationwide Life Ins Co per their most recent annual filling. For more information, please refer to the Help.

**Company Search for Complaint and Financial Information**

**Company Name** or **Company Code** *

[            ]

**Consumer's Resident State:** *
[Select State]

**Statement Type:**
[All]

**Business Type:**
[All]

[Find a Company]



*Global Receivership Information Database*

GRID is a voluntary database provided by the state insurance departments to report information on insurer receiverships for consumers, claimants, and guaranty funds.

| State | Active Status | Direct Business Written |
|---|---|---|
| Alabama | L | $109891305 |
| Alaska | L | $15933826 |
| American Samoa | N | $62432 |
| Arizona | L | $384311543 |
| Arkansas | L | $76402937 |
| California | L | $1064882151 |
| Colorado | L | $151564067 |
| Connecticut | L | $135724519 |
| Delaware | L | $107467021 |
| District Of Columbia | L | $21963104 |
| Florida | L | $871096843 |
| Georgia | L | $237197664 |
| Guam | L | $2993172 |
| Hawaii | L | $61091983 |
| Idaho | L | $63665445 |
| Illinois | L | $474283094 |
| Indiana | L | $162300012 |
| Iowa | L | $64649121 |
| Kansas | L | $68035339 |
| Kentucky | L | $88256105 |
| Louisiana | L | $111482379 |
| Maine | L | $34061553 |
| Maryland | L | $195914638 |
| Massachusetts | L | $277111871 |
| Michigan | L | $292076979 |
| Minnesota | L | $145950496 |
| Mississippi | L | $21495869 |
| Missouri | L | $167833002 |
| Montana | L | $10178534 |
| Nebraska | L | $43429883 |
| Nevada | L | $45249164 |
| New Hampshire | L | $33842438 |
| New Jersey | L | $367579636 |

| | | |
|---|---|---|
| New Mexico | L | $45947690 |
| New York | L | $1129460867 |
| North Carolina | L | $217346325 |
| North Dakota | L | $14090590 |
| Northern Mariana Islands | N | $0 |
| Ohio | L | $697030678 |
| Oklahoma | L | $76214205 |
| Oregon | L | $113090313 |
| Pennsylvania | L | $534785491 |
| Puerto Rico | L | $18604517 |
| Rhode Island | L | $54010798 |
| South Carolina | L | $66351489 |
| South Dakota | L | $8679952 |
| Tennessee | L | $163526573 |
| Texas | L | $569726059 |
| U.S. Virgin Islands | L | $1138029 |
| Utah | L | $31670527 |
| Vermont | L | $19264460 |
| Virginia | L | $172879774 |
| Washington | L | $181554898 |
| West Virginia | L | $48065588 |
| Wisconsin | L | $219947830 |
| Wyoming | L | $7545058 |

| Legend for Active Status column | |
|---|---|
| **L - Licensed or Chartered** | Licensed Carrier and Domiciled Risk Retention Groups. In some states referred to as admitted. |
| **R - Registered** | Non-domiciled Risk Retention Group |
| **E - Eligible** | Reporting Entities eligible or approved to write Surplus Lines in the state. In some states referred to as non-admitted. |
| **N - None of the above** | Not allowed to write business in the state. |
| **Q - Qualified Reinsurance** | |
| **"-" - Unknown** | Status could not be determined |

OLTPPROD                                              Report Date: 8/16/2011

HOME | STAFFNET | EMPLOYMENT | CONTACTS | HELP | SITE MAP | COPYRIGHT & REPRINT INFO | PRIVACY STATEMENT

© 1990 - 2011 National Association of Insurance Commissioners. All rights reserved.