# EXHIBIT

# 10

LAW OFFICE
ALBERT L. HOLTZ, P.C.
3910 TELEGRAPH ROAD, SUITE 200
BLOOMFIELD HILLS, MICHIGAN 48302

TELEPHONE (248) 593-5000

ALBERT L. HOLTZ

OF COUNSEL
LIPSON, NEILSON, COLE,
SELTZER & GARIN, P.C.

FACSIMILE
(248) 203-6329

E-MAIL
aholtz@lipsonneilson.com
lparsons@lipsonneilson.com

8 September 2010

Nationwide Life Insurance Company
One Nationwide Plaza A
Columbus OH 43215-2220

Re:  Estate of Gary H. Lupiloff, deceased
     Policy: L034804300
     Initial face value: $500,000

To Whom It May Concern:

Please be advised that I am an attorney who represents Nicole Lupiloff who is the appointed Personal Representative of the Estate of Gary H. Lupiloff, deceased. Ms. Lupiloff was appointed as Personal Representative by an Oakland County Probate Court order (a copy of which is attached hereto – "Letter of Authority"). Please be advised also that I represent Nicole Lupiloff, individually, as well as her sister, Monica Lupiloff, who are contingent beneficiaries under the subject policy (a copy of which is attached hereto).

Please be advised that one or more of my clients herewith asserts a claim to the proceeds of the policy. It is requested that you pay no one until a determination is made by court order, which I intend to seek. Please acknowledge receipt of this letter and feel free to contact me for any further information you may desire.

Very truly yours,

Albert L. Holtz

Enc.

| Approved, SCAO | | JIS CODE: LET |
|---|---|---|
| STATE OF MICHIGAN<br>PROBATE COURT<br>COUNTY OF OAKLAND | LETTERS OF AUTHORITY FOR<br>PERSONAL REPRESENTATIVE | FILE NO.<br>2010-330,999-DE |

Estate of GARY HARMON LUPILOFF AKA GARRY HARMON                                    Deceased

To:
Name and address
NICOLE LUPILOFF
5465 POSSUM LANE
ORCHARD LAKE MI 48324

Telephone no.

You have been appointed and qualified as _____ personal representative(s) _____ of the estate on July 30, 2010.
Date
You are authorized to perform all acts authorized by law unless exceptions are specified below.

☐ Your authority is limited in the following way:
  ☐ You have no authority over the estate's real estate or ownership interests in a business entity that you identified on your acceptance of appointment.
  ☐ Other restrictions or limitations are:

☒ These letters expire: NO EXPIRATION DATE
Date

July 30, 2010
Date                              Judge (formal proceedings)/Register Jill Koney Daly (informal proceedings)        Bar no.

SEE NOTICE OF DUTIES ON SECOND PAGE

Attorney name (type or print)                Bar no.

Address

City, state, zip                             Telephone no.

I certify that I have compared this copy with the original on file and that it is a correct copy of the original, and on this date, these letters are in full force and effect.

7-30-10
Date                                         Deputy Register

-OCPC-ESTAB-BY-
2010 JUL 30 PM 2:

Do not write below this line – For court use only

FILED _____ 20 ____

Deputy Register of Probate

MCL 700.3103, MCL 700.3307, MCL 700.3
MCL 700.3504, MCL 700.
PC 572 (10/07) LETTERS OF AUTHORITY FOR PERSONAL REPRESENTATIVE    MCR 5.202, MCR 5.206, MCR 5.307, MCR