UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Nationwide Life Insurance
Company,

                    Plaintiff(s),

v.                                              Case No. 2:11–cv–12422–AC–MKM
                                                Hon. Avern Cohn

William Keene, et al.,

                    Defendant(s),

_____


### NOTICE OF MOTION HEARING

   You are hereby notified to appear before District Judge Avern Cohn at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 225.  The following motion(s) are scheduled for hearing:

          Motion to Strike – #35
          Motion for Partial Summary Judgment – #37

   • MOTION HEARING:  December 14, 2011 at 02:00 PM


### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.


                    By: s/J. Owens
                          Case Manager

Dated:   October 20, 2011