UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONWIDE LIFE INSURANCE CO.,

       Plaintiffs,

                                      CIVIL ACTION NO. 11-12422

v.

                                      HONORABLE AVERN COHN

WILLIAM KEENE, et al,

       Defendants.

_____/

**AMENDED SCHEDULING ORDER**

On January 11, 2012 the Court extended discovery by six months. Therefore the scheduling order is amended as follows:

Discovery to be completed by **July 20, 2012.**

Motions to be filed by **August 20, 2012.**

Final Pretrial Conference is set for **Tuesday, November 27, 2012 at 2:00 p.m.**

A Jury Trial is set for **Monday, December 17, 2012 at 9:00 a.m.**

The requirements as set forth in the scheduling order entered on July 19, 2011 remain in effect.

      **SO ORDERED.**

Dated:  January 13, 2012          s/Avern Cohn_____
                              AVERN COHN
                              UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, January 13, 2012, by electronic and/or ordinary mail.

                               s/Julie Owens_____
                              Case Manager, (313) 234-5160