UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONWIDE LIFE INSURANCE COMPANY,
a foreign corporation,
       Plaintiff/Counter-Defendant,

vs.                                                                               Case No.   11-cv-12422-AC-MKM
                                                                              Hon. Avern Cohn

WILLIAM KEENE, JENNIFER KEENE,
MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,
       Defendants,
and

MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,
       Defendants/Counter-Plaintiffs and Cross-Plaintiffs,
vs.

WILLIAM KEENE, JENNIFER KEENE,
Individually, jointly and severally,
       Defendants/Cross-Defendants.
_____/

**STIPULATED ORDER COMPELLING DEFENDANTS, WILLIAM KEENE AND JENNIFER KEENE, TO ANSWER DISCOVERY REQUESTS FROM PLAINTIFF <u>NATIONWIDE LIFE INSURANCE COMPANY</u>**

       The plaintiff, Nationwide Life Insurance Company and the defendants stipulate that William Keene and Jennifer Keene, shall respond to Nationwide's discovery requests,

       IT IS HEREBY ORDERED that the defendants, William Keene and Jennifer Keene, answer the following discovery requests within 14 days:

       1.       Produce the $2,500 dishonored check referred to in response to request number 3.

       2.       Produce all documents in response to discovery request number 6 regarding proofs of any and all payments to Nationwide for premiums.

1

2

      3.    Produce the phone record referred to in response to discovery request number 9(d).

      4.    Produce the statement referred to in discovery request number 14 and any other statements.

      5.    Answer discovery requests 15, 17 and 19 regarding defendant William Keene.

      6.    Respond to discovery request 20 regarding any and all cell phones or home phone numbers in use in July, 2010.

Dated: February 13, 2012        s/Avern Cohn
                                            U. S. District Judge

Approved as to form:

/s/Michael F. Schmidt
Michael F. Schmidt P25213
Attorney for Plaintiff

/s/John H. Bredell
John H. Bredell P36577
Attorney for Keenes