UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONWIDE LIFE INSURANCE COMPANY,
a foreign corporation,

    Plaintiff/Counter-Defendant,

vs.                                                        Case No.   11-cv-12422-AC-MKM
                                                          Hon. Avern Cohn

WILLIAM KEENE, JENNIFER KEENE,
MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,

    Defendants,                                           **INDEX OF EXHIBITS**

and

MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,

    Defendants/Counter-Plaintiffs and Cross-Plaintiffs,

vs.

WILLIAM KEENE, JENNIFER KEENE,
Individually, jointly and severally,

    Defendants/Cross-Defendants.
_____/

Michael F. Schmidt P25213             Albert L. Holtz P15088
Nathan Peplinski P66596               Attorney for Monica Lupiloff, Nicole Lupiloff
Attorneys for Plaintiff                     and Nicole Lupiloff, Per Rep of the Estate of
1050 Wilshire Drive, Suite 320         Gary Lupiloff, Deceased
Troy, MI 48084                             3910 Telegraph Road, Suite 200
(248)649-7800                               Bloomfield Hills, MI 48302
                                              (248)593-5000

**HARVEY KRUSE**
ATTORNEYS & COUNSELORS    A PROFESSIONAL CORPORATION
1050 WILSHIRE DRIVE, SUITE 320, TROY, MICHIGAN 48084-1526   248-649-7800

| | |
|---|---|
| John H. Bredell P36577<br>Attorney for Keenes<br>119 N. Huron Street<br>Ypsilanti, MI 48197<br>(734)482-5000 | Geoffrey N. Fieger P30441<br>Jeffrey A. Danzig P36571<br>Co-Counsel for Monica Lupiloff, Nicole Lupiloff and Nicole Lupiloff, Per Rep of the Estate of Gary Lupiloff, Deceased<br>19390 West Ten Mile Road<br>Southfield, MI 48075<br>(248)355-5555 |

_____/

## INDEX OF EXHIBITS

Exhibit 1      Nationwide Corporate Information

Exhibit 2      Interpleader Complaint

Exhibit 3      Answer to Complaint on behalf of Keene Defendants

Exhibit 4      Answer to Complaint on behalf of Lupiloff Defendants

Exhibit 5      Nationwide Policy of Insurance

Exhibit 6      Jennifer Keene's Discovery Requests

Exhibit 7      William Keene's Discovery Requests

Exhibit 8      Jennifer Keene's Responses to Discovery Requests

Exhibit 9      William Keene's Responses to Discovery Requests

Exhibit 10     October 3, 2011 Letter

Exhibit 11     William Keene's Supplemental Answers to Discovery Requests

Exhibit 12     October 26, 2011 Letter

Exhibit 13     Order Compelling Defendants, William Keene and Jennifer Keene, to Answer Discovery Requests from Plaintiff Nationwide Insurance

HARVEY KRUSE   A PROFESSIONAL CORPORATION
ATTORNEYS & COUNSELORS
1050 WILSHIRE DRIVE, SUITE 320, TROY, MICHIGAN 48084-1526   248-649-7800