# EXHIBIT

# 13

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONWIDE LIFE INSURANCE COMPANY,
a foreign corporation,
    Plaintiff/Counter-Defendant,
vs.

Case No. 11-cv-12422-AC-MKM
Hon. Avern Cohn

WILLIAM KEENE, JENNIFER KEENE,
MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,
    Defendants,
and

MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,
    Defendants/Counter-Plaintiffs and Cross-Plaintiffs,
vs.

WILLIAM KEENE, JENNIFER KEENE,
Individually, jointly and severally,
    Defendants/Cross-Defendants.
_____/

| | |
|---|---|
| Michael F. Schmidt P25213<br>Nathan Peplinski P66596<br>Attorneys for Plaintiff<br>1050 Wilshire Drive, Suite 320<br>Troy, MI 48084<br>(248)649-7800 | Albert L. Holtz P15088<br>Attorney for Monica Lupiloff, Nicole Lupiloff<br>and Nicole Lupiloff, Per Rep of the Estate of<br>Gary Lupiloff, Deceased<br>3910 Telegraph Road, Suite 200<br>Bloomfield Hills, MI 48302<br>(248)593-5000 |
| John H. Bredell P36577<br>Attorney for Keenes<br>119 N. Huron Street<br>Ypsilanti, MI 48197<br>(734)482-5000 | Geoffrey N. Fieger P30441<br>Jeffrey A. Danzig P36571<br>Co-Counsel for Lupiloffs<br>19390 West Ten Mile Road<br>Southfield, MI 48075<br>(248)355-5555 |

_____/

**ORDER COMPELLING DEFENDANTS, WILLIAM KEENE AND JENNIFER KEENE,
TO ANSWER DISCOVERY REQUESTS FROM PLAINTIFF
<u>NATIONWIDE LIFE INSURANCE COMPANY</u>**

1

At a session of said Court held in the Courthouse, City of Detroit, County of Wayne, State of Michigan on the _____ day of _____, 2012.

PRESENT:   HONORABLE AVERN COHN
U. S. District Judge

The plaintiff, Nationwide Life Insurance Company, having filed a motion to compel the defendants, William Keene and Jennifer Keene, to respond to Nationwide's discovery requests,

IT IS HEREBY ORDERED that the defendants, William Keene and Jennifer Keene, answer the following discovery requests within 14 days:

1. Produce the $2,500 dishonored check referred to in response to request number 3.

2. Produce all documents in response to discovery request number 6 regarding proofs of any and all payments to Nationwide for premiums.

3. Produce the phone record referred to in response to discovery request number 9(d).

4. Produce the statement referred to in discovery request number 14 and any other statements.

5. Answer discovery requests 15, 17 and 19 regarding defendant William Keene.

6. Respond to discovery request 20 regarding any and all cell phones or home phone numbers in use in July, 2010.

_____
U. S. District Judge

Approved as to form:

/s/Michael F. Schmidt
Michael F. Schmidt P25213
Attorney for Plaintiff

/s/John H. Bredell
John H. Bredell P36577
Attorney for Keenes

2