UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONWIDE LIFE INSURANCE COMPANY,
a foreign corporation,
                  Plaintiff/Counter-Defendant,

vs.                                           Case No.   11-cv-12422-AC-MKM
                                           Hon. Avern Cohn

WILLIAM KEENE, JENNIFER KEENE,
MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,
                  Defendants,
and

MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,
                  Defendants/Counter-Plaintiffs and Cross-Plaintiffs,
vs.

WILLIAM KEENE, JENNIFER KEENE,
Individually, jointly and severally,
                  Defendants/Cross-Defendants.
_____/

**STIPULATED ORDER COMPELLING DEFENDANT, JENNIFER KEENE, TO
ANSWER DISCOVERY REQUESTS FROM PLAINTIFF
NATIONWIDE LIFE INSURANCE COMPANY**

      The plaintiff, Nationwide Life Insurance Company, having filed a motion to compel the

defendant, Jennifer Keene, to provide complete answers to Nationwide's discovery requests and

defendant Jennifer Keene having stipulated to respond to Nationwide's discovery requests,

      IT IS HEREBY ORDERED that the defendant, Jennifer Keene, answer the

interrogatories and requests to produce by plaintiff, Nationwide Life Insurance Company, to

defendant Jennifer Keene dated 7/21/11 within 14 days from the date of entry of this order.

Dated: <u>April 18, 2012</u>                  <u>s/ Avern Cohn</u>_____
                                           U. S. District Judge

Approved as to form:

/s/Michael F. Schmidt
Michael F. Schmidt P25213
Attorney for Plaintiff

/s/John H. Bredell
John H. Bredell P36577
Attorney for Keenes