UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONWIDE LIFE INSURANCE COMPANY,
a foreign corporation,

    Plaintiff/Counter-Defendant,

vs.                                                                                    Case No.   11-cv-12422-AC-MKM
                                                                                    Hon. Avern Cohn

WILLIAM KEENE, JENNIFER KEENE,
MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,

    Defendants,

and

MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,

    Defendants/Counter-Plaintiffs and Cross-Plaintiffs,

vs.

WILLIAM KEENE, JENNIFER KEENE,
Individually, jointly and severally,

    Defendants/Cross-Defendants.

_____/

**STIPULATED ORDER EXTENDING PRETRIAL AND SCHEDULING ORDER**

      IT IS HEREBY STIPULATED by and between the attorneys for the respective parties that the pretrial and scheduling order be extended by six months as follows:

      1.      Discovery cutoff extended from **July 20, 2012** to **January 21, 2013**.

1

2

2.     Motions to be filed by extended from **August 20, 2012** to **February 20, 2013**.

3.     Final pretrial conference set for **November 27, 2012 at 2:00 p.m.** changed to **Tuesday, June 04, 2013 at 2:00 p.m.**

4.     Jury trial set for 12/17/12 at 9:00 a.m. changed to **Monday, July 08, 2013**.

SO ORDERED.

Dated: July 23, 2012                                                s/Avern Cohn
                                                                        U.S. District Court Judge

Stipulated to by:

/s/Michael F. Schmidt                           /s/Jeffrey A. Danzig
Michael F. Schmidt P25213                   Jeffrey A. Danzig P36571
Attorney for Nationwide                        Attorney for Lupiloffs

/s/John H. Bredell
John H. Bredell P36577
Attorney for Keenes