UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONWIDE LIFE INSURANCE COMPANY,
a foreign corporation,

       Plaintiff/Counter-Defendant,

vs.                           Case No.   11-cv-12422-AC-MKM
                             Hon. Avern Cohn

WILLIAM KEENE, JENNIFER KEENE,
MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,

       Defendants,                    **INDEX OF EXHIBITS**

and

MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,

       Defendants/Counter-Plaintiffs and Cross-Plaintiffs,

vs.

WILLIAM KEENE, JENNIFER KEENE,
Individually, jointly and severally,

       Defendants/Cross-Defendants.

_____/

| | |
|---|---|
| Michael F. Schmidt P25213 | Albert L. Holtz P15088 |
| Nathan Peplinski P66596 | Attorney for Monica Lupiloff, Nicole Lupiloff |
| Attorneys for Plaintiff | and Nicole Lupiloff, Per Rep of the Estate of |
| 1050 Wilshire Drive, Suite 320 | Gary Lupiloff, Deceased |
| Troy, MI  48084 | 3910 Telegraph Road, Suite 200 |
| (248)649-7800 | Bloomfield Hills, MI  48302 |
| | (248)593-5000 |

**HARVEY KRUSE** A PROFESSIONAL CORPORATION
ATTORNEYS & COUNSELORS
1050 WILSHIRE DRIVE, SUITE 320, TROY, MICHIGAN 48084-1526  248-649-7800

John H. Bredell P36577
Attorney for Keenes
119 N. Huron Street
Ypsilanti, MI  48197
(734)482-5000

Geoffrey N. Fieger P30441
Jeffrey A. Danzig P36571
Co-Counsel for Monica Lupiloff, Nicole Lupiloff and Nicole Lupiloff, Per Rep of the Estate of Gary Lupiloff, Deceased
19390 West Ten Mile Road
Southfield, MI  48075
(248)355-5555

_____/

**HARVEY KRUSE**
A PROFESSIONAL CORPORATION
ATTORNEYS & COUNSELORS
1050 WILSHIRE DRIVE, SUITE 320, TROY, MICHIGAN 48084-1526  248-649-7800

## INDEX OF EXHIBITS

Exhibit 1      Nationwide Corporate Information

Exhibit 2      Interpleader Complaint

Exhibit 3      Answer to Complaint on behalf of Keene Defendants

Exhibit 4      Answer to Complaint on behalf of Lupiloff Defendants

Exhibit 5      Nationwide Policy of Insurance

Exhibit 6      July 21, 2011 Jennifer Keene's Discovery Requests

Exhibit 7      July 21, 2011 William Keene's Discovery Requests

Exhibit 8      William Keene's Responses to Discovery Requests

Exhibit 9      Jennifer Keene's Responses to Discovery Requests

Exhibit 10     October 3, 2011 Letter

Exhibit 11     October 20, 2011 William Keene's Supplemental Answers to Discovery Requests

Exhibit 12     October 26, 2011 Letter

Exhibit 13     February 13, 2012 Stipulated Order

Exhibit 14     February 17, 2012 Motion to Compel

Exhibit 15     April 18, 2012 Stipulated Order

Exhibit 16     March 12, 2012 William Keene's Supplemental Responses

Exhibit 17     April 25, 2012 Jennifer Keene's Supplemental Responses

Exhibit 18      July 30, 2012 Letter

Exhibit 19      September 13, 2012 E-Mail

Exhibit 20      October 12, 2012 Letter

Exhibit 21      Subpoena Request – Dr. Michelle Riba

**HARVEY KRUSE**
ATTORNEYS & COUNSELORS     A PROFESSIONAL CORPORATION
1050 WILSHIRE DRIVE, SUITE 320, TROY, MICHIGAN 48084-1526   248-649-7800