# EXHIBIT 1




Michigan.gov Home                              LARA Home | Sitemap | Contact | Online Services | Agencies

<Enter New Search Criteria for Insurance Entities>

# OFIR Insurance Entities Authorized to do Business in Michigan

You searched for **Insurance Entities** with values   **Insurance Entity contains** nationwide life insurance

| Insurance Entity | NAIC # | State of Domicile | Ownership Type |
|---|---|---|---|
| NATIONWIDE LIFE INSURANCE COMPANY<br>1 W Nationwide Blvd # Dspf 76<br>Columbus, OH 43215-2220 | 66869 | OH | Stockholder |

Top of Page

Michigan.gov Home  | LARA Home | LARA Contact | State Web Sites
Privacy Policy | Link Policy | Accessibility Policy | Security Policy

Copyright © 2001- 2012 State of Michigan



HOME | ABOUT THE NAIC | EMPLOYMENT | HELP | CONTACT US

[Search]

STATES & JURISDICTION MAP | COMMITTEES & ACTIVITIES | MARKETS/INVESTMENT ANALYSIS | MEMBERS & REGULATORS

Consumer Information Source        COMPANY SEARCH    HOW TO FILE A COMPLAINT    HELP

**Nationwide Life Ins Co**
**NAIC#:** 66869    **Home Office:** Ohio
**Business Type:** Life, Accident, and Health
*Other Reports:* Complaints   Financial Information

Company Search Help

**NATIONWIDE LIFE INS CO
LICENSED STATE REPORT
YEAR END 2011**

Below is information supplied by Nationwide Life Ins Co per their most recent annual filling. For more information, please refer to the Help.

**Company Search for Complaint and Financial Information**

**Company Name or Company Code**
*

**Business Type:**
All

[Find a Company]



*Global Receivership Information Database*

GRID is a voluntary database provided by the state insurance departments to report information on insurer receiverships for consumers, claimants, and guaranty funds.

| State | Active Status | Direct Business Written |
|---|---|---|
| Alabama | L | $134849890 |
| Alaska | L | $15472685 |
| American Samoa | N | $95284 |
| Arizona | L | $354701876 |
| Arkansas | L | $101813259 |
| California | L | $1280492242 |
| Colorado | L | $183334697 |
| Connecticut | L | $177690461 |
| Delaware | L | $329163527 |
| District Of Columbia | L | $25041214 |
| Florida | L | $1051447280 |
| Georgia | L | $259456729 |
| Guam | L | $6802439 |
| Hawaii | L | $91908864 |
| Idaho | L | $74989682 |
| Illinois | L | $537710512 |
| Indiana | L | $224161697 |
| Iowa | L | $65876084 |
| Kansas | L | $84755719 |
| Kentucky | L | $134901269 |
| Louisiana | L | $138952285 |
| Maine | L | $36571008 |
| Maryland | L | $241609419 |
| Massachusetts | L | $361917259 |
| Michigan | L | $373776286 |
| Minnesota | L | $179427801 |
| Mississippi | L | $27098053 |
| Missouri | L | $161591782 |
| Montana | L | $17282830 |
| Nebraska | L | $66119988 |
| Nevada | L | $60033151 |
| New Hampshire | L | $99676312 |
| New Jersey | L | $451495581 |

| | | |
|---|---|---|
| New Mexico | L | $41053291 |
| New York | L | $1331478813 |
| North Carolina | L | $287259578 |
| North Dakota | L | $25447619 |
| Northern Mariana Islands | N | $0 |
| Ohio | L | $922894389 |
| Oklahoma | L | $93679559 |
| Oregon | L | $117930374 |
| Pennsylvania | L | $753805505 |
| Puerto Rico | L | $29227050 |
| Rhode Island | L | $62404660 |
| South Carolina | L | $98250759 |
| South Dakota | L | $16735031 |
| Tennessee | L | $221335366 |
| Texas | L | $641473156 |
| U.S. Virgin Islands | L | $3895310 |
| Utah | L | $48613137 |
| Vermont | L | $22305802 |
| Virginia | L | $215759294 |
| Washington | L | $244227550 |
| West Virginia | L | $56446886 |
| Wisconsin | L | $218279278 |
| Wyoming | L | $9988729 |

| Legend for Active Status column | |
|---|---|
| **L - Licensed or Chartered** | Licensed Carrier and Domiciled Risk Retention Groups. In some states referred to as admitted. |
| **R - Registered** | Non-domiciled Risk Retention Group |
| **E - Eligible** | Reporting Entities eligible or approved to write Surplus Lines in the state. In some states referred to as non-admitted. |
| **N - None of the above** | Not allowed to write business in the state. |
| **Q - Qualified Reinsurance** | |
| **"-" - Unknown** | Status could not be determined |

OLTPPROD                                          Report Date: 12/06/2012