# EXHIBIT 18

JOHN A. KRUSE
DENNIS M. GOEBEL
MICHAEL F. SCHMIDT
FRANK H. PORRETTA
GEORGE W. STEEL
JAMES SUKKAR
LARRY W. DAVIDSON
DALE R. BURMEISTER
GARY L. STEC
TERRY J. PAWLOWSKI
WILLIAM F. RIVARD
MICHAEL J. GUSS
J. KENNETH WAINWRIGHT, JR
JOHN R. PREW
JASON R. MATHERS
STEPHANIE MARINO ANDERSON

# HARVEY | KRUSE, P.C.
Attorneys & Counselors
Dedicated to Excellence Since 1969

1050 WILSHIRE DRIVE
SUITE 320
TROY, MICHIGAN 48084-1526
248-649-7800
FAX 248-649-2316
www.harveykruse.com

4110 PIER NORTH BLVD.
FLINT, MICHIGAN 48504-1358
810-230-1000
FAX 810-230-0844

60 MONROE CENTER NW
500B SELECT BANK BUILDING
GRAND RAPIDS, MICHIGAN 49503-2926
616-771-0050
FAX 616-776-3646

LANAE L. MONERA
ANNE V. McARDLE
DAHLIA N. DALLO
KIMBERLY A. KARDASZ
NATHAN G. PEPLINSKI
ANTHONY J. SUKKAR
MICHAEL D. CUMMINGS
DAVID W. THOMPSON
DANIEL J. JAMES
ERIC T. KETELHUT
DAVID C. MOLL

OF COUNSEL
DENISE P. HICKEY
MICHAEL T. SMALL

RICHARD A. HARVEY
1922-2001
PAUL B. HYNES
1946-2005

July 30, 2012

John H. Bredell, Esq.
119 North Huron Street
Ypsilanti, MI 48197
*jbredell@bredell.com*

Re: Nationwide v Keene
O/File: 839576

Dear Mr. Bredell:

We have reviewed the documents you provided in response to the discovery requests.

There is missing information as follows. Would you kindly provide it ASAP per the court's order:

17(e) Please provide **all** monthly statements or other such documents, from 1998 through 2010, for **all** financial accounts (savings accounts, investment accounts, checking accounts, money market accounts, 401(k) accounts, IRAs, stocks, investment accounts, etc.), including, but not limited to the following accounts:

   a. Fidelity Account ending #6204

   b. The Bancorp Banc account ending #0878

   c. Accounts with Janus (as identified on US-1040)

   d. Accounts with Vanguard (as identified on US-1040)

   e. Accounts with DCFU Financial (as identified on US-1040)

July 30, 2012
Page 2

     f. Chase account ending #6635 (previously received 2005 through 2010)

     g. Chase account ending #6764 (previously received 2005 through 2010)

     h. All information for any accounts not previously provided

**17(f)** Please provide copies of <u>all</u> debt documents (personal loans, land contracts, promissory notes, mortgages, bank loans, business loans, credit cards, credit accounts, lines of credit, etc.), from 1998 through 2010 including, but not limited to the following accounts:

    a. National City Home equity line of credit account ending #7813:
       i. All statements except for statement ending March 10, 2010

    b. Washington Mutual Account ending #1514:
       i. Statements for all months except for October 17, 2006

    c. Chase MasterCard account ending #0389:
       i. All statements from 1998 to statement ending November 10, 2008
       ii. Statement ending December 10, 2010
       iii. Statement ending January 10, 2011

    d. Chase credit card account ending #1499:
       i. Statements ending May 15, 2006 through August 15, 2006
       ii. Statements ending December 15, 2006 through November 11, 2008
       iii. Statement ending January 15, 2009
       iv. Statements ending August 15, 2009 through November 15, 2009
       v. Statement ending October 15, 2010
       vi. Statements ending December 15, 2010 and January 15, 2011

    e. Home Depot Card account ending #2728:
       i. All statements from 1998 to statement ending November 10, 2009
       ii. Statement ending in September 2010
       iii. Statements ending in November 2010 and December 2010

    f. Costco Card account ending #1002:
       i. All statements from 1998 to 2008
       ii. Statement ending May 2009

      g. National City Card account ending #9960:
          i. All statements from 1998 to Statement ending November 2007
          ii. Statement ending February 2010
          iii. Statement ending July 2010
          iv. Statements ending September 2010 through December 2010

      h. Citi Card account ending #7421:
          i. All statements ending 1998 through 2008

      i. Citi Drivers Edge Card account ending #4617:
          i. Statements ending 1998 through February 2006
          ii. Statements ending December 2006 through 2010

      j. Elite Visa Credit Card account ending #9008:
          i. Statements ending December 2006 through 2010

      k. All information for any accounts not previously provided

**17(g) Federal, State and local tax returns:**

      a. All tax records from 1998 through 2004

**17(g) Certified copies of all Federal, State and local tax returns for 1998 through 2011 for:**

      a. William Keene

      b. Jennifer Keene

      c. William and Jennifer Keene filed jointly

18. Documentation regarding the income and expenses (including but not limited to, tax returns, financial statements, cash disbursement and cash receipt ledgers, monthly bank statements, etc.) for <u>each</u> of the following entities from 1998 through 2010:

      a. B.K. Development, LLC

July 30, 2012
Page 4

      b. BK 2 Development, LLC

      c. GK Development, LLC

            Very truly yours,
            HARVEY KRUSE, P.C.


            Michael F. Schmidt

MFS:ja
cc:    Jeffrey A. Danzig, Esq. - *j.danzig@fiegerlaw.com*
       Albert L. Holtz, Esq. - *aholtz@lipsonneilson.com*