# EXHIBIT 19

**Janice Albertson**

| | |
|---|---|
| **From:** | Lynn Marie Bredell [lbredell@bredell.com] |
| **Sent:** | Thursday, September 13, 2012 2:47 PM |
| **To:** | mschmidt@harveykruse.com |
| **Subject:** | Keene v. Nationwide |

Hi, Mike-

This is to follow-up that I called your office today, and reported to your assistant that I am aware I owe you some discovery, but I have been preparing for and involved in trial for the past few weeks. I am meeting with Mr. Keene tomorrow, and am not ignoring my obligations to you. I believe I have given you all of the things in my possession, and there is no more information to provide. If this is true, I will advise you formally of this in the discovery response. Thanks for your anticipated cooperation.

John
Bredell and Bredell
119 North Huron Street
Ypsilanti, MI 48197
(734) 482-5000


_____ Information from ESET NOD32 Antivirus, version of virus signature database 7475 (20120913)
_____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

1