# EXHIBIT 20

| | | |
|---|---|---|
| JOHN A. KRUSE<br>DENNIS M. GOEBEL<br>MICHAEL F. SCHMIDT<br>FRANK H. PORRETTA<br>GEORGE W. STEEL<br>JAMES SUKKAR<br>LARRY W. DAVIDSON<br>DALE R. BURMEISTER<br>GARY L. STEC<br>TERRY J. PAWLOWSKI<br>WILLIAM F. RIVARD<br>MICHAEL J. GUSS<br>J. KENNETH WAINWRIGHT, JR<br>JOHN R. PREW<br>JASON R. MATHERS<br>STEPHANIE MARINO ANDERSON | **HARVEY \| KRUSE, P.C.**<br>Attorneys & Counselors<br>Dedicated to Excellence Since 1969<br><br>1050 WILSHIRE DRIVE<br>SUITE 320<br>TROY, MICHIGAN 48084-1526<br>248-649-7800<br>FAX 248-649-2316<br>www.harveykruse.com | LANAE L. MONERA<br>ANNE V. McARDLE<br>DAHLIA N. DALLO<br>KIMBERLY A. KARDASZ<br>NATHAN G. PEPLINSKI<br>ANTHONY J. SUKKAR<br>MICHAEL D. CUMMINGS<br>DAVID W. THOMPSON<br>DANIEL J. JAMES<br>ERIC T. KETELHUT<br>DAVID C. MOLL<br><br>OF COUNSEL<br>DENISE P. HICKEY<br>MICHAEL T. SMALL |
| 4110 PIER NORTH BLVD.<br>FLINT, MICHIGAN 48504-1358<br>810-230-1000<br>FAX 810-230-0844 | 60 MONROE CENTER NW<br>500B SELECT BANK BUILDING<br>GRAND RAPIDS, MICHIGAN 49503-2926<br>616-771-0050<br>FAX 616-776-3646 | RICHARD A. HARVEY<br>1922-2001<br>PAUL B. HYNES<br>1946-2005 |

October 12, 2012

John H. Bredell, Esq.
119 North Huron Street
Ypsilanti, MI 48197
*jbredell@bredell.com*

Re:   Nationwide v Keene
      O/File: 839576

Dear Mr. Bredell:

Enclosed please find a copy of my correspondence to you of 7/30/12. We have not had a response. You advised something about the bank having records.

We need to have a response whether the Keenes have these items or not or we will have to take the matter up with the court.

Please advise ASAP.

Very truly yours,
HARVEY KRUSE, P.C.

Michael F. Schmidt

MFS:ja
Enc.