UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Nationwide Life Insurance
Company,

                      Plaintiff(s),

v.                                              Case No. 2:11–cv–12422–AC–MKM
                                                      Hon. Avern Cohn

William Keene, et al.,

                      Defendant(s),

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge Avern Cohn at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 225.  The following motion(s) are scheduled for hearing:

      Motion to Compel – #51

- MOTION HEARING:  January 23, 2013 at 02:00 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/S. Srour
                                                        Case Manager

Dated:   December 19, 2012