UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


NATIONWIDE LIFE INSURANCE COMPANY,

      Plaintiff,

vs.                                             Case No. 11-12422

WILLIAM KEENE, JENNIFER KEENE,           HON. AVERN COHN
MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF, and NICOLE RENEEE LUPILOFF,
Personal Representative of the Estate of GARY
LUPILOFF, deceased,

      Defendants.

_____/

**ORDER DENYING PLAINTIFF/COUNTER DEFENDANT'S
MOTION TO COMPEL (Doc. 51)**

      This is an insurance case.  Now before the Court is plaintiff/counter defendant

Nationwide Life Insurance Company's (Nationwide) motion to compel discovery (Doc. 51).

For the reasons stated on the record at the hearing on January 23, 2013, Nationwide's

motion is DENIED.

      Discovery in this matter shall be completed by April 30, 2013.

      SO ORDERED.


                         S/Avern Cohn_____
                        AVERN COHN
                        UNITED STATES DISTRICT JUDGE


Dated:  January 24, 2013

11-12422 NATIONWIDE LIFE INS COMP V. WILLIAM KEENE, ET AL

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, January 24, 2013, by electronic and/or ordinary mail.

S/Sakne Chami
Case Manager, (313) 234-5160

2