## **INDEX OF EXHIBITS**

Exhibit 22    News Report

Exhibit 23    Change of Beneficiary Form

Exhibit 24    Employment Records

Exhibit 25    William's Beneficiary Claim Form