# EXHIBIT

# 24



# RECORDS DEPOSITION SERVICE®
I N C O R P O R A T E D

P.O. BOX 5054, SOUTHFIELD, MI 48086-9877
T: (248) 357-3330   F: (248) 357-3337
WWW.RECDEP.COM

### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT, SOUTHERN DIVISION

**RDS ORDER#:** 81646 - 2

**SHIP TO:** MICHAEL F. SCHMIDT (HARVEY, KRUSE, P.C.)

**CASE NAME:** NATIONWIDE VS KEENE ET AL VS LUPILOFF

**CASE#:** 11-CV-12422-AC-MKM

**NAME ON RECORD:** JENNIFER E. KEENE

**A/K/A:**

**CLAIM#:**

**FILE#:** 839576

**DEPONENT:** UNIVERSITY OF MICHIGAN MEDICAL CENTER

**TREATED BY:**

**MEDIA:** PAPER (1)

#### FOLLOWING ATTORNEY(S) RECEIVED A COPY OF THESE RECORDS:

MICHAEL F. SCHMIDT ESQ. (HARVEY, KRUSE, P.C.)

**NOTE: RECORD PHOTOCOPIED/FORWARDED IN THE ORDER IN WHICH IT WAS RECEIVED FROM THE DEPONENT.**

PART_____1_____OF____2____



P.O. BOX 5054
SOUTHFIELD, MI 48086-9877
PHONE:(248) 357-3330          FAX:(248) 357-3337

# CONFIRMATION STATEMENT

## JOB # 81646-2



RECEIVED
JUN 01 2012
MCHRD

**TO:** CUSTODIAN OF THE RECORDS
   **ATTN:** HUMAN RESOURCES / PAYROLL
   UNIVERSITY OF MICHIGAN MEDICAL CENTER

3003 S STATE STREET STE. G-250 / TOWER 1281
ANN ARBOR MI 48109

**NAME ON RECORD:** JENNIFER EVE KEENE
   **CASE NAME:** SEE ATTACHED SUBPOENA FOR COMPLETE CASE CAPTION.
**COURT NUMBER:** 11-CV-12422-AC-MKM
   **DUE DATE:** JUNE 8, 2012

---

JOB#: 81646-2          DUE DATE: 06-08-2012

**RECORDS DEPOSITION SERVICE, INC.**
27355 W. ELEVEN MILE ROAD
P.O. BOX 5054
SOUTHFIELD, MI 48086-9877

‖|.||.||.||.||.||.|||.|||.||.||.|||.|||

---

THE ATTACHED SUBPOENA IS FOR THE PURPOSE OF PHOTOCOPYING DOCUMENTS.
**THIS SUBPOENA DOES NOT REQUIRE YOUR PERSONAL APPEARANCE.**
PLEASE CAREFULLY READ THE SUBPOENA FOR SPECIFIC DOCUMENTS REQUESTED AND SUBMIT THESE DOCUMENTS ON OR BEFORE THE DUE DATE.
IF YOU DO NOT POSSESS THE DOCUMENTS REQUESTED, PLEASE DRAFT A LETTER TO THAT EFFECT AND RETURN SAID LETTER WITH THIS CONFIRMATION STATEMENT TO THE ABOVE ADDRESS.

◀ PLEASE PEEL AND AFFIX LABEL TO MAIL DOCUMENTS

**PLEASE INCLUDE OUR JOB NUMBER AND DUE DATE WITH ALL CORRESPONDENCE.**

---

**Please**

**Sign and**

**Return with**

**Documents**

CONFIRMATION OF DOCUMENT SUBMISSION _460_

By affixing my signature, I hereby confirm that          pages, all requested documents in my possession on the above named person have been submitted. *

DATE _June 11, 2012_ 

_____
CUSTODIAN OF THE RECORDS

***NOTE:** If the following documents were requested by subpoena and are not in your possession, please check appropriate space below.*

___ No Records Available          ___ No Billings Available          ___ Best Copies Available
✓ No Photographs Available          ✓ No X-Ray Films Available

**Items to Follow:**

___ X-Rays     ___ Photos          Other: _____

___ Billings     ___ Corrected Copies          _____

**THIS CONFIRMATION STATEMENT MUST ACCOMPANY ALL DOCUMENTS SUBMITTED.**

**NOTE TO ATTORNEY:** Records photocopied in the order in which received from the deponent.

Form C102-A 0610 COPYRIGHT RECORDS DEPOSITION SERVICE, INC.





University of Michigan
Cardiovascular Center

To:         Jennifer Keene
            Empl ID

From:       Laurie Hartman, ACNP, DP
            Director of Advanced Practice Nursing

            Carole McGillen, MS, RN
            Administrative / Nurse Manager, CVC Clinic

Date:       January 27, 2011

Subject:    Last Chance Agreement
            Team work / Systems Based Practice Work Performance

This memorandum represents a last chance agreement due to a pattern of unsatisfactory performance
with regard to the teamwork and work performance in the endograft duties of your position.  During the
past year, you have received the following documentation regarding your unsatisfactory work
performance:

- 9-10-10 – First Written Work Plan – Systems-Based Practice and Teamwork

    o   Data packets with chronic delays
    o   Sizing of Endografts – lack of timely turnaround
    o   Delegating work not due to workload but perceived roles

- 12-14-10 – Second Written Work Plan – Systems-Based Practice and Teamwork

    o   Delays in care (procedures) due to turnaround time with sizing of endografts
    o   Concerns regarding understanding of clinical priorities for patients awaiting
        treatment
    o   Inefficient use of resources (OR rooms) due to care delays
    o   Follow-up with team members

You acknowledged these performance issues, primarily related to endograft duties.  Given your
proficient performance in the clinical care duties such as history and physicals, post-operative
visits, return visits for Aortic follow-up, we are willing to provide you with one final opportunity
to demonstrate that you can improve your performance by eliminating endograft sizing duties
and demonstrate sustained ability to meet clinical expectations.  You are still required to
participate in the data collection for endograft patients.

02/18/2011 14:42     #336 P.003/003

*12764896*

During the six months following the return from your leave, we need to see you demonstrate your ability to meet the clinical and teamwork expectations of your position. Clinical duties will increase in replacement of endograft time on your schedule. However, to facilitate patient care in a timely manner, you are required to cross cover for the clinical care coordinator for either anticipated and/or unanticipated absences. For all anticipated absences, we will adjust your clinical schedule accordingly to accommodate this incremental workload.

To assure that you have support needed to balance competing work / life issues, you are strongly encouraged to contact the Employee Assistance Program at ▬▬▬▬ to request a confidential consult. With advance notice to your Supervisor, you may attend a meeting with the Employee Assistance Program during your paid work time.

This memorandum represents your last chance agreement. Please let us know how we can assist you during this review period.


Jennifer Keene, PA                               02 / 16 / 2011
                                                    Date

Laurie Hartman, ACNP, DNP                        2-18-11
Director of Advanced Practice Nursing              Date

Carole McGillen, MS., RN                          2-16-2011
Administrative/Nurse Manager, CVC Clinic           Date

00019



| UMHS | UMHHC |
|---|---|
| **STRATEGIC PRINCIPLES**<br>Integration, Collaboration, Teamwork<br>Innovation, Adaptation and Prioritization<br>. Growth and Investment<br>4. Taking Care of Our Own<br>5. Cultural Competency<br>6. High Value and Fiscal Soundness<br>7. Integrity and Trust | **University of Michigan**<br>**Health System** | **GOALS & OBJECTIVES**<br>1. Service<br>2. Financial Health<br>3. Quality Care<br>4. Academic Support<br>5. People<br>6. Community Health<br>Refer to website for goals and objectives information<br>http://www.med.umich.edu/i/exec/umhsgoals/ |

**Staff Performance Planning and Evaluation**

## UMHHC Performance Expectations For All Employees

For behavioral descriptions of performance ratings go to (form must be unlocked to use links)
Performance Evaluation Rating Descriptions.pdf

| Scale: N = Not Met   A = Approaching   S = Solid Performance   E = Exemplary | Self Evaluation | Manager's Evaluation |
|---|---|---|
| 1. **Customer Focus:** Relates work and job purpose to UMHHC mission and commitment to putting patients and families first. | E | E |
| 2. **Teamwork:** Interacts effectively and builds respectful relationships within and between units and among individuals. | S | S |
| 3. **Communication:** Communicates effectively in ways that enhance productivity and build respectful relationships. Demonstrates active listening, written, verbal, and information technology skills. Shares relevant information. | S | S |
| 4. **Conflict Resolution:** Seeks constructive approaches to resolving workplace issues. | S | S |
| 5. **Integrity:** Adheres to high standards of personal and professional conduct. | S | S |
| 6. **Adapting to Change:** Responds positively to change, showing willingness to learn new ways to accomplish work. | S | S |
| 7. **Respect for Individuals:** Fosters mutual respect and supports UMHS commitment to diversity. Promotes community building and diversity initiatives that help employees learn and respect each others' differences. | S | S |
| 8. **Safety:** Contributes to a safe and secure environment for patients, visitors, faculty, and staff by following hand hygiene and other established procedures and protocols as appropriate by job function. | E | S |
| 9. **Quality:** Adopts practices to improve work processes, enhance customer satisfaction and ensure excellence in daily work. | S | S |
| 10. **Efficiency:** Accomplishes work in ways that maximize productivity and available resources while minimizing waste. | S | S |



| | | | PLEASE TYPE OR PRINT INFORMATION | 05/11/04 |
|---|---|---|---|---|
| Jennifer Keene | Cardiac Surgery | | Physician Assistant | 6/30 / 2010 |
| Staff Member Name | Department Name | Employee ID # | Job Title/Classification | Evaluation Period |

UMHS Performance Evaluation Redesign Committee 4/2006
Revised 1/29/09

00022



**THE UNIVERSITY OF MICHIGAN HEALTH SYSTEM**
University of Michigan Hospitals and Health Centers
*Staff Performance Planning and Evaluation*

Summary of UMHHC Performance Behaviors (includes supporting comments and areas requiring further development. Use corresponding number where applicable.)

Jennifer,

This has been an especially dynamic year in cardiac surgery and the endograft program. When you first started, you did a lot to assist with our H&P coverage needs, which was a big help...however, this did hinder your orientation a bit. For the past 6 months, you've been getting more into the swing of things and learning the basics of endograft care in the post intervention setting.

Role responsibilities have still not been fully worked out but I have every confidence that we will work through these issues to become a more unified and efficient team. I would encourage you to continue to jump in whenever possible, clarify any issues as soon as they occur so that misunderstandings are avoided and to continue taking a proactive approach for your learning. It is helpful for all staff to continue to learn about how their own communication styles (verbal and body language) can enhance and detract from productive work teams so I would encourage you to seek feedback from others when possible and to be open to that feedback as you have been to date.

As far as being active with quality, safety and efficiency issues that impact our program and our patients, I believe that this will naturally come with time as you become more comfortable in the role and with your knowledge. You have an eye for quality and you want to do your best for patients and I know you will be a powerful force in this regard.

| PLEASE TYPE OR PRINT INFORMATION | | | | |
|---|---|---|---|---|
| | | | | 7/6/09 |
| Jennifer Keene | Cardiac Surgery | ~~———~~ | Physician Assistant | 6/30/2010 |
| Staff Member Name | Department Name | Employee ID # | Job Title / Classification | Evaluation Period |

UMHS Performance Evaluation Redesign Committee 4/2006

Page 2 of 6

00023

The image of the university logo.



**THE UNIVERSITY OF MICHIGAN HEALTH SYSTEM**
University of Michigan Hospitals and Health Centers
*Staff Performance Planning and Evaluation*

## UMHHC Performance Expectations Job Specific

Guidelines for writing job specific expectations go to (form must be unlocked to used links):
UM Health System - Human Resources: Writing Job Specific Expectations

### List Key Job Specific Expectations based on the job description
To add rows, copy and paste an entire row. Document must be "unlocked" to add rows. See guide website for details

| Scale:  N = Not Met    A = Approaching    S = Solid Performance    E = Exemplary | Self Evaluation | Manager's Evaluation |
|---|---|---|
| 11. Attendance. | E | E |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |
| 16. | | |

**Summary of Job Specific Behaviors** (Includes supporting comments and areas requiring further development). Use corresponding number where applicable.

Jennifer,

One of your greatest assets is your ability to connect with patients. They really appreciate the time that you take with them and they feel confident in your abilities. Your knowledge of aortic disease has really grown a lot these past few months and will continue to develop as you have more exposure to patient situations.

Your documentation is thorough and timely. You respond to email and pages in an appropriate timeframe. When staff need to change their schedule a bit or move patients around, you try to be flexible and help them out when you can. Your peers really appreciate this a great deal.  During times of high stress situations, you remain calm and organized.

**Previous year Learning and Self-Development Plan Assessment.** Refer to the M-Learning system transcript for specific courses and activities completed. http://mlearning.med.umich.edu/. List supporting comments and areas requiring further development below

See M-Learning

**Competency / Mandatory Requirement Summary.** See M-Learning link http://mlearning.med.umich.edu/ to obtain transcript. Required mandatories include: Fire/Safety, Corporate Compliance, Unit Critical Incident Plan, Patient Safety. Refer to blue folder competency tab for competencies not included in M-Learning.

### PLEASE TYPE OR PRINT INFORMATION

| Jennifer Keene | Cardiac Surgery | ▓▓▓▓ | Physician Assistant | 10/30/2010 |
|---|---|---|---|---|
| Staff Member Name | Department Name | Employee ID # | Job Title / Classification | Evaluation Period |

00024



# THE UNIVERSITY OF MICHIGAN HEALTH SYSTEM
## University of Michigan Hospitals and Health Centers
### *Staff Performance Planning and Evaluation*

**Overall Evaluation Summary Statement**
Guidelines for the overall performance ratings go to (form must be unlocked to use links)
Overall Rating Guidelines.pdf

Jennifer,

You have begun to transition into the details of this endograft role and are starting to carve out your own little niche that will improve the care provided to endograft patients by our service. You are always asking thoughtful questions about why things are done and what can be done better. This is GREAT and we hope that you will continue to do so. This coming year, you'll have some good opportunities to delve into some broader activities programmatically and I would love to see you begin teaching some of our inpatient staff about endograft treatment and care.

## Overall Performance Rating

| Scale: N = Not Met   A = Approaching   S = Solid Performance   E = Exemplary | N | A | S | E |
|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ |

If "N" or "A" used in the overall rating, check problem area(s) listed below. Identify any action plans for UMHHC performance expectations, job specific, or self-development areas not listed above.

☐ Job Specific  ☐ Customer Service  ☐ Communication  ☐ Effective team / group work  ☐ Other:

**Action Plan:**

**Peer /Customer Feedback(Optional):** Use this space to capture feedback that is received throughout the year.
Sources of peer/customer feedback include:
- Employee survey results
- Patient satisfaction survey results
- 360 Feedback results
- Customer feedback solicited via questionnaire
- You're Super Awards
- Written feedback (i.e. emails) regarding the individual's performance

**Feedback Summary:** See Peer Feedback forms

**Annual Learning and Self-Development Plan:** The Learning and Self-Development Plan is used to set personal and professional goals which contribute to the staff member's growth and development. After review of evaluation and peer/customer feedback, identify plan for development. (Examples of developmental opportunities include job-shadowing, coaching, mentoring and training). Enter all training courses into the M-Learning system. http://mlearning.med.umich.edu/.

