UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Nationwide Life Insurance
Company,

                                    Plaintiff(s),

v.                                                         Case No. 2:11−cv−12422−AC−MKM
                                                           Hon. Avern Cohn

William Keene, et al.,

                                    Defendant(s),
_____


## NOTICE OF TELEPHONIC CONFERENCE

   PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District
Judge Avern Cohn as follows:

   • STATUS CONFERENCE:  February 25, 2013 at 11:00 AM

   The conference shall be initiated by the Court.

   If possible, please refrain from the use of cell phones.  If a party wishes to be called at a
number other than the one listed on the docket, please give that information to the party
initiating the call.


### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of
record were served.

                                    By: s/S. Chami_____
                                         Case Manager

Dated:   February 21, 2013