UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONWIDE LIFE INSURANCE COMPANY,
a foreign corporation,

        Plaintiff/Counter-Defendant,

vs.                                                  Case No.   11-cv-12422-AC-MKM
                                                Hon. Avern Cohn

WILLIAM KEENE, JENNIFER KEENE,
MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,
        Defendants,
and

MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,
        Defendants/Counter-Plaintiffs and Cross-Plaintiffs,
vs.

WILLIAM KEENE, JENNIFER KEENE,
Individually, jointly and severally,
        Defendants/Cross-Defendants.
_____/

## ORDER COMPELLING ROYAL OAK POLICE DEPARTMENT AND OAKLAND COUNTY PROSECUTOR TO PRODUCE RECORDS

     IT IS HEREBY ORDERED that the Royal Oak Police Department and the Oakland County Prosecutor produce any and all files, reports, statements, photos, computer records, correspondence and records and documents of any type whatsoever pertaining to any and all investigation of William Keene and/or Jennifer Keene and/or anyone else in regard to the murder of Gary Lupiloff which occurred in Royal Oak, Michigan on 7/13/10.  These documents are to be produced and/or delivered to the law offices of HARVEY KRUSE, P.C., 1050 Wilshire Drive,

1

Suite 320, Troy, MI  48084 within 14 days from the date of this order.

                                                    s/Avern Cohn
                                                   UNITED STATES DISTRICT JUDGE

Dated:  February 25, 2013

I stipulate to the entry of this order.

/s/Michael F. Schmidt
Michael F. Schmidt P25213
Attorney for Plaintiff

/s/Jeffrey A. Danzig
Jeffrey A. Danzig P36571
Co-Counsel for Monica Lupiloff,
Nicole Lupiloff and Nicole Lupiloff,
Per Rep of the Estate of Gary Lupiloff, Deceased

John H. Bredell
John H. Bredell P36577
Attorney for Keenes