UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONWIDE LIFE INSURANCE COMPANY,
a foreign corporation,

                Plaintiff/Counter-Defendant,

vs.                                        Case No. 11-cv-12422-AC-MKM
                                        Hon. Avern Cohn

WILLIAM KEENE, JENNIFER KEENE,
MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,

                Defendants,

and

MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,

                Defendants/Counter-Plaintiffs and Cross-Plaintiffs,

vs.

WILLIAM KEENE, JENNIFER KEENE,
Individually, jointly and severally,

                Defendants/Cross-Defendants.

_____/

| | |
|---|---|
| Michael F. Schmidt (P25213) | John H. Bredell (P36577) |
| Harvey Kruse, P.C. | Bredell & Bredell |
| Attorney for Plaintiff | Attorney for Defendants, |
| 1050 Wilshire Drive, Suite 320 |   William & Jennifer Keene |
| Troy, MI  48084 | 119 N. Huron Street |
| 248-649-7800 | Ypsilanti, MI  48197 |
| | 734-482-5000 |
| | |
| Albert L. Holtz (P15088) | Geoffrey N. Fieger (P30441) |
| ALBERT L. HOLTZ, P.C. | Jeffrey A. Danzig (P36571) |
| Attorney for Monica Lupiloff, Nicole Lupiloff | Attorney for Monica Lupiloff, |
| and Nicole Lupiloff Personal Representative | Nicole Lupiloff and Nicole |
| of the Estate of Gary Lupiloff, deceased | Lupiloff, Personal Representative |

| | |
|---|---|
| 3910 Telegraph Road, Suite 200 | of the Estate of Gary Lupiloff, |
| Bloomfield Hills, MI  48146 | deceased |
| 248-593-5000 | 19390 West Ten Mile Road |
| | Southfield, MI  48075 |
| | 248-355-5555 |

_____/

## SPECIAL APPEARANCE

TO:   THE CLERK OF THE COURT

PLEASE ENTER THE SPECIAL APPEARANCE of the Non-Party Oakland County Prosecutor, JESSICA R. COOPER, by her Attorney, OAKLAND COUNTY CORPORATION COUNSEL, by JOYCE F. TODD, Assistant Corporation Counsel, for the limited purpose of opposing the Court Order Compelling the Oakland County Prosecutor to Produce Records (Dkt. # 61), only.

Respectfully submitted,

OAKLAND COUNTY PROSECUTOR'S OFFICE

*/s/Jessica R. Cooper*
JESSICA R. COOPER (P23242)
Oakland County Prosecutor

OAKLAND COUNTY CORPORATION COUNSEL

*/s/Joyce F. Todd*
JOYCE F. TODD (P31026)
Assistant Corporation Counsel

## NOTICE OF APPEARANCE

TO:   ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that we have entered our Special Appearance for the limited purpose of opposing the Court Order Compelling the Oakland County Prosecutor to Produce Records (Dkt. # 61), only.

2

Respectfully submitted,

OAKLAND COUNTY PROSECUTOR'S OFFICE

*/s/Jessica R. Cooper*
JESSICA R. COOPER (P23242)
Oakland County Prosecutor
1200 N. Telegraph Road
Pontiac, MI 48341
(248) 858-1000
cooperj@oakgov.com


OAKLAND COUNTY CORPORATION COUNSEL

*/s/Joyce F. Todd*
JOYCE F. TODD (P31026)
Assistant Corporation Counsel
1200 N. Telegraph Road
Pontiac, MI 48341-0419
(248) 858-2003
toddj@oakgov.com

Dated: March 8, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2013, I electronically filed the foregoing papers (Special Appearance) with the Clerk of the Court using the ECF System which will send notification of same to the attorneys of record and I hereby certify that I have mailed by United States Postal Service the aforementioned to the following non-ECF participant: NONE.

Respectfully submitted,

OAKLAND COUNTY CORPORATION COUNSEL

*/s/Joyce F. Todd*
JOYCE F. TODD (P31026)
Assistant Corporation Counsel
1200 N. Telegraph Road
Pontiac, MI 48341-0419
(248) 858-2003
toddj@oakgov.com


OAKLAND COUNTY PROSECUTOR'S OFFICE

*/s/Jessica R. Cooper*
JESSICA R. COOPER (P23242)
Oakland County Prosecutor
1200 N. Telegraph Road
Pontiac, MI 48341
(248) 858-1000
cooperj@oakgov.com

Dated: March 8, 2013