UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONWIDE LIFE INSURANCE COMPANY,
a foreign corporation,

          Plaintiff/Counter-Defendant,

vs.                                                  Case No. 11-cv-12422-AC-MKM
                                                     Hon. Avern Cohn

WILLIAM KEENE, JENNIFER KEENE,
MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,

          Defendants,
and

MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,

          Defendants/Counter-Plaintiffs and Cross-Plaintiffs,
vs.

WILLIAM KEENE, JENNIFER KEENE,
Individually, jointly and severally,

          Defendants/Cross-Defendants.
_____/

| | |
|---|---|
| Michael F. Schmidt (P25213) | John H. Bredell (P36577) |
| Harvey Kruse, P.C. | Bredell & Bredell |
| Attorney for Plaintiff | Attorney for Defendants, |
| 1050 Wilshire Drive, Suite 320 |   William & Jennifer Keene |
| Troy, MI 48084 | 119 N. Huron Street |
| 248-649-7800 | Ypsilanti, MI 48197 |
| | 734-482-5000 |
| | |
| Albert L. Holtz (P15088) | Geoffrey N. Fieger (P30441) |
| ALBERT L. HOLTZ, P.C. | Jeffrey A. Danzig (P36571) |
| Attorney for Monica Lupiloff, Nicole Lupiloff | Attorney for Monica Lupiloff, |
| and Nicole Lupiloff Personal Representative | Nicole Lupiloff and Nicole |
| of the Estate of Gary Lupiloff, deceased | Lupiloff, Personal Representative |

3910 Telegraph Road, Suite 200          of the Estate of Gary Lupiloff,
Bloomfield Hills, MI  48146             deceased
248-593-5000                            19390 West Ten Mile Road
                                        Southfield, MI  48075
                                        248-355-5555

## <u>INDEX OF EXHIBITS</u>

Exhibit A     *Shipes v Amurcon Corp*

Exhibit B     *McGuire v Warner*