INDEX OF EXHIBIT

1    Order Compelling Royal Oak Police Department and Oakland County Prosecutor to Produce Records

**HARVEY KRUSE**
ATTORNEYS & COUNSELORS  A PROFESSIONAL CORPORATION
1050 WILSHIRE DRIVE, SUITE 320, TROY, MICHIGAN 48084-1526  248-649-7800