UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Nationwide Life Insurance
Company,

                    Plaintiff(s),

v.                                          Case No. 2:11–cv–12422–AC–MKM
                                            Hon. Avern Cohn
William Keene, et al.,

                    Defendant(s),

_____

## NOTICE OF MOTION HEARING

    You are hereby notified to appear before District Judge Avern Cohn at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 225.  The following motion(s) are scheduled for hearing:

          Motion to Set Aside – #64

    • MOTION HEARING:  April 17, 2013 at 02:00 PM

    **ADDITIONAL INFORMATION:**     Motion Hearing on document #51, Motion to Compel will be heard


### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/S. Chami_____
                                  Case Manager

Dated:   March 25, 2013