**Exhibit A**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONWIDE LIFE INSURANCE COMPANY,
a foreign corporation,

        Plaintiff/Counter-Defendant,

vs.

Case No. 11-cv-12422-AC-MKM
Hon. Avern Cohn

WILLIAM KEENE, JENNIFER KEENE,
MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,

        Defendants,

and

MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,

**AFFIDAVIT OF
JEFFREY M. KAELIN**

        Defendants/Counter-Plaintiffs and Cross-Plaintiffs,

vs.

WILLIAM KEENE, JENNIFER KEENE,
Individually, jointly and severally,

        Defendants/Cross-Defendants.

_____/

| | |
|---|---|
| Michael F. Schmidt (P25213)<br>Harvey Kruse, P.C.<br>Attorney for Plaintiff<br>1050 Wilshire Drive, Suite 320<br>Troy, MI 48084<br>248-649-7800 | John H. Bredell (P36577)<br>Bredell & Bredell<br>Attorney for Defendants,<br>  William & Jennifer Keene<br>119 N. Huron Street<br>Ypsilanti, MI 48197<br>734-482-5000 |
| Albert L. Holtz (P15088)<br>ALBERT L. HOLTZ, P.C.<br>Attorney for Monica Lupiloff, Nicole Lupiloff<br>and Nicole Lupiloff Personal Representative<br>of the Estate of Gary Lupiloff, deceased | Geoffrey N. Fieger (P30441)<br>Jeffrey A. Danzig (P36571)<br>Attorney for Monica Lupiloff,<br>Nicole Lupiloff and Nicole<br>Lupiloff, Personal Representative |

| | |
|---|---|
| 3910 Telegraph Road, Suite 200<br>Bloomfield Hills, MI 48146<br>248-593-5000 | of the Estate of Gary Lupiloff,<br>deceased<br>19390 West Ten Mile Road<br>Southfield, MI 48075<br>248-355-5555 |

_____/

## AFFIDAVIT OF JEFFREY M. KAELIN

STATE OF MICHIGAN )
                            ) SS.
COUNTY OF OAKLAND )

Your affiant being first duly sworn deposes and says as follows:

1. If called upon to testify in this matter, I would be competent to testify to the matters set forth herein.

2. I am presently an Oakland County assistant prosecuting attorney and have held this position since 2000.

3. I am familiar with the investigation being conducted by the Royal Oak Police Department into the murder of Gary Lupiloff.

4. Prior to executing this affidavit, I spoke with law enforcement officials who are involved in the investigation into the murder of Gary Lupiloff, including the lead Detective handling this investigation.

5. On March 29, 2013, I was informed by a representative of the Royal Oak Police Department who is knowledgeable about the investigation of the murder of Gary Lupiloff that the investigation is active and on-going.

FURTHER DEPONTH SAYTH NOT.

                                                                *[signature]*
                                                         Jeffrey M. Kaelin (P 51249)

Signed and sworn to before me in Oakland County, Michigan, on the __29th__ day of March, 2013.

_____Sharon L. Cullen_____
Notary Public, State of Michigan, Oakland County
My Commission Expires: __07/23/2017__
Acting in the County of Oakland