INDEX OF EXHIBITS

A     Correspondence to Keenes' attorney