UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Nationwide Life Insurance
Company,

Plaintiff(s),

v.

William Keene, et al.,

Case No. 2:11−cv−12422−AC−MKM
Hon. Avern Cohn

Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Avern Cohn at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 219, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE: June 4, 2013 at 02:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/S. Chami
Case Manager

Dated: May 31, 2013