UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONWIDE LIFE INSURANCE COMPANY,

    Plaintiff,

vs.                                                                                            Case No. 11-12422

WILLIAM KEENE, JENNIFER KEENE,                             HON. AVERN COHN
MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF, and NICOLE RENEEE LUPILOFF,
Personal Representative of the Estate of GARY
LUPILOFF, deceased,

    Defendants.

_____/

## PRETRIAL ORDER

This is an interpleader action to be tried to the Court. Trial is set for Tuesday, November 12, 2013.

Five days prior to trial, each party shall file:

a)     a witness list;

b)     an exhibit list;

c)     a trial brief together with a statement of proposed findings of fact and conclusions of law.

SO ORDERED.

                                                          S/Avern Cohn
                                                          AVERN COHN
                                                          UNITED STATES DISTRICT JUDGE

Dated: August 13, 2013

11-12422 Nationwide Life Insurance Company
v. William Keene, et al

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, August 13, 2013, by electronic and/or ordinary mail.

S/Sakne Chami
Case Manager, (313) 234-5160