## Exhibit List

| | |
|---|---|
| Exhibit 1 | Nationwide Corporate Information |
| Exhibit 2 | Complaint |
| Exhibit 3 | Defendant Jennifer Keene residency |
| Exhibit 4 | Lupiloff Defendants' Answer |
| Exhibit 5 | Policy |
| Exhibit 6 | Change of Beneficiary Form |
| Exhibit 7 | Change of Ownership Form |
| Exhibit 8 | News Report |
| Exhibit 9 | William's Beneficiary Claim Form |
| Exhibit 10 | Claim Letter |
| Exhibit 11 | Nicole's Beneficiary Claim Form |
| Exhibit 12 | Monica's Beneficiary Claim Form |
| Exhibit 13 | Cross-Claim |
| Exhibit 14 | Stipulation and Order |
| Exhibit 15 | Keene Counter Claim |
| Exhibit 16 | Answer to Keene Counter Claim |
| Exhibit 17 | Lupiloff Counter Claim |
| Exhibit 18 | Answer to Keene Counter Claim |
| Exhibit 19 | Pretrial Order |
| Exhibit 20 | Email |