# EXHIBIT

# 14

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONWIDE LIFE INSURANCE COMPANY,
a foreign corporation,
    Plaintiff/Counter-Defendant,
vs.

Case No.   11-cv-12422-AC-MKM
Hon. Avern Cohn

WILLIAM KEENE, JENNIFER KEENE,
MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,
    Defendants,
and

MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,
    Defendants/Counter-Plaintiffs and Cross-Plaintiffs,
vs.

WILLIAM KEENE, JENNIFER KEENE,
Individually, jointly and severally,
    Defendants/Cross-Defendants.

_____/

| | |
|---|---|
| Michael F. Schmidt P25213<br>Nathan Peplinski P66596<br>Attorneys for Plaintiff<br>1050 Wilshire Drive, Suite 320<br>Troy, MI  48084<br>(248)649-7800 | Albert L. Holtz P15088<br>Attorney for Monica Lupiloff, Nicole Lupiloff and Nicole Lupiloff, Per Rep of the Estate of Gary Lupiloff, Deceased<br>3910 Telegraph Road, Suite 200<br>Bloomfield Hills, MI  48302<br>(248)593-5000 |
| John H. Bredell P36577<br>Attorney for Keenes<br>119 N. Huron Street<br>Ypsilanti, MI  48197<br>(734)482-5000 | Geoffrey N. Fieger P30441<br>Jeffrey A. Danzig P36571<br>Co-Counsel for Monica Lupiloff, Nicole Lupiloff and Nicole Lupiloff, Per Rep of the Estate of Gary Lupiloff, Deceased<br>19390 West Ten Mile Road<br>Southfield, MI  48075<br>(248)355-5555 |

_____/

1

## STIPULATION TO DISMISS WRONGFUL DEATH CLAIMS BY DEFENDANTS/ CROSS-PLAINTIFFS, MONICA LYNN LUPILOFF, NICOLE RENEE LUPILOFF AND NICOLE RENEE LUPILOFF, PERSONAL REPRESENTATIVE OF THE ESTATE OF GARY LUPILOFF, DECEASED

IT IS HEREBY STIPULATED by and between the attorneys for the respective parties that the wrongful death claims made in the cross-complaints filed by the defendants/cross-plaintiffs, Monica Lynn Lupiloff, Nicole Renee Lupiloff and Nicole Renee Lupiloff, Personal Representative of the Estate of Gary Lupiloff, Deceased, specifically Count II of these crossclaims, are dismissed without prejudice and without costs.

/s/Jeffrey A. Danzig
Jeffrey A. Danzig P36571
Co-Counsel for Monica Lupiloff,
Nicole Lupiloff and Nicole Lupiloff,
Per Rep of the Estate of Gary Lupiloff, Deceased

/s/Michael F. Schmidt
Michael F. Schmidt P25213
Attorney for Nationwide

/s/John H. Bredell
John H. Bredell P36577
Attorney for Keenes

## ORDER DISMISSING WRONGFUL DEATH CROSSCLAIMS BY DEFENDANTS/ CROSS-PLAINTIFFS, MONICA LYNN LUPILOFF, NICOLE RENEE LUPILOFF AND NICOLE RENEE LUPILOFF, PERSONAL REPRESENTATIVE OF THE ESTATE OF GARY LUPILOFF, DECEASED

At a session of said Court held in the Courthouse, City of Detroit, County of Wayne, State of Michigan on the _____ day of _____, 2011.

PRESENT:   HONORABLE AVERN COHN
           U. S. District Judge

In accordance with the above Stipulation,

IT IS HEREBY ORDERED that the crossclaims by the defendants/cross-plaintiffs,

Monica Lynn Lupiloff, Nicole Renee Lupiloff and Nicole Renee Lupiloff, Personal Representative of the Estate of Gary Lupiloff, Deceased, for wrongful death, specifically Count II of these crossclaims, are dismissed without prejudice and without costs.

Dated: September 20, 2011            s/Avern Cohn
                                     U. S. District Judge