# EXHIBIT

# 19

2:11-cv-12422-AC-MKM Doc # 77 Filed 08/13/13 Pg 1 of 2 Pg ID 1533

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONWIDE LIFE INSURANCE COMPANY,

    Plaintiff,

vs.

WILLIAM KEENE, JENNIFER KEENE,
MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF, and NICOLE RENEEE LUPILOFF,
Personal Representative of the Estate of GARY
LUPILOFF, deceased,

    Defendants.

Case No. 11-12422

HON. AVERN COHN

_____/

## PRETRIAL ORDER

This is an interpleader action to be tried to the Court. Trial is set for Tuesday, November 12, 2013.

Five days prior to trial, each party shall file:

a)    a witness list;

b)    an exhibit list;

c)    a trial brief together with a statement of proposed findings of fact and conclusions of law.

SO ORDERED.

                        S/Avern Cohn
                        AVERN COHN
                        UNITED STATES DISTRICT JUDGE

Dated: August 13, 2013

2:11-cv-12422-AC-MKM   Doc # 77   Filed 08/13/13   Pg 2 of 2   Pg ID 1534

                                            11-12422 Nationwide Life Insurance Company
                                                        v. William Keene, et al

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, August 13, 2013, by electronic and/or ordinary mail.

                                              S/Sakne Chami
                                              Case Manager, (313) 234-5160