# EXHIBIT

# 20

Janice Albertson

| | |
|---|---|
| **From:** | Jonathan_Karmo@mied.uscourts.gov on behalf of Avern_Cohn@mied.uscourts.gov |
| **Sent:** | Friday, August 16, 2013 10:28 AM |
| **To:** | Michael Schmidt; jbredell@bredell.com; aholtz@lipsonneilson.com; j.danzig@fiegerlaw.com |
| **Subject:** | Nationwide Life Ins. Co. v. Keene, et al., No. 11-12422 |

Dear Parties:

The complaint in this case (Doc. 1) is for interpleader and declaratory relief with a demand for a jury trial. As I understand it, this is an equitable action and a jury trial is not appropriate. If a party believes otherwise, they will need to move accordingly.

-Judge Cohn