UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Nationwide Life Insurance
Company,

                    Plaintiff(s),

v.                                          Case No. 2:11–cv–12422–AC–MKM
                                            Hon. Avern Cohn
William Keene, et al.,

                    Defendant(s),

_____


**NOTICE TO APPEAR**

   You are hereby notified to appear before District Judge Avern Cohn at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 219, Detroit, Michigan, for the following proceeding(s):

- FINAL PRETRIAL CONFERENCE:  November 14, 2013 at 02:30 PM


**Certificate of Service**

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/S. Chami_____
                                   Case Manager

Dated:   October 25, 2013