UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONWIDE LIFE INSURANCE COMPANY,
a foreign corporation,

       Plaintiff/Counter-Defendant,

vs                                                Case: 2:11-cv-12422-AC-MKM
                                                     Hon. Avern Cohn

WILLIAM KEENE, JENNIFER KEENE,
MONICA LYNN LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,

       Defendants,

       and

MONICA LYNN LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,

       Defendants/Counter-Plaintiffs/Cross-Plaintiffs,

vs

WILLIAM KEENE, JENNIFER KEENE,
individually, jointly and severally,

       Defendants/Cross-Defendants.

_____

| | |
|---|---|
| Michael F. Schmidt (P25213) | Albert L. Holtz (P15088) |
| Attorney for Plaintiff | ALBERT L. HOLTZ, P.C. |
| 1050 Wilshire Dr, Ste 320 | Attorney for Monica Lupiloff, Nicole |
| Troy MI 48084 | Lupiloff and Nicole Lupiloff, |
| 248 649-7800 | Personal Representative of the |
| | Estate of Gary Lupiloff, deceased |
| | 248 593-5000 |

| | |
|---|---|
| John H. Bredell (P36577)<br>Attorney for Keenes<br>119 N Huron Street<br>Ypsilanti MI 48197<br>734 482-5000 | Geoffrey N Fieger (P30441)<br>Jeffrey A. Danzig (P36571)<br>Co-counsel for Monica Lupiloff,<br>Nicole Lupiloff and Nicole Lupiloff<br>Personal Representative of the<br>Estate of Gary Lupiloff, deceased<br>248 355-5555 |

## NOTICE OF HEARING

**TO:** Clerk of the Court and all counsel of record

PLEASE TAKE NOTICE that the Defendants/Counter-Plaintiffs/Cross-Plaintiffs' Motion to Compel will be brought on for hearing before the Hon. Avern Cohn on a date to be set by the Court (it is respectfully requested that said hearing be held on or before December 20, 2013).

ALBERT L. HOLTZ, P.C.

Dated: 5 December 2013          /s/ Albert L. Holtz
                                 Albert L. Holtz

**CERTIFICATE OF SERVICE**

LYNN PARSONS does hereby affirmatively state that on 12/5/13 she electronically filed the foregoing and this Proof of Service with the Clerk of the Court using Wiznet E-File & Serve system which will effectuate service upon all counsel of record.

/s/ Lynn Parsons

   NOW COME the Defendants/Cross-Plaintiffs herein, Monica Lynn Lupiloff, Nicole Renee Lupiloff and Nicole Renee Lupiloff Personal Representative of the Estate of Gary Lupiloff, Deceased, by their attorney, ALBERT L. HOLTZ, P.C.,

2