UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONWIDE LIFE INSURANCE COMPANY,
a foreign corporation,

   Plaintiff/Counter-Defendant,

  vs                Case: 2:11-cv-12422-AC-MKM
                     Hon. Avern Cohn
WILLIAM KEENE, JENNIFER KEENE,
MONICA LYNN LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,

   Defendants,        **CERTIFICATE OF SERVICE**

  and

MONICA LYNN LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,

   Defendants/Counter-Plaintiffs/Cross-Plaintiffs,

  vs

WILLIAM KEENE, JENNIFER KEENE,
individually, jointly and severally,

   Defendants/Cross-Defendants.

---

| | |
|---|---|
| Michael F. Schmidt (P25213)<br>Attorney for Plaintiff<br>1050 Wilshire Dr, Ste 320<br>Troy MI 48084<br>248 649-7800 | Albert L. Holtz (P15088)<br>ALBERT L. HOLTZ, P.C.<br>Attorney for Monica Lupiloff, Nicole Lupiloff and Nicole Lupiloff,<br>Personal Representative of the Estate of Gary Lupiloff, deceased<br>248 593-5000 |

John H. Bredell (P36577)
Attorney for Keenes
119 N Huron Street
Ypsilanti MI 48197
734 482-5000

Geoffrey N Fieger (P30441)
Jeffrey A. Danzig (P36571)
Co-counsel for Monica Lupiloff,
Nicole Lupiloff and Nicole Lupiloff
Personal Representative of the
Estate of Gary Lupiloff, deceased
248 355-5555

## CERTIFICATE OF SERVICE

LYNN PARSONS does hereby affirmatively state that on 11 December 2013 she mailed a copy of the Defendants/Counter-Plaintiff/Cross-Plaintiffs' Motion to Compel Production of Documents in Pursuance of Subpoenas Properly Issued and Notice of Hearing to Non-Party Royal Oak Police Department by mailing same to David W. Gillam, City Attorney, City of Royal Oak, 211 South Williams, Ste 204, Royal Oak MI 48067.

I declare the foregoing statement true to the best of my knowledge, information and belief.

Dated: 11 December 2013                    /s/  Lynn Parsons

2