UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONWIDE LIFE INSURANCE COMPANY,

    Plaintiff/Counter-Defendant,

Vs

    Case No. 11-cv-12422 AC MKM
    Hon. Avern Cohn

WILLIAM KEENE, JENNIFER KEENE,
MONICA LYNN LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,

    Defendants,

and

MONICA LYNN LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,

    Defendants/Counter-Plaintiffs and Cross-Plaintiffs,

vs

WILLIAM KEENE, JENNIFER KEENE,
Individually, jointly and severally,

    Defendants/Cross-Defendants.

---

| | |
|---|---|
| Michael F. Schmidt (P25213) | John H. Bredell (P36577) |
| Harvey Kruse, P.C. | Bredell & Bredell |
| Attorney for Plaintiff/Counter-Defendant | Attorney for Defendants William and Jennifer Keene |
| 1050 Wilshire Drive, Suite 320 | 119 N. Huron Street |
| Troy, MI 48084 | Ypsilanti, MI 48197 |
| 248 649-7800 | 734 482-5000 |

Albert L. Holtz (P15088)
Albert L. Holtz, P.C.
Attorney for Monica Lupiloff, Nicole Lupiloff
And Nicole Lupiloff, Personal
Lupiloff Representative of the Estate of Gary
Nicole Lupiloff, Deceased
3910 Telegraph Road, Suite 200
Bloomfield Hills, MI 48302
248 593-5000

Geoffrey N. Feiger (P30441)
Jeffrey A. Danzig (P36571)
Fieger Fieger Kenney Giroux & Danzig
Attorney for Monica Lupiloff, and Nicole Lupiloff, Personal Representative of the Estate of Gary Lupiloff, Deceased
19390 W. Ten Mile Road
Southfield, MI 48075
248 355-5555

Joyce F. Todd (P31026)
Oakland County Corporation Counsel
Attorney for Oakland County Prosecutor
1200 N. Telegraph Road
Pontiac, MI 48341
248 858-2003

T. Joseph Seward (P35095)
Cummings, McClorey, Davis & Acho, P.L.C
Attorney for Non-Party,
Royal Oak Police Deptartment
33900 Schoolcraft Rd.
Livonia, MI 48150
(734) 261-2400

David W. Gillam (P39131)
Mark Liss (P42441)
City Attorney's Office
Co-Counsel for Non-Party,
Royal Oak Police Department
211 Williams Street
Royal Oak, MI 48068-0064
(248) 246-3240

## APPEARANCE

TO: Clerk, United State District Court Eastern District Southern Division

PLEASE enter the Appearance of the law firm of CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C., by T. JOSEPH SEWARD as attorney for Non-Party, Royal Oak Police Department, in the within cause.

Respectfully submitted,

/s/T. Joseph Seward
T. Joseph Seward (P35095)
Cummings, McClorey, Davis & Acho, P.L.C.
Attorney for Non-Party,
Royal Oak Police Department
33900 Schoolcraft
Livonia, MI  48150
(734) 261-2400
tjseward@cmda-law.com

/s/David W. Gillam
David W. Gillam (P39131)
Mark Liss (P42441)
City Attorney's Office
Co-Counsel for Non-Party,
Royal Oak Police Department
211 Williams Street
Royal Oak, MI 48068-0064
(248) 246-3240
daveg@ci.royal-oak.mi.us
markl@ci.royal-oak.mi.us

Dated:  December 17, 2013

### Certificate of Service

I hereby certify that on **December 19, 2013**, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**Michael F. Schmidt (P25213)**
**John H. Bredell (P36577)**
**Albert L. Holtz (P15088)**
**Geoffrey N. Feiger (P30441)**
**Jeffrey A. Danzig (P36571)**
**Joyce F. Todd (P31026)**

/s/T. Joseph Seward
Cummings, McClorey, Davis & Acho, P.L.C.
33900 Schoolcraft
Livonia, MI  48150
Phone:  (734) 261-2400
Primary E-mail: tjseward@cmda-law.com
P-35095