UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Nationwide Life Insurance Company,

                Plaintiff(s),

v.                                        Case No. 2:11-cv-12422-AC-MKM
                                        Hon. Avern Cohn

William Keene, et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Avern Cohn at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 225. The following motion(s) are scheduled for hearing:

    Motion to Compel – #89

- MOTION HEARING: January 23, 2013 at 11:00 AM

**ADDITIONAL INFORMATION:**   * ONLY THE APPEARANCE OF ROYAL OAK PD and OAKLAND COUNTY PROSECUTOR – EX PARTE HEARING ON MOTION TO COMPEL

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                      By: s/C Bethel
                                            Case Manager

Dated:  December 23, 2013