UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Nationwide Life Insurance Company,

                Plaintiff(s),

v.                                       Case No. 2:11−cv−12422−AC−MKM
                                              Hon. Avern Cohn

William Keene, et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Avern Cohn at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 225. The following motion(s) are ***rescheduled*** for hearing:

      Motion to Compel – #89

- MOTION HEARING: January 23, 2014 at 11:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                        By: s/C Bethel
                                                Case Manager

Dated: January 16, 2014