UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONWIDE LIFE INSURANCE COMPANY,
a foreign corporation,

        Plaintiff/Counter-Defendant,

vs.           Case No. 11-cv-12422-AC-MKM
        Hon. Avern Cohn

WILLIAM KEENE, JENNIFER KEENE,
MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,

        Defendants,
and

MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,

        Defendants/Counter-Plaintiffs and Cross-Plaintiffs,

vs.

WILLIAM KEENE, JENNIFER KEENE,
Individually, jointly and severally,

        Defendants/Cross-Defendants.

_____/

| | |
|---|---|
| Michael F. Schmidt (P25213) | John H. Bredell (P36577) |
| Harvey Kruse, P.C. | Bredell & Bredell |
| Attorney for Plaintiff | Attorney for Defendants, |
| 1050 Wilshire Drive, Suite 320 | William & Jennifer Keene |
| Troy, MI  48084 | 119 N. Huron Street |
| 248-649-7800 | Ypsilanti, MI  48197 |
| | 734-482-5000 |
| | |
| Albert L. Holtz (P15088) | Geoffrey N. Fieger (P30441) |
| ALBERT L. HOLTZ, P.C. | Jeffrey A. Danzig (P36571) |
| Attorney for Monica Lupiloff, Nicole Lupiloff | Attorney for Monica Lupiloff, |
| and Nicole Lupiloff Personal Representative | Nicole Lupiloff and Nicole |
| of the Estate of Gary Lupiloff, deceased | Lupiloff, Personal Representative |

| | |
|---|---|
| 3910 Telegraph Road, Suite 200<br>Bloomfield Hills, MI 48146<br>248-593-5000 | of the Estate of Gary Lupiloff,<br>deceased<br>19390 West Ten Mile Road<br>Southfield, MI 48075<br>248-355-5555 |
| Joyce F. Todd (P31026)<br>Oakland County Corporation Counsel<br>Attorney for Oakland County Prosecutor<br>1200 N. Telegraph Road<br>Pontiac, Ml 48341<br>248-858-2003 | T. Joseph Seward (P35095)<br>Cummings, McClorey, Davis & Acho, P.L.C<br>Attorney for Non-Party,<br>Royal Oak Police Dept.<br>33900 Schoolcraft Rd.<br>Livonia, Ml 48150<br>734-261-2400 |
| David W. Gillam (P39131)<br>Mark Liss (P42441)<br>City Attorney's Office<br>Co-Counsel for Non-Party,<br>Royal Oak Police Department<br>211 Williams Street<br>Royal Oak, Ml 48068-0064<br>248-246-3240 | |

_____/

## NOTICE OF SUBSTITUTION OF ATTORNEY

Please take notice that, due to the retirement of Joyce F. Todd, effective December 30, 2013, MARY M. MARA (P45114) of Oakland County Corporation Counsel, will substitute as Attorney for Oakland County Prosecutor in the above case.

        Respectfully submitted,

        OAKLAND COUNTY CORPORATION COUNSEL

        **/s/MARY M. MARA**
        Attorney for Oakland County Prosecutor
        1200 North Telegraph Road, Bldg. 14 East
        Pontiac, MI 48341-0419
        (248) 975-9616
        maram@oakgov.com
        Attorney Bar No. P45114

Dated: January 22, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2014, I electronically filed the foregoing Notice of Substitution of Attorney with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:  NONE.

Respectfully submitted,

OAKLAND COUNTY CORPORATION COUNSEL

**/s/MARY M. MARA**
Attorney for Oakland County Prosecutor
1200 North Telegraph Road, Bldg. 14 East
Pontiac, MI 48341-0419
(248) 975-9616
maram@oakgov.com
Attorney Bar No. P45114

Dated: January 22, 2014