UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


NATIONWIDE LIFE INSURANCE COMPANY,
a foreign corporation,

        Plaintiff,

vs.

WILLIAM KEENE, JENNIFER KEENE,
MONICA LYNN LUPILOFF, NICOLE RENEE
LUPILOFF, and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE
ESTATE OF GARY LUPILOFF, Deceased,

        Defendants.

Civil Action
No. 2:11-cv-12422-AC-MKM

Honorable Avern Cohn

---

| | |
|---|---|
| Michael F. Schmidt (P25213) | John H. Bredell (P36577) |
| Harvey, Kruse, P.C. | Bredell & Bredell |
| Attorney for Plaintiff | Attorney for Defendants, |
| 1050 Wilshire Drive, Suite 320 | William and Jennifer Keene |
| Troy, Michigan 48084 | 119 N. Huron Street |
| Telephone:   (248) 649-7800 | Ypsilanti, Michigan 48197 |
| | Telephone: (734) 482-5000 |
| | |
| Albert L. Holtz    (P15088) | Geoffrey N. Fieger    (P30441) |
| Albert L. Holtz, P.C. | Jeffrey A. Danzig    (P36571) |
| Attorney for Monica Lupiloff, Nicole Lupiloff | Fieger, Fieger, Kenney & Giroux, P.C. |
| and Nicole Lupiloff, Personal Representative of | Co-Counsel for Monica Lupiloff, |
| the Estate of Gary Lupiloff, Deceased | Nicole Lupiloff and Nicole Lupiloff, |
| 3910 Telegraph Road, Suite 200 | Personal Representative of the Estate of |
| Bloomfield Hills, Michigan 48146 | Gary Lupiloff, Deceased |
| | 19390 West Ten Mile Road |
| | Southfield, Michigan 48075 |
| | Telephone:   (248) 355-5555 |

## APPEARANCE

TO:     CLERK OF THE COURT

Please enter the Appearance of the undersigned as attorney in place of Jeffrey A. Danzig, for the Defendant, Monica Lupiloff, Nicole Lupiloff and Nicole Lupiloff, Personal Representative of the Estate of Gary Lupiloff, Deceased, in the above-captioned matter.

/s/ E. JASON BLANKENSHIP
E. Jason Blankenship (P63566)
19390 W. Ten Mile Road
Southfield, MI 48075
248-355-5555

Dated:   January 23, 2014