UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Nationwide Life Insurance
Company,

                         Plaintiff(s),

v.                                              Case No. 2:11−cv−12422−AC−MKM
                                                Hon. Avern Cohn

William Keene, et al.,

                         Defendant(s),
_____

## NOTICE OF MOTION HEARING

   You are hereby notified to appear before District Judge Avern Cohn at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 225.  The following motion(s) are scheduled for hearing:

          Motion to Compel – #100

   • MOTION HEARING:  March 27, 2014 at 02:00 PM


## Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                   By: s/C Bethel_____
                                        Case Manager


Dated:   February 7, 2014