## **INDEX OF EXHIBITS**

Exhibit 1    Subpoena

Exhibit 2    Refusal Letter

Exhibit 3    *In re Packaged Ice Antitrust Litigation Direct Purchase Action*

Exhibit 4    *Cessante v City of Pontiac*

*Exhibit 5*    *Reuther v Chapman*