# EXHIBIT 1

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| NATIONWIDE LIFE INSURANCE COMPANY, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 11-cv-12422-AC-MKM |
| | ) |
| WILLIAM KEENE, JENNFER KEENE, et al | ) |
| *Defendant* | ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Oakland County Prosecutors Office, West Wing Bldg 14E, 1200 N Telegraph, Pontiac, MI 48341
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

Any and all factual information regarding William Keene, date of birth May 10, 1966 and/or the murder of Gary Harmon Lupiloff including, but not limited to any factual records, reports, statements, transcripts, or recordings. This request is not for investigative opinions or attorney work product, but only seeks factual information contained in the file materials.

| Place: Harvey Kruse, P.C.<br>1050 Wilshire Drive, Suite 320<br>Troy, MI 48084 (248) 649-7800 | Date and Time: February 17, 2014 at 10:00 a.m. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 2-3-14

DAVID J. WEAVER, CLERK OF COURT

OR

_____  _____
*Signature of Clerk or Deputy Clerk*           *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
NOTE: Please call on receipt of Subpoena                    , who issues or requests this subpoena, are:

Michael F. Schmidt, 1050 Wilshire Drive, Ste 320, Troy, MI 48084 (248) 649-7800 mschmidt@harveykruse.com
Nathan Peplinski, 1050 Wilshire Drive, Suite 320, Troy, MI 48084 (248) 649-7800 npeplinski@harveykruse.com

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).