UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONWIDE LIFE INSURANCE COMPANY,
a foreign corporation,

        Plaintiff/Counter-Defendant,

vs.                                Case No. 11-cv-12422-AC-MKM
                                    Hon. Avern Cohn

WILLIAM KEENE, JENNIFER KEENE,
MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,

        Defendants,

**INDEX OF EXHIBITS**

and

MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,

        Defendants/Counter-Plaintiffs and Cross-Plaintiffs,

vs.

WILLIAM KEENE, JENNIFER KEENE,
Individually, jointly and severally,

        Defendants/Cross-Defendants.
_____/

| | |
|---|---|
| Michael F. Schmidt (P25213) | John H. Bredell (P36577) |
| Harvey Kruse, P.C. | Bredell & Bredell |
| Attorney for Plaintiff | Attorney for Defendants, |
| 1050 Wilshire Drive, Suite 320 |   William & Jennifer Keene |
| Troy, MI  48084 | 119 N. Huron Street |
| 248-649-7800 | Ypsilanti, MI  48197 |
| | 734-482-5000 |

| | |
|---|---|
| Albert L. Holtz (P15088)<br>ALBERT L. HOLTZ, P.C.<br>Attorney for Monica Lupiloff, Nicole Lupiloff<br>and Nicole Lupiloff Personal Representative<br>of the Estate of Gary Lupiloff, deceased<br>3910 Telegraph Road, Suite 200<br>Bloomfield Hills, MI  48146<br>248-593-5000 | Geoffrey N. Fieger (P30441)<br>Jeffrey A. Danzig (P36571)<br>Attorney for Monica Lupiloff,<br>Nicole Lupiloff and Nicole<br>Lupiloff, Personal Representative<br>of the Estate of Gary Lupiloff,<br>deceased<br>19390 West Ten Mile Road<br>Southfield, MI  48075<br>248-355-5555 |
| Mary M. Mara (P45114)<br>Oakland County Corporation Counsel<br>Attorney for Oakland County Prosecutor<br>1200 N. Telegraph Road<br>Pontiac, Ml 48341<br>248-975-9616 | T. Joseph Seward (P35095)<br>Cummings, McClorey, Davis & Acho, P.L.C<br>Attorney for Non-Party,<br>Royal Oak Police Dept.<br>33900 Schoolcraft Rd.<br>Livonia, Ml 48150<br>734-261-2400 |
| David W. Gillam (P39131)<br>Mark Liss (P42441)<br>City Attorney's Office<br>Co-Counsel for Non-Party,<br>Royal Oak Police Department<br>211 Williams Street<br>Royal Oak, Ml 48068-0064<br>248-246-3240 | |

## INDEX OF EXHIBITS

Exhibit A    Letter to Court dated January 21, 2014 from Nationwide

Exhibit B    Affidavit of Jeffrey M Kaelin