Exhibit B

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONWIDE LIFE INSURANCE COMPANY,
a foreign corporation,

        Plaintiff/Counter-Defendant,

vs.

WILLIAM KEENE, JENNIFER KEENE,
MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,

        Defendants,
and

MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,

        Defendants/Counter-Plaintiffs and Cross-Plaintiffs,

vs.

WILLIAM KEENE, JENNIFER KEENE,
Individually, jointly and severally,

        Defendants/Cross-Defendants.

Case No. 11-cv-12422-AC-MKM
Hon. Avern Cohn

**AFFIDAVIT OF
JEFFREY M. KAELIN**

___

| | |
|---|---|
| Michael F. Schmidt (P25213)<br>Harvey Kruse, P.C.<br>Attorney for Plaintiff<br>1050 Wilshire Drive, Suite 320<br>Troy, MI 48084<br>248-649-7800 | John H. Bredell (P36577)<br>Bredell & Bredell<br>Attorney for Defendants,<br>  William & Jennifer Keene<br>119 N. Huron Street<br>Ypsilanti, MI 48197<br>734-482-5000 |
| Albert L. Holtz (P15088)<br>ALBERT L. HOLTZ, P.C.<br>Attorney for Monica Lupiloff, Nicole Lupiloff<br>and Nicole Lupiloff Personal Representative<br>of the Estate of Gary Lupiloff, deceased | Geoffrey N. Fieger (P30441)<br>Jeffrey A. Danzig (P36571)<br>Attorney for Monica Lupiloff,<br>Nicole Lupiloff and Nicole<br>Lupiloff, Personal Representative |

3910 Telegraph Road, Suite 200  
Bloomfield Hills, MI  48146  
248-593-5000

of the Estate of Gary Lupiloff,  
deceased  
19390 West Ten Mile Road  
Southfield, MI  48075  
248-355-5555

_____/

## AFFIDAVIT OF JEFFREY M. KAELIN

STATE OF MICHIGAN    )  
                     ) SS.  
COUNTY OF OAKLAND    )

Your affiant being first duly sworn deposes and says as follows:

1. If called upon to testify in this matter, I would be competent to testify to the matters set forth herein.

2. I am presently an Oakland County assistant prosecuting attorney and have held this position since 2000.

3. I am familiar with the investigation being conducted by the Royal Oak Police Department into the murder of Gary Lupiloff.

4. Prior to executing this affidavit, I spoke with law enforcement officials who are involved in the investigation into the murder of Gary Lupiloff, including the lead Detective handling this investigation.

5. On March 17, 2014 I was informed by a representative of the Royal Oak Police Department who is knowledgeable about the investigation of the murder of Gary Lupiloff that the investigation is active and on-going.

FURTHER DEPONTH SAYTH NOT.

_____  3-17-14  
Jeffrey M. Kaelin (P 51249)

2

Signed and sworn to before me in Oakland County, Michigan, on the ___17th___ day of March, 2014.

                                        *Michelle Renee Leisner*
                                    Notary Public, State of Michigan, Oakland County
                                    My Commission Expires: 3/29/2017
                                    Acting in the County of Oakland