1.  **Growth Area:** Endograft – trainig with Mary Passow, observation of OR cases, CT training with Dr. Quint
2.  **Growth Area:** Patient Education – develop materials to assist with teaming
3.  **Growth Area:**

## Employee Comments (Optional)

| Date | Employee Signature | Supervisor Name | Supervisor Signature | Department |
|---|---|---|---|---|
| 6/30/2010 | *Jennifer Keene* | Laurie Hartman | *[signature]* | Cardiac Surgery |

| PLEASE TYPE OR PRINT INFORMATION | | | | 7/9/09 |
|---|---|---|---|---|
| Jennifer Keene | Cardiac Surgery | ▆▆▆▆ | Physician Assistant | 6/30/2010 |
| Staff Member Name | Department Name | Employee ID # | Job Title / Classification | Evaluation Period |

UMHS Performance Evaluation Redesign Committee  4/2006

Page 4 of 6

00025



**University of Michigan Health System**

**Physician Assistant Performance Planning and Evaluation**



**UMHHC Goals**
1. Improve clinical outcomes and service.
2. Support the University's health and science academic mission.
3. Improve customer satisfaction in all groups.
4. Create a safe and healthful workplace
5. Enhance our financial strength and competitiveness
6. Participate with state and local partners to create healthy communities

Scale: N = Not Met;   A = Approaching;   P = Proficient;   S = Surpassing

| UMHS Performance Expectations (For all employees) | Self Evaluation | Manager's Evaluation |
|---|---|---|
| 1. Consistently demonstrates effective communication skills using: active listening, written, verbal and information technology skills | P | A → P |
| Comments: | | |
| Improvement Plan: | | |
| 2. Protects confidential information | S | P |
| Comments: | | |
| Improvement Plan: | | |
| 3. Complies with safety instructions, observes safe work practices, and provides input on safety issues and promotes a safe work environment | S | P |
| Comments: | | |
| Improvement Plan: | | |
| 4. Consistently demonstrates the organization's values: Patients and families first, Accountability for outcomes, Respect for individuals, Teamwork, Never-ending improvement, Empowerment, Responsibility for cost-effectiveness, and Service to the community (PARTNERS) | P | N → A⁺ |
| Comments: | | |
| Improvement Plan: | | |
| 5. Consistently meets the organization's expectations for exemplary customer service | S | A |
| Comments: | | |
| Improvement Plan: | | |
| 6. Adopts practices to improve work processes, enhance customer satisfaction and reduce wastes and costs | P | P |
| Comments: | | |
| Improvement Plan: | | |
| 7. Works effectively with team/work group and others to accomplish organizational goals | P | N → P |
| Comments: | | |
| Improvement Plan: | | |
| 8. Articulates role and participates in the Plan–Do–Check–Act (PDCA) cycle for continuous quality improvement | N/A | P |
| Comments: | | |
| Improvement Plan: | | |

✱ Arrow show direction of improvement from fall 2005 to 5/2006

Scale:  N = Not Met;   A = Approaching;   P = Proficient;   S = Surpassing

**PLEASE TYPE OR PRINT INFORMATION**

| Jennifer Keene | Hem / Onc | ▉▉▉▉ | Phys Asst | 2005-2006 |
|---|---|---|---|---|
| Staff Member Name | Department Name | Employee ID # | Job Title / Classification | Evaluation Period |

UMHS Performance Planning and Evaluation Committee (origination 6/2001); Updated 03/03/2005 for 2004-2005                    Page 1 of 4

enstedt - PA eval form 2006.doc | Page 2

## THE UNIVERSITY OF MICHIGAN HEALTH SYSTEM
### University of Michigan Hospitals and Health Centers
*Staff Performance Planning and Evaluation*

| UMHS Performance Expectations (For all employees) | Self Evaluation | Manager's Evaluation |
|---|---|---|
| 9. Demonstrates behaviors which support our organization's commitment to diversity, contributing toward an inclusive and respectful work environment for all | P | N → P |
| Comments: | | |
| Improvement Plan: | | |
| 10. Demonstrates knowledge of the organization's policies and procedures (including the Speak Up With Safety Concerns policy) to ensure the timely reporting of patient safety events and/or situations | S | S |
| Comments: | | |
| Improvement Plan: | | |
| 11. Attendance: (Job Specific) | N | P P |
| Comments: for much of the year I was on work restriction or ill | | |
| Improvement Plan: | | |
| 12. Actively participates in ongoing projects related to clinical research protocols or critical pathways | N/A | P |
| Comments: Dr. Beckenstedt doesn't participate in clinical research | | |
| Improvement Plan: | | |
| 13. Performs physical examinations and interprets clinical symptoms, lab tests, and diagnostic imaging. | P | See attached Cmts |
| Comments: I was restricted due to pain and dysfunction | | |
| Improvement Plan: from thoracic outlet plan | | |
| 14. Provides support of patients undergoing chemotherapy | S | P - |
| Comments: | | |
| Improvement Plan: | | |
| 15. Actively participates in the education of nurses and other support personnel about issues related to protocols or critical pathways, when asked. | P | P |
| Comments: I have not been asked to do so but would be happy to do so | | |
| Improvement Plan: | | |
| 16. Initiates diagnostic tests as needed | S | S - |
| Comments: | | |
| Improvement Plan: | | |
| 17. Performs invasive and non-invasive diagnostic/ therapeutic procedures. | S | S |
| Comments: | | |
| Improvement Plan: | | |
| 18. Prepares initial orders for chemotherapy, supportive care, and drug usage within the restrictions of the law. | S | P * |
| Comments: See Attached | | |
| Improvement Plan: | | |

**Competency / Mandatory Requirement Summary** — Check institutional regulatory requirements met:
☐Fire/Safety  ☐Corporate Compliance  ☐Unit Critical Incident Plan  ☐Patient Safety
List unit based competencies and unit/department mandatory requirements in boxes below. Check yes if met; no for not met.

### PLEASE TYPE OR PRINT INFORMATION

| Jennifer Keene | Hem/Onc | [redacted] | Physician Asst | 2005-2006 |
|---|---|---|---|---|
| Staff Member Name | Department Name | Employee ID # | Job Title / Classification | Evaluation Period |

UMHS Performance Planning and Evaluation Committee (origination 6/2001): Updated 03/03/2005 for 2004-2005 | Page 2 of 4

00061

# THE UNIVERSITY OF MICHIGAN HEALTH SYSTEM
## University of Michigan Hospitals and Health Centers
### Staff Performance Planning and Evaluation

| Competency / Mandatory Met: | Y | N | Competency / Mandatory Met: | Y | N | Competency / Mandatory Met: | Y | N |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | | ☐ | ☐ | | ☐ | ☐ |
| | ☐ | ☐ | | ☐ | ☐ | | ☐ | ☐ |
| | ☐ | ☐ | | ☐ | ☐ | | ☐ | ☐ |

**Action plan for competency(s) / mandatory(s) not met:**

| Y | N | Staff member has demonstrated competent care/service based on the ages of the patients / customers served (supporting documentation must be in the evaluation or placed in the employee blue folder). Place an "X" in the boxes below for appropriate age groups served. |
|---|---|---|
| ☐ | ☐ | |

☐Neonates  ☐Infants  ☐Pediatrics  ☐Adolescents  ☐Adults  ☐Geriatrics  ☐Other:

**Overall Evaluation Summary**

*please see attached documen*

**Overall Performance Rating:**

| Scale: N = Not Met; A = Approaching; P = Proficient; S = Surpassing | N | A | P | S |
|---|---|---|---|---|
| | ☐ | ☒ | ☐ | ☐ |

If "N" or "A" used, check problem area(s) listed below. Then check associated action plan(s) below problem area.

| ☐Job Specific | ☐Customer Service | ☐Communication | ☐Effective team / group work | ☐Other: |
|---|---|---|---|---|
| ☐Education | ☐Education | ☐Education | ☐Education | ☐Education |
| ☐Mentoring | ☐Mentoring | ☐Mentoring | ☐Mentoring | ☐Mentoring |
| ☐Observation | ☐Observation | ☐Observation | ☐Observation | ☐Observation |
| ☐Practice | ☐Practice | ☐Practice | ☐Practice | ☐Practice |
| ☐Other: | ☐Other: | ☐Other: | ☐Other: | ☐Other: |

**Annual Learning and Self-Development Plan:** The Learning and Self-Development Plan is used to set personal and professional goals which contribute to the staff member's growth and development and are not stated in the improvement plans listed on previous pages. Time frames should be stated with all staff development goals.

| 1.  Growth Area: | | Time Frame |
|---|---|---|
| • Outcome: | | |
| • Action: | | |
| • Evaluation: | | |
| • Comments: | | |
| 2.  Growth Area: | *Not applicable* | Time Frame |
| • Outcome: | | |
| • Action: | | |
| • Evaluation: | | |
| • Comments: | | |
| 3.  Growth Area: | | Time Frame |
| • Outcome: | | |
| • Action: | | |
| • Evaluation: | | |
| • Comments: | | |

**Employee Comments: (Optional)**

| 07/31/06 | *Jennifer Keene* | Bockenstedt | *[signature]* | *[dept]* |
|---|---|---|---|---|
| Date | Employee Signature | Supervisor's Name | Supervisor's Signature | Department |

| PLEASE TYPE OR PRINT INFORMATION | | | | |
|---|---|---|---|---|
| Jennifer Keene | Hem/onc | ███████ | Physician Asst. | 2005-2006 |
| Staff Member Name | Department Name | Employee ID # | Job Title / Classification | Evaluation Period |

UMHS Performance Planning and Evaluation Committee (origination 6/2001); Updated 03/03/2005 for 2004-2005

Page 3 of 4

00062

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



*The University of Michigan*

SEPTEMBER 5, 2000

JENNIFER E BAKER
CANCER CTR
7-216 CCGC            0948

THIS IS NOTIFICATION OF A CHANGE IN THE TERMS AND CONDITIONS OF YOUR
APPOINTMENT AT THE UNIVERSITY OF MICHIGAN. THIS NOTICE REFLECTS A
MERIT SALARY INCREASE.

AT THIS TIME YOUR TITLE IS PHYSICIAN ASSISTANT, UMH CANCER CENTER.

THE FOLLOWING IS INFORMATION REGARDING YOUR APPOINTMENT(S):

TITLE PHYSICIAN ASSISTANT          UMH CANCER CENTER
A█████████████████████████



| ACCOUNT | EFFORT | BEGIN | END | AMOUNT | | FUNDING DEPARTMENT |
|---------|--------|-------|-----|--------|--|-------------------|
| | 55.0% | 07-01-00 | 08-31-00 | | MO | UMH CANCER CENTER |
| | 25.0% | 07-01-00 | 08-31-00 | | MO | UMH CANCER CENTER |
| | 20.0% | 07-01-00 | 08-31-00 | | MO | UMH CANCER CENTER |
| | 55.0% | 09-01-00 | OPEN | | MO | UMH CANCER CENTER |
| | 25.0% | 09-01-00 | OPEN | | MO | UMH CANCER CENTER |
| | 20.0% | 09-01-00 | OPEN | | MO | UMH CANCER CENTER |

SALARY PAYMENTS ON ACCOUNTS WITH OPEN END DATES WILL CONTINUE WITHOUT
ADDITIONAL NOTIFICATION.

TWELVE-MONTH SALARIES ARE PAID ONE TWELFTH EACH MONTH, NORMALLY ON
THE LAST WORK DAY OF THE MONTH.

FOR STAFF BENEFITS QUESTIONS RESULTING FROM THIS APPOINTMENT CHANGE,
PLEASE CALL THE BENEFITS OFFICE.

THE FOLLOWING INFORMATION IS ON FILE WITH THE HUMAN RESOURCE RECORDS
AND INFORMATION SERVICES/MEDICAL CAMPUS HUMAN RESOURCES DEPARTMENT:

CURRENT HOME ADDRESS:              ADMIN DEPT: UMH CANCER CENTER
█████████████████                        SSN: ██████████
A█████████████                   SERVICE DATE: 09-11-95
                                 BENEFIT DATE: 09-11-95
                                   BIRTH DATE: ████████
HOME TELEPHONE: ██████████       CITIZENSHIP: US
 CAMPUS PHONE: ██████████        MAJOR DEGREES: B.A.



PLEASE RETAIN FOR YOUR RECORDS

00079



*The University of Michigan*

JENNIFER E BAKER
PAGE  2

PLEASE CONTACT YOUR ADMINISTRATIVE DEPARTMENT TO MAKE NECESSARY
CORRECTIONS IF ANY OF THIS INFORMATION IS INACCURATE.

LEE C. BOLLINGER
PRESIDENT

CC: 3210 UMH CANCER CENTER    PATRICIA A ANDERSON    B1-1527 CCGC 0910

PLEASE RETAIN FOR YOUR RECORDS

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



*The University of Michigan*

AUGUST 16, 1999

JENNIFER E BAKER
CANCER CTR
7-216 CCGC          0948

THIS IS NOTIFICATION OF A CHANGE IN THE TERMS AND CONDITIONS OF YOUR
APPOINTMENT AT THE UNIVERSITY OF MICHIGAN. THIS NOTICE REFLECTS A
MERIT SALARY INCREASE AND A MARKET ADJUSTMENT IN SALARY.

AT THIS TIME YOUR TITLE IS PHYSICIAN ASSISTANT, UMH CANCER CENTER.

THE FOLLOWING IS INFORMATION REGARDING YOUR APPOINTMENT(S):

TITLE PHYSICIAN ASSISTANT          UMH CANCER CENTER

| ACCOUNT | EFFORT | BEGIN | END | AMOUNT | FUNDING DEPARTMENT |
|---------|--------|-------|-----|--------|--------------------|
|  | 10.0% | 07-01-99 | 08-31-99 | MO | UMH CANCER CENTER |
|  | 90.0% | 07-01-99 | 08-31-99 | MO | UMH CANCER CENTER |
|  | 10.0% | 09-01-99 | OPEN | MO | UMH CANCER CENTER |
|  | 90.0% | 09-01-99 | OPEN | MO | UMH CANCER CENTER |

SALARY PAYMENTS ON ACCOUNTS WITH OPEN END DATES WILL CONTINUE WITHOUT
ADDITIONAL NOTIFICATION.

TWELVE-MONTH SALARIES ARE PAID ONE TWELFTH EACH MONTH, NORMALLY ON
THE LAST WORK DAY OF THE MONTH.

FOR STAFF BENEFITS QUESTIONS RESULTING FROM THIS APPOINTMENT CHANGE,
PLEASE CALL THE BENEFITS OFFICE.

THE FOLLOWING INFORMATION IS ON FILE WITH THE HUMAN RESOURCE RECORDS
AND INFORMATION SERVICES/MEDICAL CAMPUS HUMAN RESOURCES DEPARTMENT:



CURRENT HOME ADDRESS:          ADMIN DEPT: UMH CANCER CENTER
                                          SSN:
                               SERVICE DATE: 09-11-95
                               BENEFIT DATE: 09-11-95
                                 BIRTH DATE:
HOME TELEPHONE:                  CITIZENSHIP: US
CAMPUS PHONE:                    MAJOR DEGREES: B.A.

PLEASE CONTACT YOUR ADMINISTRATIVE DEPARTMENT TO MAKE NECESSARY
CORRECTIONS IF ANY OF THIS INFORMATION IS INACCURATE.

LEE C. BOLLINGER
PRESIDENT

CC: 3210 UMH CANCER CENTER   PATRICIA A ANDERSON   B1-1527 CCGC 0910

PLEASE RETAIN FOR YOUR RECORDS

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


*The University of Michigan*

AUGUST 22, 1998

JENNIFER E BAKER
AMBULATORY CARE SVCS
B1-207 CCGC          0150

THIS IS NOTIFICATION OF A CHANGE IN THE TERMS AND CONDITIONS OF YOUR
APPOINTMENT AT THE UNIVERSITY OF MICHIGAN. THIS NOTICE REFLECTS A
MERIT SALARY INCREASE.

AT THIS TIME YOUR TITLE IS PHYSICIAN ASSISTANT, UMH AMBULATORY CARE
SERVICES.

THE FOLLOWING IS INFORMATION REGARDING YOUR APPOINTMENT(S):

TITLE PHYSICIAN ASSISTANT          UMH AMB CARE SVCS


ACCOUNT EFFORT    BEGIN      END        AMOUNT          FUNDING DEPARTMENT

 100.0%  09-01-98   OPEN                   MO   UMH AMB CARE SVCS

SALARY PAYMENTS ON ACCOUNTS WITH OPEN END DATES WILL CONTINUE WITHOUT
ADDITIONAL NOTIFICATION.

TWELVE-MONTH SALARIES ARE PAID ONE TWELFTH EACH MONTH, NORMALLY ON
THE LAST WORK DAY OF THE MONTH.

FOR STAFF BENEFITS QUESTIONS RESULTING FROM THIS APPOINTMENT CHANGE,
PLEASE CALL THE BENEFITS OFFICE.

THE FOLLOWING INFORMATION IS ON FILE WITH THE HUMAN RESOURCE RECORDS
AND INFORMATION SERVICES/MEDICAL CAMPUS HUMAN RESOURCES DEPARTMENT:

CURRENT HOME ADDRESS:          ADMIN DEPT: UMH AMB CARE SVCS
                          SSN:
                               SERVICE DATE: 09-11-95
                               BENEFIT DATE: 09-11-95
                               BIRTH DATE:
HOME TELEPHONE:                CITIZENSHIP: US
CAMPUS PHONE:            MAJOR DEGREES: B.A.

PLEASE CONTACT YOUR ADMINISTRATIVE DEPARTMENT TO MAKE NECESSARY
CORRECTIONS IF ANY OF THIS INFORMATION IS INACCURATE.

                                   LEE C. BOLLINGER
                                   PRESIDENT

CC: 3243 UMH AMB CARE SVCS    CATHRYN S MCCREADY    N14A06 0474

PLEASE RETAIN FOR YOUR RECORDS

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


*The University of Michigan*

SEPTEMBER 17, 1997

JENNIFER E BAKER
BONE MARROW PROGRAM
B1-358 CCGC               0910

THIS IS NOTIFICATION OF A CHANGE IN THE TERMS AND CONDITIONS OF YOUR
APPOINTMENT AT THE UNIVERSITY OF MICHIGAN. THIS NOTICE REFLECTS A
MERIT SALARY INCREASE.

AT THIS TIME YOUR TITLE IS PHYSICIAN'S ASSISTANT, UMH BONE MARROW
PROGRAM.

THE FOLLOWING IS INFORMATION REGARDING YOUR APPOINTMENT(S):

TITLE PHYSICIAN ASSISTANT        UMH BONE MARROW PRGM
APPT RATE        ███████████     PN:   017

| ACCOUNT | EFFORT | BEGIN | END | AMOUNT | FUNDING DEPARTMENT |
|---|---|---|---|---|---|
| ████ | 100.0% | 07-01-97 | 08-31-97 | ███████████ | UMH BONE MARROW PRGM |
| | 100.0% | 09-01-97 | OPEN | | UMH BONE MARROW PRGM |

SALARY PAYMENTS ON ACCOUNTS WITH OPEN END DATES WILL CONTINUE WITHOUT
ADDITIONAL NOTIFICATION.

TWELVE-MONTH SALARIES ARE PAID ONE TWELFTH EACH MONTH, NORMALLY ON
THE LAST WORK DAY OF THE MONTH.

FOR STAFF BENEFITS QUESTIONS RESULTING FROM THIS APPOINTMENT CHANGE,
PLEASE CALL THE BENEFITS OFFICE.

THE FOLLOWING INFORMATION IS ON FILE WITH THE HUMAN RESOURCES RECORDS
AND INFORMATION SERVICES/MEDICAL CAMPUS HUMAN RESOURCES DEPARTMENT:

CURRENT HOME ADDRESS:            ADMIN DEPT: UMH BONE MARROW PRGM
                     SSN: ████████
                                 SERVICE DATE: 09-11-95
                                 BENEFIT DATE: 09-11-95
                                 BIRTH DATE: ████████
HOME TELEPHONE: ████████         CITIZENSHIP: US
CAMPUS PHONE: ████████           MAJOR DEGREES: B.A.

PLEASE CONTACT YOUR ADMINISTRATIVE DEPARTMENT TO MAKE NECESSARY
CORRECTIONS IF ANY OF THIS INFORMATION IS INACCURATE.

                            LEE C. BOLLINGER
                            PRESIDENT

CC: 3241 UMH BONE MARROW PRGM    BEV L NUGENT    F2015 UMH 0247


PLEASE RETAIN FOR YOUR RECORDS

00106



**University of Michigan Health System**

**Physician Assistant Performance Planning and Evaluation**



**UMHHC Goals**
1. Improve clinical outcomes and service.
2. Support the University's health and science academic mission.
3. Improve customer satisfaction in all groups.
4. Create a safe and healthful workplace
5. Enhance our financial strength and competitiveness
6. Participate with state and local partners to create healthy communities

Scale: N = Not Met;    A = Approaching;    P = Proficient;    S = Surpassing

| UMHS Performance Expectations (For all employees) | Self Evaluation | Manager's Evaluation |
|---|---|---|
| 1. Consistently demonstrates effective communication skills using: active listening, written, verbal and information technology skills | S | S |
| Comments: | | |
| Improvement Plan: | | |
| 2. Protects confidential information | S | S |
| Comments: | | |
| Improvement Plan: | | |
| 3. Complies with safety instructions, observes safe work practices, and provides input on safety issues and promotes a safe work environment | S | S |
| Comments: | | |
| Improvement Plan: | | |
| 4. Consistently demonstrates the organization's values: Patients and families first, Accountability for outcomes, Respect for individuals, Teamwork, Never-ending improvement, Empowerment, Responsibility for cost-effectiveness, and Service to the community (PARTNERS) | S | S |
| Comments: | | |
| Improvement Plan: | | |
| 5. Consistently meets the organization's expectations for exemplary customer service | S | S |
| Comments: | | |
| Improvement Plan: | | |
| 6. Adopts practices to improve work processes, enhance customer satisfaction and reduce wastes and costs | S | S |
| Comments: | | |
| Improvement Plan: | | |
| 7. Works effectively with team/work group and others to accomplish organizational goals | S | S |
| Comments: | | |
| Improvement Plan: | | |
| 8. Articulates role and participates in the Plan–Do–Check–Act (PDCA) cycle for continuous quality improvement | S | S |
| Comments: | | |
| Improvement Plan: | | |

**PLEASE TYPE OR PRINT INFORMATION**

| Jennifer Baker | Int Med – Hem/Onc | ▮▮▮▮▮▮ | Physician Assistant | July 1, 2003 – June 30, 2004 |
|---|---|---|---|---|
| Staff Member Name | Department Name | Employee ID # | Job Title / Classification | Evaluation Period |

00117

# THE UNIVERSITY OF MICHIGAN HEALTH SYSTEM
## University of Michigan Hospitals and Health Centers
### Physician Assistant Performance Planning and Evaluation

Scale: N= Not Met; A= Approaching; P= Proficient; S= Surpassing

| Job Specific Expectations (Must be tied to job description) | Self Evaluation | Manager's Evaluation |
|---|---|---|
| 9. Attendance: (Job Specific) | S | S |
| Comments: | | |
| Improvement Plan: | | |
| 10. Actively participates in ongoing projects related to clinical research protocols or critical pathways | S | S |
| Comments: | | |
| Improvement Plan: | | |
| 11. Performs and interprets physical examinations | S | S |
| Comments: | | |
| Improvement Plan: | | |
| 12. Provides patient care prior to, during, and following chemotherapy | S | S |
| Comments: | | |
| Improvement Plan: | | |
| 13. Actively participates in the education of nurses and other support personnel about issues related to protocols or critical pathways when asked. | S | S |
| Comments: | | |
| Improvement Plan: | | |
| 14. Initiates (as per protocol or critical pathway) various laboratory or radiological studies. | S | S |
| Comments: | | |
| Improvement Plan: | | |
| 15. Performs invasive and non-invasive diagnostic and therapeutic procedures | S | S |
| Comments: | | |
| Improvement Plan: | | |
| 16. Prepares initial orders for chemotherapy, supportive care drug usage, non-narcotic medications per protocol or critical pathway within the restrictions of the law | S | S |
| Comments: | | |
| Improvement Plan: | | |
| 17. | | |
| Comments: | | |
| Improvement Plan: | | |
| 18. | | |
| Comments: | | |
| Improvement Plan: | | |

| PLEASE TYPE OR PRINT INFORMATION | | | | |
|---|---|---|---|---|
| Jennifer Baker | Int Med – Hem/Onc | | Physician Assistant | July 1, 2003 – June 30, 2004 |
| Staff Member Name | Department Name | Employee ID # | Job Title / Classification | Evaluation Period |

UMHS Performance Planning and Evaluation Committee 6/2001: Updated 5/2003

Page 2 of 4

00118

## THE UNIVERSITY OF MICHIGAN HEALTH SYSTEM
### University of Michigan Hospitals and Health Centers
#### Physician Assistant Performance Planning and Evaluation

**Peer / Staff / Customer Feedback**

**Competency / Mandatory Requirement Summary** — Check institutional regulatory requirements met:

☒Fire/Safety   ☐Corporate Compliance   ☒Unit Critical Incident Plan   ☒Patient Safety   ☒HIPAA

List unit based competencies and unit/department mandatory requirements in boxes below.  Check yes for met; no for not met.

| Competency / Mandatory Met: | Y | N | Competency / Mandatory Met: | Y | N | Competency / Mandatory Met: | Y | N |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | | ☐ | ☐ | | ☐ | ☐ |
| | ☐ | ☐ | | ☐ | ☐ | | ☐ | ☐ |
| | ☐ | ☐ | | ☐ | ☐ | | ☐ | ☐ |

Action plan for competency(s) / mandatory(s) not met:

| Y | N | |
|---|---|---|
| ☒ | ☐ | Staff member has demonstrated competent care/service based on the ages of the patients / customers served (supporting documentation must be in the evaluation or placed in the employee blue folder).  Place an "X" in the boxes below for appropriate age groups served. |

☐Neonates   ☐Infants   ☐Pediatrics   ☐Adolescents   ☒Adults   ☐Geriatrics   ☐Other:

**Overall Evaluation Summary**

Jennifer continues to perform at an outstanding level.  She has superior skills and knowledge base which spans elements of bone marrow transplant, general hematology & coagulation disorders.  She functions reliably well at a very high level of independence.  Patients enjoy her care and actively seek to see her in clinic.

**Overall Performance Rating:**

Scale: N = Not Met;  A = Approaching;  P = Proficient  S = Surpassing

| N | A | P | S |
|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ |

If "N" or "A" used, check problem area(s) listed below.  Then check associated action plan(s) below problem areas.

| ☐Job Specific | ☐Customer Service | ☐Communication | ☐Effective team / group work | ☐Other: |
|---|---|---|---|---|
| ☐Education | ☐Education | ☐Education | ☐Education | ☐Education |
| ☐Mentoring | ☐Mentoring | ☐Mentoring | ☐Mentoring | ☐Mentoring |
| ☐Observation | ☐Observation | ☐Observation | ☐Observation | ☐Observation |
| ☐Practice | ☐Practice | ☐Practice | ☐Practice | ☐Practice |
| ☐Other: | ☐Other: | ☐Other: | ☐Other: | ☐Other: |

**Annual Learning and Self-Development Plan:** The Learning and Self-Development Plan is used to set personal and professional goals which contribute to the staff member's growth and development and are not stated in the improvement plans listed on previous pages.  Time frames should be stated with all staff development goals.

| | | Time Frame |
|---|---|---|
| 1.  Growth Area: | Develop knowledge base to assist in writing plans for | |
| • Outcome: | anticoagulant bridging for procedures | 1 year |
| • Action: | Attendance at conferences re: anticoagulants | |
| • Evaluation: | Review of pre op anticoagulant bridging plans w/ supervisor | |
| • Comments: | | |
| 2.  Growth Area: | | Time Frame |
| • Outcome: | | |
| • Action: | | |
| • Evaluation: | | |
| • Comments: | | |

**Employee Comments: (Optional)**

| Date | Employee Signature | Supervisor's Name | Supervisor's Signature | Department |
|---|---|---|---|---|
| 8/5/04 | Jennifer Baker | Karen Bockenstedt | Karen Bockenstedt | Int Med Hematology |

**PLEASE TYPE OR PRINT INFORMATION**

| | | | | |
|---|---|---|---|---|
| Jennifer Baker | Int Med – Hem/Onc | | Physician Assistant | July 1, 2003 – June 30, 2004 |
| Staff Member Name | Department Name | Employee ID # | Job Title / Classification | Evaluation Period |

UMHS Performance Planning and Evaluation Committee 6/2001; Updated 5/2003

Page 3 of 4

00119



University of Michigan Health System
Confidentiality and Security Statement
Workforce, Vendor, Visiting Observer and Scholar

**The University of Michigan Health System is committed to protecting the confidentiality and security of information.** I may be an employee, faculty, student, trainee, visiting observer, visiting health professional or scholar, volunteer, or vendor at UMHS. During the course of my duties or purpose at the Health System, I may have access to proprietary or confidential information. I understand that all proprietary and protected health information (collectively PHI) must be maintained confidentially, and in a secure fashion.

I agree to follow all UMHS policies and procedures governing the confidentiality and security of PHI in any form, including oral, fax, photographic, written, or electronic. I will regard both confidentiality and security as a duty and responsibility while part of the Health System workforce, or during my involvement with UMHS as a non-workforce member. I have completed UMHS HIPAA training.

I agree that I will not access, release, or share PHI, except as necessary to complete my duties or purpose at the UMHS. I understand that I may not access any information on friends or family members unless a Release of Information form authorizes me to do so, unless doing so is a necessary part of my job duties, or unless I am otherwise permitted to do so by UMHS policies. I understand that I am not authorized to use or release PHI to anyone who is not part of the UMHS workforce or an approved visiting observer, health professional, or scholar except as provided in UMHS policies and procedures, by University of Michigan contract, or as required by law.

I agree that I will use all reasonable means to protect the security of PHI in my control, and to prevent it from being accessed or released, except as permitted by law. I will use only the access privileges I have been authorized to use, and will not reveal any of my passwords or share access with others. I will take precautions to avoid inadvertently revealing PHI; for example, I will use workstations in a safe manner and will make reasonable efforts to prevent conversations from being overheard, including speaking in lowered tones and not discussing PHI in public areas. If I keep patient notes on a handheld or laptop computer or other electronic device, I will ensure that my supervisor knows of and has approved such use and I will keep this information secure and confidential. If, as part of my responsibility, I must take PHI off the premises, I will do so only with permission from my supervisor; I will protect PHI from disclosure; and will ensure that the PHI is either returned to UMHS or destroyed.

I agree that when my employment, affiliation, visitation or assignment with UMHS ends, I will not take any PHI with me and I will not reveal any PHI that I had access to as a result of my duties at the UMHS. I will either return PHI to UMHS or destroy it in a manner that renders it unreadable and unusable by anyone else.

I agree to immediately report unauthorized use or disclosure of PHI (including theft), or security issues affecting systems that contain or give access to PHI, to my supervisor, or to the UMHS Compliance and Privacy Office, 7300 Medical Science I, Box 0625, (734) 615-4759, (888) 296-2481.

I understand that if I do not keep PHI confidential, or if I allow or participate in inappropriate disclosure or access to PHI, I will be subject to immediate disciplinary or corrective action, up to and including dismissal or loss of access privileges to UMHS property and facilities. I understand that unauthorized access, use, or disclosure of PHI may also violate federal and state law, and may result in criminal and civil penalties against the University and/or me personally.

Signature: _Jennifer Baker_

Printed Name: Jennifer Baker

Date: 8/5/04

Employee ID Number (if applicable)

Revision date: April 19th, 2004

00120

PA Perf Eval J Baker.

*due July 14*



| | | Scale: N = Net Met;  A = Approaching;  P = Proficient;  S = Surpassing | |
|---|---|---|---|
| **UMHS Performance Expectations (For all employees)** | | **Self Evaluation** | **Manager's Evaluation** |
| 1. | Consistently demonstrates effective communication skills using: active listening, written, verbal and information technology skills | | S |
| | Comments: | | |
| | Improvement Plan: | | |
| 2. | Protects confidential information | | S |
| | Comments: | | |
| | Improvement Plan: | | |
| 3. | Complies with safety instructions, observes safe work practices, and provides input on safety issues and promotes a safe work environment | | S |
| | Comments: | | |
| | Improvement Plan: | | |
| 4. | Consistently demonstrates the organization's values: Patients and families first, Accountability for outcomes, Respect for individuals, Teamwork, Never-ending improvement, Empowerment, Responsibility for cost-effectiveness, and Service to the community (PARTNERS) | | S |
| 5. | | | |
| | Comments: | | |
| | Improvement Plan: | | |
| 6. | Consistently meets the organization's expectations for exemplary customer service | | S |
| | Comments: | | |
| | Improvement Plan: | | |
| 7. | Adopts practices to improve work processes, enhance customer satisfaction and reduce wastes and costs | | S |
| | Comments: | | |
| | Improvement Plan: | | |
| 8. | Works effectively with team/work group and others to accomplish organizational goals | | S |
| | Comments: | | |
| | Improvement Plan: | | |
| 9. | Articulates role and participates in the Plan–Do–Check–Act (PDCA) cycle for continuous quality improvement | | S |
| | Comments: | | |
| | Improvement Plan: | | |

| | PLEASE TYPE OR PRINT INFORMATION | | | |
|---|---|---|---|---|
| Jennifer Baker | Int Med – Hem/Onc | | Physician Assistant | 2002-2003 |
| Staff Member Name | Department Name | Employee ID # | Job Title / Classification | Evaluation Period |

UMHS Performance Planning and Evaluation Committee 6/2001; Updated 5/2003

Page 1 of 5

00121

PA Perf Eval J Baker.                                                      Page 2

# THE UNIVERSITY OF MICHIGAN HEALTH SYSTEM
## University of Michigan Hospitals and Health Centers
### Staff Performance Planning and Evaluation

Scale: N = Not Met;   A = Approaching;   P = Proficient;   S = Surpassing

| Job Specific Expectations (Must be tied to job description) | Self Evaluation | Manager's Evaluation |
|---|---|---|
| 10. Attendance: (Job Specific) | | S |
| Comments: | | |
| Improvement Plan: | | |
| 11. Actively participates in ongoing projects related to clinical research protocols or critical pathways | | S |
| Comments: | | |
| Improvement Plan: | | |
| 12. Performs and interprets physical examinations | | S |
| Comments: | | |
| Improvement Plan: | | |
| 13. Provides patient care prior to, during, and following chemotherapy | | S |
| Comments: | | |
| Improvement Plan: | | |
| 14. Actively participates in the education of nurses and other support personnel about issues related to protocols or critical pathways when asked. | | S |
| Comments: | | |
| Improvement Plan: | | |
| 15. Initiates (as per protocol or critical pathway) various laboratory or radiological studies. | | S |
| Comments: | | |
| Improvement Plan: | | |
| 16. Performs invasive and non-invasive diagnostic and therapeutic procedures | | S |
| Comments: | | |
| Improvement Plan: | | |
| 17. Prepares initial orders for chemotherapy, supportive care drug usage, non-narcotic medications per protocol or critical pathway within the restrictions of the law | | S |
| Comments: | | |
| Improvement Plan: | | |
| 18. Assists physicians in the recruiting of new patients for transplant programs in breast cancer, lymphoma, leukemia, and multiple myeloma | | S |
| Comments: | | |
| Improvement Plan: | | |
| 19. Assists in treating patients prior to transplant and provides care post-transplant | | S |
| Comments: | | |
| Improvement Plan: | | |
| 20. Learning to routinely assess patient performance status and recording it. | | S P |
| Comments: We do not generally use a scale for our comp paneus | | |
| Improvement Plan: | | |

| PLEASE TYPE OR PRINT INFORMATION | | | | |
|---|---|---|---|---|
| Jennifer Baker | Int Med – Hem/Onc | ▇▇▇▇▇ | Physician Assistant | 2002-2003 |
| Staff Member Name | Department Name | Employee ID # | Job Title / Classification | Evaluation Period |

UMHS Performance Planning and Evaluation Committee 6/2001; Updated 5/2003                Page 2 of 5

# THE UNIVERSITY OF MICHIGAN HEALTH SYSTEM
### University of Michigan Hospitals and Health Centers
*Staff Performance Planning and Evaluation*

**Peer / Staff / Customer Feedback**

*Jennifer is outstanding. She performs at a level of competency that often exceeds the 1st & 2nd year student in the dx, care & management of hematology pts.*

**Competency / Mandatory Requirement Summary:** ____ **Check institutional regulatory requirements met:**

| Fire/Safety | X | Corporate Compliance | X | Unit Critical Incident Plan | X | Patient Safety | X | HIPAA | X |

List unit based competencies and unit/department mandatory requirements in boxes below. Check yes for met; no for not met.

| Competency / Mandatory Met: | Y | N | Competency / Mandatory Met: | Y | N | Competency / Mandatory Met: | Y | N |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |

Action plan for competency(s) / mandatory(s) not met:

| Y | N: | Staff member has demonstrated competent care/service based on the ages of the patients / customers served (supporting documentation must be in the evaluation or placed in the employee blue folder). Place an "X" in the boxes below for appropriate age groups served. |
|---|---|---|
| X | | |

| Neonates | Infants | Pediatrics | Adolescents | Adults | Yes | Geriatrics | Other: |
|---|---|---|---|---|---|---|---|

**Overall Evaluation Summary**

*Jennifer is a crucial member of our hematology clinic. Her knowledge base likely exceeds most of the other PA's given her broad experience.*

**Overall Performance Rating:** ____ N ____ A ____ P ____ (S)

Scale: N = Not Met;   A = Approaching;   P = Proficient   S = Surpassing

If "N" or "A" used, check problem area(s) listed below. Then check associated action plan(s) below problem area.

| Job Specific | Customer Service | Communication | Effective team / group work | Other: |
|---|---|---|---|---|
| Education | Education | Education | Education | Education |
| Mentoring | Mentoring | Mentoring | Mentoring | Mentoring |
| Observation | Observation | Observation | Observation | Observation |
| Practice | Practice | Practice | Practice | Practice |
| Other: | Other: | Other: | Other: | Other: |

**Annual Learning and Self-Development Plan:** The Learning and Self-Development Plan is used to set personal and professional goals which contribute to the staff member's growth and development and are not stated in the improvement plans listed on previous pages. Time frames should be stated with all staff development goals.

| 1. Growth Area: | *Further knowledge in the management of bleeding disorder pts* | Time Frame 1 yr |
|---|---|---|
| • Outcome: | *facts with dosing orders* | 1 year |
| • Action: | *Attend educational meetings on hemostasis* | |
| • Evaluation: | *Write orders & have them checked by me* | |
| • Comments: | | |

| 2. Growth Area: | *Further ability to order* | Time Frame 1 yr |
|---|---|---|
| • Outcome: | *Able to write pre-op med/regimens* | 1 year |
| • Action: | *Attend educational mtgs, review orders closely, one* | |
| • Evaluation: | *Review of appropriate orders written by J. Baker* | |
| • Comments: | | |

| 3. Growth Area: | | Time Frame: |
|---|---|---|
| • Outcome: | | |
| • Action: | | |
| • Evaluation: | | |
| • Comments: | | |

**Employee Comments: (Optional)**

| Date | Employee Signature | Supervisor's Name | Supervisor's Signature | Department |
|---|---|---|---|---|
| 7-1-03 | *Jennifer Baker* | *P. Bockenstedt* | *P Bockenstedt* | *Int Med* |

### University of Michigan Health System

00123

## THE UNIVERSITY OF MICHIGAN HEALTH SYSTEM
### University of Michigan Hospitals and Health Centers
*Staff Performance Planning and Evaluation*

**Privacy and Confidentiality Statement**
**Workforce, Vendor, Visiting Observer and Scholar**

The University of Michigan Health System is committed to privacy and confidentiality. I understand that during the course of my duties or purpose at the Health System, I may have access to proprietary or confidential information. I agree to follow UMHS policies and procedures governing confidentiality and I will regard confidentiality as a duty and responsibility while part of the Health System workforce.

I understand that all proprietary and protected health information (collectively PHI) must be maintained confidentially. I have completed UMHS HIPAA training, and I agree to follow UMHS policies and procedures governing confidentiality and protection of PHI.

I may be an employee, faculty, student, trainee, visiting observer or scholar, volunteer, or vendor at UMHS. Regardless of how I may have access to PHI, at UMHS, I agree that I will not access, disclose or share PHI, except as necessary to complete my duties or purpose at the UMHS. I understand that I may not access any information on friends or family members unless a Release of Information form authorizes me to do so or unless I am permitted by University of Michigan policies. I understand that I am not authorized to use or disclose PHI to anyone who is not part of the UMHS workforce or an approved visiting observer or scholar except as provided in UMHS policies and procedures, by University of Michigan contract, or as required by law.

I understand that I must use all reasonable means to prevent PHI in my control from being disclosed, except as permitted by law. I will not reveal any of my passwords or share them with others. I will protect PHI from unauthorized access by keeping patient information secure, private and out of public viewing. When I need to discuss PHI, I will make reasonable efforts to prevent conversations from being overheard, including speaking in lowered tones and not discussing PHI in public areas such as elevators or the cafeteria. I will report unauthorized use or disclosure of PHI to the UMHS Privacy Director, 7300 Med Sci I, Box 0625,734-615-4400, (866) 482-1252.

Protecting confidentiality of PHI means protecting it from unauthorized use or disclosure in any format, including oral, fax, photographic, written, or electronic form. If I keep patient notes on a handheld or laptop computer or other electronic device, I will ensure that my supervisor knows of and has approved such use and will keep this information secure and confidential. If, as part of my responsibility, I must take PHI off the premises, I will do so only with permission from my supervisor; I will protect PHI from disclosure; and will ensure that PHI is either returned to UMHS or destroyed.

When my employment, affiliation, visitation or assignment with UMHS ends, I will not take any PHI with me and I will not reveal any PHI that I had access to as a result of my duties at the UMHS. I will either return PHI to UMHS or destroy it in a manner that renders it unreadable and unusable by anyone else.

I understand that if I do not keep PHI confidential, or if I allow or participate in inappropriate disclosure or access to PHI, I will be subject to immediate disciplinary action, up to and including dismissal. I understand that unauthorized access, use, or disclosure may also violate federal and state law, and may result in criminal and civil penalties.

| Signature | Date |
|---|---|
| *Jennifer Baker* | 7/14/03 |

Revision date: May 7, 2003

00124



**University of Michigan Health System**

**Staff Performance Planning and Evaluation**

Excellence and Leadership
Patient Care/Service

**UMHHC Goals**
1. Improve clinical outcomes and service.
2. Support the University's health and science academic mission.
3. Improve customer satisfaction in all groups.
4. Create a safe and healthful workplace
5. Enhance our financial strength and competitiveness
6. Participate with state and local partners to create healthy communities

| UMHS Performance Expectations (For all employees) | Self Evaluation | Manager's Evaluation |
|---|---|---|
| **Scale: N = Not Met;   A = Approaching;   P = Proficient;   S = Surpassing** | | |
| 1. Consistently demonstrates effective communication skills using: active listening, written, verbal and information technology skills | S | S |
| Comments: | | |
| Improvement Plan: | | |
| 2. Protects confidential information | S | S |
| Comments: | | |
| Improvement Plan: | | |
| 3. Complies with safety instructions, observes safe work practices, and provides input on safety issues and promotes a safe work environment | S | S |
| Comments: | | |
| Improvement Plan: | | |
| 4. Consistently demonstrates the organization's values: Patients and families first, Accountability for outcomes, Respect for individuals, Teamwork, Never-ending improvement, Empowerment, Responsibility for cost-effectiveness, and Service to the community (PARTNERS) | S | S |
| Comments: | | |
| Improvement Plan: | | |
| 5. Consistently meets the organization's expectations for exemplary customer service | S | S |
| Comments: | | |
| Improvement Plan: | | |
| 6. Adopts practices to improve work processes, enhance customer satisfaction and reduce wastes and costs | S | S |
| Comments: | | |
| Improvement Plan: | | |
| 7. Works effectively with team/work group and others to accomplish organizational goals | S | S |
| Comments: | | |
| Improvement Plan: | | |
| 8. Articulates role and participates in the Plan–Do–Check–Act (PDCA) cycle for continuous quality improvement | S | S |
| Comments: | | |
| Improvement Plan: | | |

| Jennifer Baker/Cancer Center | | Physician Assistant | 07/01/2001-6/30/2002 |
|---|---|---|---|
| Staff Member Name/Dept Name | Employee ID # | Job Title / Classification | Evaluation Period |

UMHS Performance Planning and Evaluation Committee  6/2001

Page 1 of 4

00125

## THE UNIVERSITY OF MICHIGAN HEALTH SYSTEM
### University of Michigan Hospitals and Health Centers
*Staff Performance Planning and Evaluation*

**Scale:  N = Not Met;  A = Approaching;  P = Proficient;  S = Surpassing**

| Job Specific Expectations (Must be tied to job description) | Self Evaluation | Manager's Evaluation |
|---|---|---|
| 9.  Attendance: (Job Specific) | S | S |
| Comments: | | |
| Improvement Plan: | | |
| 10.  Actively participates in ongoing projects related to clinical research protocols or critical pathways | S | S |
| Comments: | | |
| Improvement Plan: | | |
| 11.  Performs and interprets physical examinations | S | S |
| Comments: | | |
| Improvement Plan: | | |
| 12.  Provides routine and non-routine care prior to , during, and following chemotherapy | S | S |
| Comments: | | |
| Improvement Plan: | | |
| 13.  Actively participates in the education of nurses and other support personnel about issues related to protocols or critical pathways | S | S |
| Comments: | | |
| Improvement Plan: | | |
| 14.  Initiates (as per protocol or critical pathway) various laboratory or radiological studies | S | S |
| Comments: | | |
| Improvement Plan: | | |
| 15.  Performs invasive and non-invasive diagnostic and therapeutic procedures | S | S |
| Comments: | | |
| Improvement Plan: | | |
| 16.  Writes initial orders for chemotherapy, supportive care drug usage, non-narcotic medication per protocol or critical pathway within the restrictions of the law | S | S |
| Comments: | | |
| Improvement Plan: | | |
| 17.  Assists physicians in the recruiting and education of new patients for clinical protocols | S | S |
| Comments: | | |
| Improvement Plan: | | |
| 18.  Learning to routinely assess and record patient status. | S | S |
| Comments: | | |
| Improvement Plan: | | |
| 19. | | |
| Comments: | | |
| Improvement Plan: | | |

| Jennifer Baker/Cancer Center | ~~████~~ | Physician Assistant | 07/01/2001-6/30/2002 |
|---|---|---|---|
| Staff Member Name/Dept Name | Employee ID # | Job Title / Classification | Evaluation Period |

UMHS Performance Planning and Evaluation Committee  6/2001

# THE UNIVERSITY OF MICHIGAN HEALTH SYSTEM
## University of Michigan Hospitals and Health Centers
### *Staff Performance Planning and Evaluation*

**Peer / Staff / Customer Feedback**

**Competency / Mandatory Requirement Summary**

Check institutional regulatory requirements met: ☐ Fire/Safety   ☒ Corporate Compliance   ☒ Review Unit Critical Incident Plan

List unit based competencies and unit/department mandatory requirements in boxes below. Check yes for met; no for not met.

| Competency / Mandatory Met: | Y | N | Competency / Mandatory Met: | Y | N | Competency / Mandatory Met: | Y | N |
|---|---|---|---|---|---|---|---|---|
| BLS/emergency procedures | ☒ | ☐ | infection control | ☒ | ☐ | | ☐ | ☐ |
| Cardiac arrest | ☒ | ☐ | professional billing comp | ☒ | ☐ | | ☐ | ☐ |
| hazard communication | ☒ | ☐ | emergency mgmt disaster | ☒ | ☐ | | ☐ | ☐ |

Action plan for competency(s) / mandatory(s) not met:

| Y | N | |
|---|---|---|
| ☒ | ☐ | Staff member has demonstrated competent care/service based on the ages of the patients / customers served (supporting documentation must be in the evaluation or placed in the employee blue folder).  Place an "X" in the boxes below for appropriate age groups served. |

☐ Neonates   ☐ Infants   ☐ Pediatrics   ☐ Adolescents   ☒ Adults   ☐ Geriatrics   ☐ Other:

**Overall Evaluation Summary**

Jennifer is an excellent PA and has extensive knowledge & training in a broad area
of hematology including lymph. & myeloma, leukemia, lymphoma & autoimmune disorders.

**Overall Performance Rating:**

| Scale: N = Not Met;   A = Approaching;   P = Proficient   S = Surpassing | N | A | P | S |
|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☒ |

If "N" or "A" used, check problem area(s) listed below. Then check associated action plan(s) below problem area.

| ☒ Job Specific | ☒ Customer Service | ☒ Communication | ☒ Effective team / group work | ☐ Other: |
|---|---|---|---|---|
| ☒ Education | ☒ Education | ☒ Education | ☒ Education | ☐ Education |
| ☐ Mentoring | ☒ Mentoring | ☒ Mentoring | ☒ Mentoring | ☐ Mentoring |
| ☐ Observation | ☒ Observation | ☒ Observation | ☒ Observation | ☐ Observation |
| ☒ Practice | ☒ Practice | ☒ Practice | ☒ Practice | ☐ Practice |
| | ☐ Other: | ☐ Other: | ☐ Other: | ☐ Other: |

**Annual Learning and Self-Development Plan:** The Learning and Self-Development Plan is used to set personal and professional goals which contribute to the staff member's growth and development and are not stated in the improvement plans listed on previous pages. Time frames should be stated with all staff development goals.

| | Time Frame |
|---|---|
| 1.  **Growth Area:** We hope to implement studies of low molecular weight | |
| • Outcome: heparin | Common |
| • Action: | |
| • Evaluation: | |
| • Comments: Enrollment ✓ | |
| 2.  **Growth Area:** expansion of post phlebostressb to studies | |
| • Outcome: | 1 year |
| • Action: | |
| • Evaluation: | |
| • Comments: | |
| 3.  **Growth Area:** | Time Frame |
| • Outcome: | |
| • Action: | |
| • Evaluation: | |
| • Comments: | |

**Employee Comments: (Optional)**

| Date | Employee Signature | Supervisor's Name | Supervisor's Signature | Department |
|---|---|---|---|---|
| 8/8/02 | *Jennifer Baker* | Paula Bockenstedt, MD | *Paula Bockenstedt* | Int Med Hem/Onc |

| Jennifer Baker/Cancer Center | | Physician Assistant | 07/01/2001-6/30/2002 |
|---|---|---|---|
| **Staff Member Name/Dept Name** | **Employee ID #** | **Job Title / Classification** | **Evaluation Period** |

UMHS Performance Planning and Evaluation Committee 6/2001



**THE UNIVERSITY OF MICHIGAN HEALTH SYSTEM**
*University of Michigan Hospitals and Health Centers*
*Staff Performance Planning and Evaluation*

## University of Michigan Health System Confidentiality Statement: [1]

During the course of your employment at the University of Michigan Health System, you will have access to confidential information in oral, written, or electronic formats. This information may contain the individually identifiable health information of patients, M-CARE members, faculty, staff, students or M-CARE providers or employers or financial, business, scientific or research matters.

Confidential information may be accessed only by UMHS employees having a *job related need to know*. *Job related Need to know* is a principle that states an employee should access only the specific information necessary to perform their appointed duties. This means that unless the employee has a *job related need to know* the employee cannot access information on their family, friends other employees or any other person without explicit permission.[2] Employees with access to confidential information must assess the appropriateness of each use of information on a *need to know* basis.[3] Confidential information may be accessed and/or released only by authorized UMHS employees and then only in accordance with university policies.[4]

It is the expectation of UMHS, that all employees exercise *due care* in any discussion, access, storage, interpretation, release or handling of confidential patient/student/M-CARE member/employee specific information. For example, passwords must not be shared. Users of general-use computers on inpatient units and in outpatient clinics must minimize the confidential screen to the task bar when work station is not attended, sign-off, or use other technology to minimize the risk of unauthorized access. When soliciting patients for research and fund raising, specific health system policies apply.

You may become aware of confidential information because it is part of your job responsibility, or you may encounter it unintentionally through your association with the Health System. Any employee who voluntarily allows or participates in inappropriate access and/or dissemination of confidential information may be subject to immediate disciplinary action, up to and including discharge. Employees are encouraged to report known or suspected violations of confidential information.

I understand that I must sign this statement as a condition of employment. My signature certifies that I have read and understand my responsibilities regarding confidential information.

Signature _____ Date _8/8/02_

---

[1] All persons employed by the University of Michigan Hospital and Health Centers (UMHHC), University of Michigan Medical School (UMMS), M-CARE, all UMHS temporary and contracted employees and volunteers and pertinent Michigan Health Corporation employees must sign this confidentiality statement upon hire and annually thereafter.
[2] Refer to Adolescent Policy, UMHHC Policy # 03-07-018.
[3] Refer to Exhibit 1, UMHS Policy # 01-07-001.
[4] Standard Practice Guide Policies #601.7, 601.11, 601.16, 201.46; UMHS Code of Conduct; UMHHC Policy #03-07-015; Replaces M-CARE Policies 1.41, 1.42; Michigan Visiting Nurse Corporation Policy #200.R1.080.00.

personnel/confidentiality statements/staff confidentiality statement UMHS final – June 25, 2001.doc   6/25/01

| Jennifer Baker/Cancer Center | | Physician Assistant | 07/01/2001-6/30/2002 |
|---|---|---|---|
| **Staff Member Name/Dept Name** | **Employee ID #** | **Job Title / Classification** | **Evaluation Period** |

UMHS Performance Planning and Evaluation Committee  6/2001                                                                 Page 4 of 4

00128



**University of Michigan Health System**

**Staff Performance Planning and Evaluation**



**UMHHC Goals**
1. Improve clinical outcomes and service.
2. Support the University's health and science academic mission.
3. Improve customer satisfaction in all groups.
4. Create a safe and healthful workplace
5. Enhance our financial strength and competitiveness
6. Participate with state and local partners to create healthy communities

Scale: N = Not Met;   A = Approaching;   P = Proficient;   S = Surpassing

| UMHS Performance Expectations (For all employees) | Self Evaluation | Manager's Evaluation |
|---|---|---|
| 1. **Consistently demonstrates effective communication skills using: active listening, written, verbal and information technology skills** | | P to S |
| Comments: *Organized, keeps track of laboratories* | | |
| Improvement Plan: | | |
| 2. **Protects confidential information** | | P |
| Comments: | | |
| Improvement Plan: | | |
| 3. **Complies with safety instructions, observes safe work practices, and provides input on safety issues and promotes a safe work environment** | | P S |
| Comments: | | |
| Improvement Plan: | | |
| 4. **Consistently demonstrates the organization's values: Patients and families first, Accountability for outcomes, Respect for individuals, Teamwork, Never-ending improvement, Empowerment, Responsibility for cost-effectiveness, and Service to the community (PARTNERS)** | | P |
| Comments: | | |
| Improvement Plan: | | |
| 5. **Consistently meets the organization's expectations for exemplary customer service** | | P |
| Comments: | | |
| Improvement Plan: | | |

| Jennifer Baker | Social Security # | Physician Assistant | 7/1/00 – 6/30/01 |
|---|---|---|---|
| Staff Member Name | | Job Title / Classification | Evaluation Period |

UMHS Performance Planning and Evaluation Committee 3/2000

Page 1 of 7

**THE UNIVERSITY OF MICHIGAN HEALTH SYSTEM**
University of Michigan Hospitals and Health Centers
*Staff Performance Planning and Evaluation*

| | Scale: N = Not Met; A = Approaching; P = Proficient; S = Surpassing | | |
|---|---|---|---|
| **UMHS Performance Expectations (For all employees)** | | **Self Evaluation** | **Manager's Evaluation** |
| 6. | Adopts practices to improve work processes, enhance customer satisfaction and reduce wastes and costs | | P |
| | Comments: | | |
| | Improvement Plan: | | |
| 7. | Works effectively with team/work group and others to accomplish organizational goals | | A |
| | Comments: *During coming year would like finger to learn more about pre-op management of cong disorders patients* | | |
| | Improvement Plan: | | |
| 8. | Articulates role and participates in the Plan–Do–Check–Act (PDCA) cycle for continuous quality improvement | | P |
| | Comments: | | |
| | Improvement Plan: | | |

| | Scale: N = Not Met; A = Approaching; P = Proficient; S = Surpassing | | |
|---|---|---|---|
| **Job Specific Expectations (Must be tied to job description)** | | **Self Evaluation** | **Manager's Evaluation** |
| 9. | Attendance: (Job Specific) | | P |
| | Comments: | | |
| | Improvement Plan: | | |
| 10. | Actively participates in ongoing projects related to clinical research protocols or critical pathways | | A |
| | Comments: *Needs to learn more about research protocols actively pursue in Cong Unit in order to assist in patient accrual. Needs to participate in greater of protocols with our team.* | | |
| | Improvement Plan: *Read over current protocols, assist nurses in patient accrual* | | |
| 11. | Performs and interprets physical examinations | | P – S |
| | Comments: | | |
| | Improvement Plan: | | |

| Jennifer Baker | | Physician Assistant | 7/1/00 – 6/30/01 |
|---|---|---|---|
| **Staff Member Name** | **Social Security #** | **Job Title / Classification** | **Evaluation Period** |

UMHS Performance Planning and Evaluation Committee 3/2000

Page 2 of 7

# THE UNIVERSITY OF MICHIGAN HEALTH SYSTEM
## University of Michigan Hospitals and Health Centers
### *Staff Performance Planning and Evaluation*

Scale:  N = Not Met;   A = Approaching;   P = Proficient;   S = Surpassing

| Job Specific Expectations (Must be tied to job description) | Self Evaluation | Manager's Evaluation |
|---|---|---|
| 12. Provides routine and non-routine care prior to, during, and following chemotherapy | | P-S |
| Comments: Excellent care of non routine complex chemotherapy patients | | |
| Improvement Plan: | | |
| 13. Actively participates in the education of nurses and other support personnel about issues related to protocols or critical pathways | | P |
| Comments: | | |
| Improvement Plan: | | |
| 14. Initiates (as per protocol or critical pathway) various laboratory or radiological studies | | P |
| Comments: Good judgment as to when studies are needed | | |
| Improvement Plan: | | |
| 15. Perform invasive and non-invasive diagnostic and therapeutic procedures | | S |
| Comments: | | |
| Improvement Plan: | | |
| 16. Write initial orders for chemotherapy, supportive care drug usage, non-narcotic medications per protocol or critical pathway within the restrictions of the law | | P |
| Comments: Needs to try to write all chemo orders in time not slotted to clinic | | |
| Improvement Plan: Since clinic is hazardously destocearing Already undertaking plan to write all chemo out of clinic setting | | |
| 17. Assist physicians in the recruiting new patients for transplant programs in breast cancer, lymphoma, leukemia, and multiple myeloma | | P |
| Comments: | | |
| Improvement Plan: | | |

| Jennifer Baker | | Physician Assistant | 7/1/00 – 6/30/01 |
|---|---|---|---|
| Staff Member Name | Social Security # | Job Title / Classification | Evaluation Period |

UMHS Performance Planning and Evaluation Committee 3/2000

Page 3 of 7

**THE UNIVERSITY OF MICHIGAN HEALTH SYSTEM**
University of Michigan Hospitals and Health Centers
*Staff Performance Planning and Evaluation*

| | | | |
|---|---|---|---|
| | Scale: N = Not Met; A = Approaching; P = Proficient; S = Surpassing | | |
| Job Specific Expectations (Must be tied to job description) | | Self Evaluation | Manager's Evaluation |
| 18. Assists in treating patients prior to transplant and provide care post-transplant | | | P |
| Comments | | | |
| Improvement Plan: | | | |
| 19. Learning to routinely assess patient performance status and recording it. | | | P |
| Comments: | | | |
| Improvement Plan: | | | |

**Additional Comments from above**

Jennifer is an excellent PA. She has adapted well to the
extreme diversity in this clinic. She is encouraged to call
when not certain about results emanating from follow-up
labs as much as needed. During the coming year she is
encouraged to become more involved in the up & coming
protocols expected to emanate from recently submitted
Lung Disease Center Grant. She is also required to help
in maintaining & organizing patient data base along with
other members of the Lung Center.

**Peer / Staff / Customer Feedback**

| | | | |
|---|---|---|---|
| Jennifer Baker | | Physician Assistant | 7/1/00 – 6/30/01 |
| Staff Member Name | Social Security # | Job Title / Classification | Evaluation Period |

# THE UNIVERSITY OF MICHIGAN HEALTH SYSTEM
## University of Michigan Hospitals and Health Centers
### Staff Performance Planning and Evaluation

**Competency / Mandatory Requirement Summary**

Check institutional regulatory requirements met: ☑Fire/Safety  ☑Corporate Compliance  ☑Review Unit Critical Incident Plan

List unit based competencies and unit/department mandatory requirements in boxes below. Check yes for met; no for not met.

| Competency /Mandatory Met: | Y | N | Competency /Mandatory Met: | Y | N |
|---|---|---|---|---|---|
| | ☐ | ☐ | | ☐ | ☐ |
| | ☐ | ☐ | | ☐ | ☐ |
| | ☐ | ☐ | | ☐ | ☐ |
| | ☐ | ☐ | | ☐ | ☐ |
| | ☐ | ☐ | | ☐ | ☐ |

Action plan for competency(s) / mandatory(s) not met:

| Y | N | |
|---|---|---|
| ☐ | ☐ | Staff member has demonstrated competent care/service based on the ages of the patients / customers served (supporting documentation must be in the evaluation or placed in the employee blue folder). Place an "X" in the boxes below for appropriate age groups served. |

☐Neonates  ☐Infants  ☐Pediatrics  ☐Adolescents  ☒Adults  ☒Geriatrics  ☐Other:

**Overall Evaluation Summary**

Good performance. Demonstrates self education in complex areas. Will learn how to apply new skills to long patient care & research protocol involvement in next year.

**Overall Performance Rating:**

| | N | A | P | S |
|---|---|---|---|---|
| Scale: N = Not Met;   A = Approaching;   P = Proficient   S = Surpassing | ☐ | ☐ | ☒ | ☐ |

If "N" or "A" used, check problem area(s) listed below. Then check associated action plan(s) below problem area.

| ☐Job Specific | ☐Customer Service | ☐Communication | ☐Effective team / group work | ☐Other: |
|---|---|---|---|---|
| ☐Education | ☐Education | ☐Education | ☐Education | ☐Education |
| ☐Mentoring | ☐Mentoring | ☐Mentoring | ☐Mentoring | ☐Mentoring |
| ☐Observation | ☐Observation | ☐Observation | ☐Observation | ☐Observation |
| ☐Practice | ☐Practice | ☐Practice | ☐Practice | ☐Practice |
| ☐Other: | ☐Other: | ☐Other: | ☐Other: | ☐Other: |

| Jennifer Baker | | Physician Assistant | 7/1/00 – 6/30/01 |
|---|---|---|---|
| Staff Member Name | Social Security # | Job Title / Classification | Evaluation Period |

UMHS Performance Planning and Evaluation Committee 3/2000



**THE UNIVERSITY OF MICHIGAN HEALTH SYSTEM**
University of Michigan Hospitals and Health Centers
*Staff Performance Planning and Evaluation*

**Annual Learning and Self-Development Plan:** The Learning and Self-Development Plan is used to set personal and professional goals which contribute to the staff member's growth and development and are not stated in the improvement plans listed on previous pages. Time frames should be stated with all staff development goals.

| | | Time Frame |
|---|---|---|
| 1. **Growth Area:** *Learning to dose & monitor patients on anticoagulants* | | *1 year* |
| • Outcome: | | |
| • Action: | | |
| • Evaluation: | | |
| • Comments: | | |
| 2. **Growth Area:** *Learning to evaluate & dose patients with hemorragic* *replacement* *disorders* | | *Conus* |
| • Outcome: | | |
| • Action: | | |
| • Evaluation: | | |
| • Comments: | | |
| 3. **Growth Area:** *Involvement & patient accrual in coagulation disorder clinical trials & projects* | | *Conus* |
| • Outcome: | | |
| • Action: | | |
| • Evaluation: | | |
| • Comments: | | |
| 4. **Growth Area:** | | |
| • Outcome: | | |
| • Action: | | |
| • Evaluation: | | |
| • Comments: | | |

**Employee Comments: (Optional)**

| Date | Employee Signature | Supervisor's Name | Supervisor's Signature | Department |
|---|---|---|---|---|
| 8/3/01 | *Jennifer Baker* | Paula Bockenstedt, MD | *Paula Bockenstedt* | Cancer Center (hem/onc) |

| Jennifer Baker | | Physician Assistant | 7/1/00 – 6/30/01 |
|---|---|---|---|
| **Staff Member Name** | **Social Security #** | **Job Title / Classification** | **Evaluation Period** |

UMHS Performance Planning and Evaluation Committee 3/2000

**THE UNIVERSITY OF MICHIGAN HEALTH SYSTEM**
University of Michigan Hospitals and Health Centers
*Staff Performance Planning and Evaluation*

# University of Michigan Health System Confidentiality Statement:

During the course of your employment at the University of Michigan Health System, you will have access to confidential information in oral, written, or electronic formats. This information may contain the individually identifiable health information of patients of M-CARE, individually identifiable information of faculty, staff, students or M-CARE providers, or employers or financial, business, scientific or research matters.

Confidential information may be accessed only by UMHS employees having a job related need to know. Job related need to know is a principal that states an employee should access only the specific information necessary to perform their appointed duties. This means that unless the employee has a job related need to know the employee cannot access information on their family, friends, other employees, or any other person without explicit permission. Employees with access to confidential information must assess the appropriateness of each use of information on a need to know basis. Confidential information may be accessed and/ or released only by authorized UMHS employees and then only in accordance with university policies.

It is the expectation of UMHS, that all employees exercise due care in any discussion, access, storage, interpretation, release or handling of confidential patient/student/M-Care member/employee specific information. For example, passwords must not be shared. Users of general-use computers on inpatient units and in outpatient clinics must minimize the confidential screen to the task bar, sign-off, or use other technology to minimize the risk of unauthorized access. When soliciting patients for research and fund raising, specific health system policies apply.

You may become aware of confidential information because it is part of your job responsibility, or you may encounter it unintentionally through your association with the Health System. Any employee who voluntarily allows or participates in inappropriate access and/or dissemination of confidential information may be subject to immediate disciplinary action, up to and including discharge. Employees are encouraged to report known or suspected violations of confidential information.

I understand that I must sign this statement as a condition of employment.

| Employee Signature | Date |
|---|---|
| *Jennifer Baker* | 8/3/01 |

| Jennifer Baker | | Physician Assistant | 7/1/00 – 6/30/01 |
|---|---|---|---|
| Staff Member Name | Social Security # | Job Title / Classification | Evaluation Period |

UMHS Performance Planning and Evaluation Committee 3/2000

Page 7 of 7



**University of Michigan
Health System**



1. Improve clinical outcomes and service.
2. Support the University's health and science academic mission.
3. Improve customer satisfaction in all groups.
4. Create a safe and healthful workplace
5. Enhance our financial strength and competitiveness
6. Participate with state and local partners to create healthy communities

**Staff Performance Planning
and Evaluation**

---

**Scale: N = Not Met;   A = Approaching;   P = Proficient;   S = Surpassing**

| UMHS Performance Expectations (For all employees) | Self Evaluation | Manager's Evaluation |
|---|---|---|
| 1. **Consistently demonstrates effective communication skills using: active listening, written, verbal and information technology skills** | S | S |
| Comments: | | |
| Improvement Plan: | | |
| 2. **Protects confidential information** | P | S |
| Comments: | | |
| Improvement Plan: | | |
| 3. **Complies with safety instructions, observes safe work practices, and provides input on safety issues and promotes a safe work environment** | P | S |
| Comments: | | |
| Improvement Plan: | | |
| 4. **Consistently demonstrates the organization's values: Patients and families first, Accountability for outcomes, Respect for individuals, Teamwork, Never-ending improvement, Empowerment, Responsibility for cost-effectiveness, and Service to the community (PARTNERS)** | S | S |
| Comments: | | |
| Improvement Plan: | | |
| 5. **Consistently meets the organization's expectations for exemplary customer service** | P | 4 |
| Comments: | | |
| Improvement Plan: | | |

---



| Jennifer Baker | | Physician Assistant | July 1999 – July 2000 |
|---|---|---|---|
| **Staff Member Name** | **Social Security #** | **Job Title / Classification** | **Evaluation Period** |

UMHS Performance Planning and Evaluation Committee 3/2000          Page 1 of 7



# THE UNIVERSITY OF MICHIGAN HEALTH SYSTEM
## University of Michigan Hospitals and Health Centers
### *Performance Planning and Evaluation*

Name: _Jennifer Baker_    SS#: ▓▓▓▓▓    Period Covered: From _June 3_ to _July 27_

| Performance Expectations | Peer/Staff/ Customer Evaluation Not Met / Met | | | Self Evaluation Not Met / Met | | | Faculty Evaluation Not Met / Met | | | Competency Gap?** Yes / No | | Learning/Improvement Plan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 1 | 2 | 3 | 1 | 2 | 3 | Yes | No | |
| **Operations Management** | | | | | | | | | | | | |
| 1. Accomplishes job expectations as defined by job description | | | X | | | X | | | X | | | |
| 2. Protects confidential information | | | X | | | X | | | X | | | |
| 3. Actively communicates and shares information with others (up, down, and across boundaries). | | | X | | | X | | | X | | | |
| 4. Maintains all safety, regulatory, and legal requirements. | | | X | | | X | | | X | | | |
| 5. Demonstrates ethical behavior. | | | X | | | X | | | X | | | |
| **Customer Service & Process Improvement** | | | | | | | | | | | | |
| 6. Demonstrates customer service standards. | | | X | | | X | | | X | | | |
| 7. Works to resolve customer complaints when identified. | | | X | | | X | | | X | | | |
| 8. Identifies ways to improve work processes, enhance customer satisfaction, and reduce wastes and costs. | | | X | | | X | | | X | | | |

**Rating Scale:**

| 1 | 2 | 3 |
|---|---|---|
| Not Demonstrated (Not Met) | Inconsistently Demonstrated (Not Met) | Consistently Demonstrated (Met) |

**UMHHC Goals**
1. Improve clinical care and service.
2. Improve customer satisfaction.
3. Improve our cost-competitiveness.
4. Create a safe and healthful learning environment.
5. Create healthy communities.

* **Competency Gap:** If a performance expectation has not been met, complete an assessment of the related competency.
** Indicates an additional performance expectation for management staff.

Perplan/1998/mm/llc

Page 1

00149

# THE UNIVERSITY OF MICHIGAN HEALTH SYSTEM
## University of Michigan Hospitals and Health Centers
### Performance Planning and Evaluation

Name: Jennifer Baker          SS#: ▓▓▓▓▓          Period Covered: From June 3 to July 27

| | Peer/Staff Not Met/Met | | | Self Eval. Not Met/Met | | | Faculty Not Met/Met | | | Competency Gap? | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 1 | 2 | 3 | 1 | 2 | 3 | Yes | No |
| **Learning and Development** | | | | | | | | | | | |
| 9. Actively solicits and uses feedback from peers, staff, customers, and supervisors to improve work. | | | X | | | X | | | X | | |
| 10. Actively participates in ongoing learning opportunities and self-development. | | | X | | | X | | | X | | |
| **Strategic Alignment** | | | | | | | | | | | |
| 11. Demonstrates behaviors that are consistent with the organization's values. | | | X | | | X | | | X | | |
| **Teamwork** | | | | | | | | | | | |
| 12. Resolves conflict effectively. | | | X | | | X | | X | | | |
| 13. Effectively works with team members to accomplish work area goals. | | | X | | | X | | | X | | |

**Rating Scale:**

| 1 Not Demonstrated (Not Met) | 2 Inconsistently Demonstrated (Not Met) | 3 Consistently Demonstrated (Met) |
|---|---|---|



**UMHHC Goals**
1. Improve clinical care and service.
2. Improve customer satisfaction.
3. Improve our cost-competitiveness.
4. Create a safe and healthful learning environment.
5. Create healthy communities.

\* **Competency Gap** - If a performance expectation has not been met, complete an assessment of the related competency.
\*\* Indicates an additional performance expectation for management staff.
Perplan/1998/mm/dic

Page 2

00150

# THE UNIVERSITY OF MICHIGAN HEALTH SYSTEM
## University of Michigan Hospitals and Health Centers
### *Performance Planning and Evaluation*

Overall Evaluation and Comments:

① *Excellent resource to say advanced*

② *Appropriate care to patients, well liked by peers*

③ *Demonstrates ability to the patients in an primary care*

④ *have mixed keeping skills*

| Overall Performance Rating: Check for annual discussion only | Unsatisfactory (1) | Below Expectations (2) | Fully Achieves (3) | Far Exceeds (4) |
|---|---|---|---|---|
| | | | 3 + | |

Employee Name _Jennifer Baker_    Signature _Jennifer Baker_    Date _7/29/09_

Job Title _Physician Assistant_    Department _Hematology_    SS# ████

Manager's Name _Paula Bockenstedt, MD._    Signature _____    Date: _____

Page 3

THE UNIVERSITY OF MICHIGAN HEALTH SYSTEM
University of Michigan Hospitals and Health Centers
*Performance Planning and Evaluation*

**Annual Learning and Self-Development Plan**
The Learning and Self-Development Plan is used to set personal and professional goals which contribute to the staff member's growth and development. In addition, if performance falls below the "fully achieves expectations" level, the development plan should be used to identify an action plan to improve performance. Time frames should be stated with all staff development goals.

| Identified Growth Areas | Outcomes | Actions to be Taken | Evaluation/Measurement Criteria |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Confidentiality Statement:**

I have read and understand the University of Michigan Health System's policies on confidentiality of patient care information (policy # 03-07-015). Patient care information, whether in written, unwritten, or electronic computer system form, may be accessed only by UMHS employees who need that information to perform their UMHS job responsibilities. Patient care information may only be released to individuals outside the health system by authorized UMHS employees and then only on the prior written permission of the patients or patient's legal representative, or as allowed by law.

I understand that this information belongs to the patient and I am only the caretaker and must guard the information appropriately. This includes, but is not limited to, keeping patient information secure, private, and out of public viewing, protecting computerized data by logging off when leaving a work station, and keeping information secure by not discussing patient specific issues in public areas such as elevators, etc.

I understand that if I do not keep patient information confidential, or if I allow or participate in the inappropriate dissemination of or access to patient care information, I shall be subject to immediate disciplinary action, up to and including dismissal.

Employee Name  Jennifer Baker

Job Title  Physician Assistant

Manager's Name  Paula Bockenstedt M.D.

Signature  _Jennifer Baker_   Date  7/29/99

Department  Hematology   SS# █████████

Signature  _Paula J. Bockenstedt_   Date: 7/29/99

Page 4

00152

**Employee Performance Evaluations**

Name: *Jennifer Behr* S.S.#: _____

Title: *Physician Assistant* BMTP

Date Prepared: *8/12/98*

Evaluation Period: *7/1/97 → 6/30/98*

**I. Performance Factors**

**Comments**

| | |
|---|---|
| **Job Knowledge**<br><br>• Demonstrates clear understanding of the necessary facts, work methods, & techniques needed to perform the job.<br>• Proceeds independently with assigned tasks.<br>• Recognizes problems and exerts initiative in problem solving. | *Excellent – meet & exceeds all expectati* |
| **Quality of Work**<br><br>• Utilizes necessary pertinent technical skills appropriately.<br>• Demonstrates accuracy, completeness & thoroughness.<br>• Low incidence of repeating work.<br>• Neatness in finished job/accurate results | *Excellent* |
| **Work Output**<br><br>• Meets or exceeds expected levels of work output at acceptable level of quality and in a reasonable time frame.<br>• Manages time effectively to complete tasks. | *Excellent* |
| **Planning & Organizations**<br><br>• Set realistic goals & organizes resources to achieve them.<br>• Plans & organizes daily activities & long range assignments by setting priorities.<br>• Able to complete tasks within established time frames. | *Very good* |

Page 1 of 4

**Adaptability & Motivation**

- Displays interest in work & motivation to achieve high levels of performance.

*Very Cool*

**Initiative**

- Shows initiative & motivation when approaching tasks.
- Willing to learn new tasks s & assumes increased responsibility.
- Generates ideas for increased efficiency.

*Very Cool*

**Communication**

- Uses effective communication skills with individuals inside & outside the University Medical Center.
- Seeks and utilizes advice from supervisor when necessary.
- Keeps the supervisor informed of significant & pertinent information/progress/complaints..
- Displays ability & willingness to work with others.
- Greets patients and guests courteously.

*Ver Cool*

**Cost Effectiveness**

- Follows set procedures & protocols for use & maintenance of equipment & supplies.
- Exercises proper care & use of equipment and supplies.
- Takes steps & employs measures aimed at quality control and cost effectiveness.

*Very good*

**Attendance**

- Maintains reliable & punctual attendance.

*Excellent*

Page 2 of 4

00155

**II.**  **Additional supervisor's comments**

*Overall she has done an excellent job. Has taken care of critically ill patient & has dealt with family & staff in a professional manner*

**III.**  **Employee's comments: (Optional)**

**IV.**  **Employee Development Plan: Identify areas where added knowledge/skills are needed & time frame for action:**

*Over the next 6 months will become more familiar with outpatient care of BMT patient. Will also re-enforce various techniques such as BM brigs L.P. & skin punch biopsy.*

**Completed Mandatory Programs**



| | | |
|---|---|---|
| BCLS | (Yes) | No |
| Fire/Safety | (Yes) | No |
| Infection Control | (Yes) | No |
| General Safety | (Yes) | No |
| Safe Practices | | |
| Infectious Diseases | (Yes) | No |

**Attendance**

Unscheduled absences from work:
Family Care (3 days allowed)  __16__ hours or _____ occasions
Other  _____ hours or _____ occasions

Page 3 of 4

**Confidentiality Statement:**

I have read and understand the University of Michigan Medical Center policies on confidentiality of patient care information. Patient care information, whether written, unwritten, or electronic computer system form, may be accessed only by UMMC employees who need that information to perform their UMMC job responsibilities. Patient care information may only be released to individuals outside the Medical Center by authorized UMMC employees and then only on the prior written permission of the patient or patient's legal representative, or as allowed by law.

I understand that if I do not keep patient information confidential, or if I allow or participate in the inappropriate dissemination of or access t patient information, I shall be subject to immediate disciplinary action, up to and including dismissal.

Signatures:

Employee _____   Date  8/12/98   Supervisor _____   Date 8-12-98

Page 4 of 4

00157



**Employee Performance Evaluations**

<u>Name</u>   Jennifer Baker        S.S.#  ▮▮▮▮▮▮         <u>Date Prepared</u>      8/14/97

<u>Title</u>  Physician Assistant     BMTP           <u>Evaluation Period</u>    7/1/96 - 6/30/97

<u>I. Performance Factors</u>                                    <u>Comments</u>

---

**Job Knowledge**

- Demonstrates clear understanding of the necessary facts, work methods, & techniques needed to perform the job.
- Proceeds independently with assigned tasks.
- Recognizes problems & exerts initiative in problem solving.

Jennifer meets or exceeds all of these points.

---

**Quality of Work**

- Utilizes necessary pertinent technical skills appropriately.
- Demonstrates accuracy, completeness & thoroughness.
- Low incidence of repeating work.
- Neatness in finished job/accurate results.

Jennifer meets or exceeds all of these points.

---

**Work Output**

- Meets or exceeds expected levels of work output at acceptable level of quality and in a reasonable timeframe.
- Manages time effectively to complete tasks.

Jennifer meets or exceeds all of these points.

---

**Planning & Organizations**

- Set realistic goals & organizes resources to achieve them.
- Plans & organizes daily activities & long range assignments by setting priorities.
- Able to complete tasks within established timeframes.

Jennifer meets or exceeds all of these points.

---

**Adaptability & Motivation**

Displays interest in work & motivation to achieve higher levels of performance.

Jennifer meets or exceeds all of these points.

| Performance Factors (cont.) | Comments |
|---|---|
| **Initiative**<br><br>• Shows initiative & motivation when approaching tasks.<br>• Willing to learn new tasks & assumes increased responsibility.<br>• Generates ideas for increased efficiency. | Jennifer meets or exceeds all of these points. |
| **Communication**<br><br>• Uses effective communication skills with individuals inside & outside the University Medical Center.<br>• Seeks and utilizes advice from supervisor when necessary.<br>• Keeps the supervisor informed of significant & pertinent information/progress/complaints.<br>• Displays ability & willingness to work with others.<br>• Greets patients and guests courteously. | Jennifer meets or exceeds all of these points. |
| **Cost Effectiveness**<br><br>• Follows set procedures & protocols for use & maintenance of equipment & supplies.<br>• Exercises proper care & use of equipment and supplies.<br>• Takes steps & employs measures aimed at quality control and cost effectiveness. | Jennifer meets or exceeds all of these points. |
| **Attendance**<br><br>• Maintains reliable & punctual attendance. | Jennifer is reliable and punctual. |

II.   **Additional supervisor's comments:**

Jennifer is an important member to the BMT team. She has exceeded all expectations in patient care, adaptability, and technical proficiency. She is an excellent caregiver. Her continual comments regarding our method of operations are well thought out, and have improved the BMT service. It has my pleasure working with Jennifer. She always goes the extra mile for our patients.

III.   **Employee's comments: (Optional)**

IV.   **Employee Development Plan:  Identify areas where added knowledge/skills are needed & time frame for action:**

1.  Become more proficient at procedure skills, (LP's BM Bx's).

**Confidentiality Statement:**

I have read and understand the University of Michigan Medical Center policies on confidentiality of patient care information. Patient care information, whether written, unwritten, or electronic computer system form, may be accessed only by UMMC employees who need that information to perform their UMMC job responsibilities. Patient care information may only be released to individuals outside the Medical Center by authorized UMMC employees and then only on the prior written permission of the patient or patient's legal representative, or as allowed by law.

I understand that if I do not keep patient information confidential, or if I allow or participate in the inappropriate dissemination of or access to patient information, I shall be subject to immediate disciplinary action, up to and including dismissal.

**Signatures:**

| | | | |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Employee | Date | Supervisor | Date |

Page 3 of 3

## Employee Performance Evaluations

| | | |
|---|---|---|
| **Name** Jennifer Baker | **S.S.#** ▉▉▉▉ | **Date Prepared** 8/14/97 |
| **Title** Physician Assistant | **BMTP** | **Evaluation Period** 7/1/96 - 6/30/97 |
| **I. Performance Factors** | | **Comments** |

---

**Job Knowledge**

- Demonstrates clear understanding of the necessary facts, work methods, & techniques needed to perform the job.
- Proceeds independently with assigned tasks.
- Recognizes problems & exerts initiative in problem solving.

Jennifer meets or exceeds all of these points.

---

**Quality of Work**

- Utilizes necessary pertinent technical skills appropriately.
- Demonstrates accuracy, completeness & thoroughness.
- Low incidence of repeating work.
- Neatness in finished job/accurate results.

Jennifer meets or exceeds all of these points.

---

**Work Output**

- Meets or exceeds expected levels of work output at acceptable level of quality and in a reasonable timeframe.
- Manages time effectively to complete tasks.

Jennifer meets or exceeds all of these points.

---

**Planning & Organizations**

- Set realistic goals & organizes resources to achieve them.
- Plans & organizes daily activities & long range assignments by setting priorities.
- Able to complete tasks within established timeframes.

Jennifer meets or exceeds all of these points.

---

**Adaptability & Motivation**

Displays interest in work & motivation to achieve higher levels of performance.

Jennifer meets or exceeds all of these points.

| Performance Factors (cont.) | Comments |
|---|---|
| **Initiative**<br><br>• Shows initiative & motivation when approaching tasks.<br>• Willing to learn new tasks & assumes increased responsibility.<br>• Generates ideas for increased efficiency. | Jennifer meets or exceeds all of these points. |
| **Communication**<br><br>• Uses effective communication skills with individuals inside & outside the University Medical Center.<br>• Seeks and utilizes advice from supervisor when necessary.<br>• Keeps the supervisor informed of significant & pertinent information/progress/complaints.<br>• Displays ability & willingness to work with others.<br>• Greets patients and guests courteously. | Jennifer meets or exceeds all of these points. |
| **Cost Effectiveness**<br><br>• Follows set procedures & protocols for use & maintenance of equipment & supplies.<br>• Exercises proper care & use of equipment and supplies.<br>• Takes steps & employs measures aimed at quality control and cost effectiveness. | Jennifer meets or exceeds all of these points. |
| **Attendance**<br><br>• Maintains reliable & punctual attendance. | Jennifer is reliable and punctual. |

Page 2 of 3

00162

II.   **Additional supervisor's comments:**

Jennifer is an important member to the BMT team.  She has exceeded all expectations in patient care, adaptability, and technical proficiency.  She is an excellent caregiver.  Her continual comments regarding our method of operations are well thought out, and have improved the BMT service.  It has my pleasure working with Jennifer.  She always goes the extra mile for our patients.

III.  **Employee's comments: (Optional)**

IV.   **Employee Development Plan:  Identify areas where added knowledge/skills are needed & time frame for action:**

   1.  Become more proficient at procedure skills, (LP's BM Bx's).

**Confidentiality Statement:**

I have read and understand the University of Michigan Medical Center policies on confidentiality of patient care information.  Patient care information, whether written, unwritten, or electronic computer system form, may be accessed only by UMMC employees who need that information to perform their UMMC job responsibilities.  Patient care information may only be released to individuals outside the Medical Center by authorized UMMC employees and then only on the prior written permission of the patient or patient's legal representative, or as allowed by law.

I understand that if I do not keep patient information confidential, or if I allow or participate in the inappropriate dissemination of or access to patient information, I shall be subject to immediate disciplinary action, up to and including dismissal.

**Signatures:**

_Employee_          _Date_          _Supervisor_          _Date_

Page 3 of 3

00163

RECEIVED

AUG 2 9 1996

HUMAN RESOURCES

Employee Performance Evaluations

**Name**  Jennifer Baker          **S.S.#**           **Date Prepared**          8/21/96

**Title**  Physician Assistant     BMTP          **Evaluation Period**      7/1/95 - 6/30/96

**I. Performance Factors**                          **Comments**

---

**Job Knowledge**

- Demonstrates clear understanding of the necessary facts, work methods, & techniques needed to perform the job.
- Proceeds independently with assigned tasks.
- Recognizes problems & exerts initiative in problem solving.

Jennifer meets or exceeds all of these points.

---

**Quality of Work**

- Utilizes necessary pertinent technical skills appropriately.
- Demonstrates accuracy, completeness & thoroughness.
- Low incidence of repeating work.
- Neatness in finished job / accurate results.

Jennifer meets or exceeds all of these points.

---

**Work Output**

- Meets or exceeds expected levels of work output at acceptable level of quality and in a reasonable timeframe.
- Manages time effectively to complete tasks.

Jennifer meets or exceeds all of these points.

---

**Planning & Organizations**

- Set realistic goals & organizes resources to achieve them.
- Plans & organizes daily activities & long range assignments by setting priorities.
- Able to complete tasks within established timeframes.

Jennifer meets or exceeds all of these points.

---

**Adaptability & Motivation**

Displays interest in work & motivation to achieve higher levels of performance.

Jennifer meets or exceeds all of these points.

---

| Performance Factors (cont.) | Comments |
| --- | --- |
| **Initiative**<br><br>• Shows initiative & motivation when approaching tasks.<br>• Willing to learn new tasks & assumes increased responsibility.<br>• Generates ideas for increased efficiency. | Jennifer meets or exceeds all of these points. |
| **Communication**<br><br>• Uses effective communication skills with individuals inside & outside the University Medical Center.<br>• Seeks and utilizes advice from supervisor when necessary.<br>• Keeps the supervisor informed of significant & pertinent information/progress/complaints.<br>• Displays ability & willingness to work with others.<br>• Greets patients and guests courteously. | Jennifer meets or exceeds all of these points. |
| **Cost Effectiveness**<br><br>• Follows set procedures & protocols for use & maintenance of equipment & supplies.<br>• Exercises proper care & use of equipment and supplies.<br>• Takes steps & employs measures aimed at quality control and cost effectiveness. | Jennifer meets or exceeds all of these points. |
| **Attendance**<br><br>• Maintains reliable & punctual attendance. | Jennifer is reliable and punctual. |

00165

II.   **Additional supervisor's comments:**

Jennifer has been an important addition to the BMT team. She has exceeded all expectations in patient care, adaptability, and technical proficiency. She is an excellent caregiver. Her comments regarding our method of operations are well thought out, and have improved the BMT service. It has my pleasure working with Jennifer. She always goes the extra mile for our patients.

III.  **Employee's comments: (Optional)**

IV.   **Employee Development Plan: Identify areas where added knowledge/skills are needed & time frame for action:**

1. Become more proficient at procedure skills, (LP's BM Bx's). Increase skills in certain subspecialty exam, (i.e. Neruo).

**Confidentiality Statement:**

I have read and understand the University of Michigan Medical Center policies on confidentiality of patient care information. Patient care information, whether written, unwritten, or electronic computer system form, may be accessed only by UMMC employees who need that information to perform their UMMC job responsibilities. Patient care information may only be released to individuals outside the Medical Center by authorized UMMC employees and then only on the prior written permission of the patient or patient's legal representative, or as allowed by law.

I understand that if I do not keep patient information confidential, or if I allow or participate in the inappropriate dissemination of or access to patient information, I shall be subject to immediate disciplinary action, up to and including dismissal.

**Signatures:**

| Employee | Date 8/21/96 | Supervisor | Date 8/24/96 |

Dept. Review Date    8/21/96         Page 3 of 3

00166

Baker - PA Perf Eval J Baker2005.doc

Page 1



| Scale: N = Not Met;   A = Approaching;   P = Proficient;   S = Surpassing |  |  |
|---|---|---|
| **UMHS Performance Expectations (For all employees)** | **Self Evaluation** | **Manager's Evaluation** |
| 1. **Consistently demonstrates effective communication skills using: active listening, written, verbal and information technology skills** |  | S |
| Comments: |  |  |
| Improvement Plan: |  |  |
| 2. **Protects confidential information** |  | S |
| Comments: |  |  |
| Improvement Plan: |  |  |
| 3. **Complies with safety instructions, observes safe work practices, and provides input on safety issues and promotes a safe work environment** |  | S |
| Comments: |  |  |
| Improvement Plan: |  |  |
| 4. **Consistently demonstrates the organization's values: Patients and families first, Accountability for outcomes, Respect for individuals, Teamwork, Never-ending improvement, Empowerment, Responsibility for cost-effectiveness, and Service to the community (PARTNERS)** |  | S |
| 5. |  |  |
| Comments: |  |  |
| Improvement Plan: |  |  |
| 6. **Consistently meets the organization's expectations for exemplary customer service** |  | S |
| Comments: |  |  |
| Improvement Plan: |  |  |
| 7. **Adopts practices to improve work processes, enhance customer satisfaction and reduce wastes and costs** |  | S |
| Comments: |  |  |
| Improvement Plan: |  |  |
| 8. **Works effectively with team/work group and others to accomplish organizational goals** |  | S |
| Comments: |  |  |
| Improvement Plan: |  |  |
| 9. **Articulates role and participates in the Plan–Do–Check–Act (PDCA) cycle for continuous quality improvement** |  | S |
| Comments: |  |  |
| Improvement Plan: |  |  |

| PLEASE TYPE OR PRINT INFORMATION |  |  |  |  |
|---|---|---|---|---|
| Jennifer Baker | Int Med-HemOnc |  | Physician Assistant | 07/01/2004- 06/30/2005 |
| Staff Member Name | Department Name | Employee ID # | Job Title / Classification | Evaluation Period |

UMHS Performance Planning and Evaluation Committee (origination 6/2001): Updated 03/03/2005 for 2004-2005

Page 1 of 5

00180

## THE UNIVERSITY OF MICHIGAN HEALTH SYSTEM
### University of Michigan Hospitals and Health Centers
*Staff Performance Planning and Evaluation*

**Scale: N = Not Met; A = Approaching; P = Proficient; S = Surpassing**

| UMHS Performance Expectations (For all employees) | Self Evaluation | Manager's Evaluation |
|---|---|---|
| 10. Demonstrates behaviors which support our organization's commitment to diversity, contributing toward an inclusive and respectful work environment for all | | S |
| Comments: | | |
| Improvement Plan: | | |
| 11. Demonstrates knowledge of the organization's policies and procedures (including the Speak Up With Safety Concerns policy) to ensure the timely reporting of patient safety events and/or situations | | S |
| Comments: | | |
| Improvement Plan: | | |
| 12. Attendance: (Job Specific) | | S |
| Comments: | | |
| Improvement Plan: | | |
| 13. Actively participates in ongoing projects related to clinical research protocols or critical pathways | | S |
| Comments: | | |
| Improvement Plan: | | |
| 14. Performs and interprets physical examinations | | S |
| Comments: | | |
| Improvement Plan: | | |
| 15. Provides patient care prior to, during, and following chemotherapy | | S |
| Comments: | | |
| Improvement Plan: | | |
| 16. Actively participates in the education of nurses and other support personnel about issues related to protocols or critical pathways when asked. | | S |
| Comments: | | |
| Improvement Plan: | | |
| 17. Initiates (per protocol or critical pathway) various laboratory or radiological studies. | | S |
| Comments: | | |
| Improvement Plan: | | |
| 18. Performs invasive and non-invasive diagnostic and therapeutic procedures. | | S |
| Comments: | | |
| Improvement Plan: | | |
| 19. Prepares initial orders for chemotherapy, supportive care drug usage, non-narcotic medications per protocol or critical pathway within the restrictions of the law. | | S |
| Comments: | | |
| Improvement Plan: | | |
| 20. | | |
| Comments: | | |

### PLEASE TYPE OR PRINT INFORMATION

| Jennifer Baker | Int Med-HemOnc | | Physician Assistant | 07/01/2004- 06/30/2005 |
|---|---|---|---|---|
| Staff Member Name | Department Name | Employee ID # | Job Title / Classification | Evaluation Period |

UMHS Performance Planning and Evaluation Committee (origination 6/2001): Updated 03/03/2005 for 2004-2005

Page 2 of 5

00181

# THE UNIVERSITY OF MICHIGAN HEALTH SYSTEM
## University of Michigan Hospitals and Health Centers
*Staff Performance Planning and Evaluation*

**Improvement Plan:**

**Peer / Staff / Customer Feedback**

**Competency / Mandatory Requirement Summary**        Check institutional regulatory requirements met:

| Fire/Safety | Corporate Compliance | Unit Critical Incident Plan | Patient Safety |
|---|---|---|---|

List unit based competencies and unit/department mandatory requirements in boxes below. Check yes for met; no for not met.

| Competency / Mandatory Met: | Y | N | Competency / Mandatory Met: | Y | N | Competency / Mandatory Met: | Y | N |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**Action plan for competency(s) / mandatory(s) not met:**

| Y | N | Staff member has demonstrated competent care/service based on the ages of the patients / customers served (supporting documentation must be in the evaluation or placed in the employee blue folder). Place an "X" in the boxes below for appropriate age groups served. |
|---|---|---|

| Neonates | Infants | Pediatrics | Adolescents | Adults | Geriatrics | Other: |
|---|---|---|---|---|---|---|

## Overall Evaluation Summary

*Jennifer is an outstanding PA who functions at an extremely high level and has versatile skills in a broad number of areas in hematology*

## Overall Performance Rating:

Scale: N = Not Met;   A = Approaching;   P = Proficient   S = Surpassing

| | N | A | P | S |
|---|---|---|---|---|
| | | | | S |

If "N" or "A" used, check problem area(s) listed below.  Then check associated action plan(s) below problem area.

| Job Specific | Customer Service | Communication | Effective team / group work | Other: |
|---|---|---|---|---|
| Education | Education | Education | Education | Education |
| Mentoring | Mentoring | Mentoring | Mentoring | Mentoring |
| Observation | Observation | Observation | Observation | Observation |
| Practice | Practice | Practice | Practice | Practice |
| Other: | Other: | Other: | Other: | Other: |

**Annual Learning and Self-Development Plan:** The Learning and Self-Development Plan is used to set personal and professional goals which contribute to the staff member's growth and development and are not stated in the improvement plans listed on previous pages. Time frames should be stated with all staff development goals.

1. Growth Area: *Anticoagulant Bridging Mechanisms & Peri-Op anticoag Management*   Time Frame
   - Outcome:
   - Action:
   - Evaluation:
   - Comments:

2. Growth Area: *Management / Dosing of Factor Products in Hemophilia + vWD*   Time Frame
   - Outcome:
   - Action:
   - Evaluation:
   - Comments:

3. Growth Area:   Time Frame
   - Outcome:
   - Action:
   - Evaluation:
   - Comments:

**Employee Comments: (Optional)**

| 08/02/05 | *[signature]* | Bockenstedt | *[signature] MD* | Hem |
|---|---|---|---|---|
| Date | Employee Signature | Supervisor's Name | Supervisor's Signature | Department |

### PLEASE TYPE OR PRINT INFORMATION

| Jennifer Baker | Int Med-HemOnc | ███████ | Physician Assistant | 07/01/2004– 06/30/2005 |
|---|---|---|---|---|
| Staff Member Name | Department Name | Employee ID # | Job Title / Classification | Evaluation Period |

UMHS Performance Planning and Evaluation Committee (origination 6/2001): Updated 03/03/2005 for 2004-2005        Page 3 of 5

00182

**University of Michigan Health System**
**Confidentiality and Security Statement**
**Workforce, Vendor, Visiting Observer and Scholar**

**The University of Michigan Health System is committed to protecting the confidentiality and security of Information.** I may be an employee, faculty, student, trainee, visiting observer, visiting health professional or scholar, volunteer, or vendor at UMHS. During the course of my duties or purpose at the Health System, I may have access to proprietary or confidential information. I understand that all proprietary and protected health information (collectively PHI) must be maintained confidentially, and in a secure fashion.

**I agree to follow all UMHS policies and procedures governing the confidentiality and security of PHI in any form, including oral, fax, photographic, written, or electronic.** I will regard both confidentiality and security as a duty and responsibility while part of the Health System workforce, or during my involvement with UMHS as a non-workforce member. I have completed UMHS HIPAA training.

**I agree that I will not access, release, or share PHI, except as necessary to complete my duties or purpose at the UMHS.** I understand that I may not access any information on friends or family members unless a Release of Information form authorizes me to do so, unless doing so is a necessary part of my job duties, or unless I am otherwise permitted to do so by UMHS policies. I understand that I am not authorized to use or release PHI to anyone who is not part of the UMHS workforce or an approved visiting observer, health professional, or scholar except as provided in UMHS policies and procedures, by University of Michigan contract, or as required by law.

**I agree that I will use all reasonable means to protect the security of PHI in my control, and to prevent it from being accessed or released, except as permitted by law.** I will use only the access privileges I have been authorized to use, and will not reveal any of my passwords or share access with others. I will take precautions to avoid inadvertently revealing PHI; for example, I will use workstations in a safe manner and will make reasonable efforts to prevent conversations from being overheard, including speaking in lowered tones and not discussing PHI in public areas. If I keep patient notes on a handheld or laptop computer or other electronic device, I will ensure that my supervisor knows of and has approved such use and I will keep this information secure and confidential. If, as part of my responsibility, I must take PHI off the premises, I will do so only with permission from my supervisor; I will protect PHI from disclosure; and will ensure that the PHI is either returned to UMHS or destroyed.

**I agree that when my employment, affiliation, visitation or assignment with UMHS ends, I will not take any PHI with me and I will not reveal any PHI that I had access to as a result of my duties at the UMHS.** I will either return PHI to UMHS or destroy it in a manner that renders it unreadable and unusable by anyone else.

**I agree to immediately report unauthorized use or disclosure of PHI (including theft), or security issues affecting systems that contain or give access to PHI,** to my supervisor, or to the UMHS Compliance and Privacy Office, 7300 Medical Science I, Box 0625, (734) 615-4759, (888) 296-2481.

**I understand that if I do not keep PHI confidential, or if I allow or participate in inappropriate disclosure or access to PHI, I will be subject to immediate disciplinary or corrective action, up to and including dismissal or loss of access privileges to UMHS property and facilities.** I understand that unauthorized access, use, or disclosure of PHI may also violate federal and state law, and may result in criminal and civil penalties against the University and/or me personally.

UMHS Performance Planning and Evaluation Committee 6/2001; Updated 5/2003

00183

Signature _Jennifer Baker_          Date  08/02/05

Printed Name   Jennifer Baker        Employee ID Number (if applicable)

Revision date: April 19th, 2004

00184

Reg#: ▓▓▓▓▓▓ Name: KEENE, JENNIFER EVE  DOB: ▓▓▓▓▓▓ Sex: F Age: 42 Years User Name: DONNAMAR

**Document Type:** LET/NOTE-RV                    **Case Date:** 08/09/2011

Electronically signed documents are the authoritative medical record copy. <u>Unsigned documents are considered preliminary and may be modified.</u> Documents dated prior to 2001 may be signed on paper.

Printed: 08/25/2011 11:30 AM

```
Re:              Keene, Jennifer Eve
Reg No:
DOB:
Date of Service: 08/09/2011
```

This is from 9 to 10 a.m.

This is an outpatient individual psychotherapy medication management.

SUBJECTIVE: The patient was seen in follow up. CareWeb notes were reviewed.

OBJECTIVE: The patient is still not feeling well. She is now off work due to medical problems related to bipolar depression and postpartum depression. She has contacted WorkConnections to make sure that they have her paperwork. She is not feeling suicidal or homicidal, but she does not feel well. She feels anxious most of the time. She does not feel comfortable. She is unable to totally concentrate and process. She just does not feel like herself. Her sleep is being interrupted due to her children and she is very stressed at home. We gave her a refill for her lithium carbonate and trazodone.

ASSESSMENT AND PLAN: We will see her back next Tuesday.

DIAGNOSES: Bipolar depressed and postpartum depression and I gave her a slip to fill out and get her lithium level drawn this morning.
She also needed a refill for the trazodone 50 mg. I again went over the serotonin issues with trazodone and emsam and then discussed emsam 6mg as MAO like.. and not to take narcotics and the issue of hypertensive crisis at a higher dose.

Her lithium level was checked and is .93. I called her this morning to discuss whether we should try to get it a bit lower to perhaps help her feel better. Sometimes when it is that high, she doesn't feel well, historically .

```
Michelle Riba, MD
Professor
```

//Electronically signed by Michelle Riba, MD/3614 on 08/10/2011 10:35:32//

```
Dictated by:              Michelle Riba, MD/3614
Dictate Date/Time:        08/09/2011 10:25:52
Sent to EHR Date/Time:    08/10/2011 08:34:06
Import Source:            Stentel on eScription
Document ID:              001849723TEL
Last Edit Date/Time:      08/10/2011 10:35:32
```

Reg#: ▇▇▇▇  Name: KEENE, JENNIFER EVE  DOB: ▇▇▇▇  Sex: F  Age: 42 Years  User Name: DONNAMAR

**Document Type:** LET/NOTE-RV                                    **Case Date:** 08/05/2011

Electronically signed documents are the authoritative medical record copy. <u>Unsigned documents are</u>
<u>considered preliminary and may be modified.</u> Documents dated prior to 2001 may be signed on paper.

Printed: 08/25/2011 11:29 AM

```
Re:              Keene, Jennifer Eve
Reg No:          ▇▇▇▇▇▇
DOB:             ▇▇▇▇▇▇
Date of Service: 08/05/2011
```

This is from 8 to 9 a.m.

This is an outpatient individual psychotherapy medication management.

SUBJECTIVE: Patient was seen in followup, CareWeb notes reviewed.

OBJECTIVE: Patient came in, said that she was having trouble  managing her thoughts
at work. She gave an example last Friday of when a patient came in 2 hours late and
how she handled that situation. She realizes that there were probably other ways
that she could have handled it, but she felt overwhelmed and things take a lot
longer for her to process and so there are ramifications of that decision she made
re the patient. It is clear that the patient is not doing well. She is currently on
Abilify, lithium, Celexa, trazodone, Ativan and her thoughts are not organized
optimally and she does not feel well. We talked about ways to manage how she is
doing and in the interim, it seems the most prudent thing would be to put her on
medical leave for a week or 2 and see how she does. Besides the bipolar depressed
diagnosis, she has probably postpartum depression as well as multiple stressors
related to her husband and work. She just does not feel well and feel like herself
and the medications have not kicked in yet to try to improve, but she is not
suicidal or homicidal, she is not psychotic. She is quite depressed and her
thoughts are not well organized.

ASSESSMENT AND PLAN:
1. I asked her to call WorkConnections and I filled out the forms for her.
2. She will go over to work today and let them know that she is going on medical
leave.
3. I think it would be prudent for her to write a note about what happened last
Friday so that it is clear there were medical complications related to what
happened last Friday and will deal with major work issues then.  Diagnoses are
bipolar depressed as well as postpartum depression and I will see her on Tuesday,
August 9 at 9:00 in the morning.

```
Michelle Riba, MD
Professor
```

//Electronically signed by Michelle Riba, MD/3614 on 08/08/2011 13:01:26//

```
Dictated by:            Michelle Riba, MD/3614
Dictate Date/Time:      08/05/2011 10:28:54
```

```
Sent to EHR Date/Time:      08/06/2011 10:38:02
Import Source:              Stentel on eScription
Document ID:                001838947TEL
Last Edit Date/Time:        08/08/2011 13:01:26
```