UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONWIDE LIFE INSURANCE COMPANY,

    Plaintiff/Counter-Defendant,

vs.                                                                                            Case No. 11-12422

WILLIAM KEENE, JENNIFER KEENE,                    HON. AVERN COHN
MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF, and NICOLE RENEE LUPILOFF,
Personal Representative of the Estate of GARY
LUPILOFF, deceased,

    Defendants,

and

MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF, and NICOLE RENEE LUPILOFF,
Personal Representative of the Estate of GARY
LUPILOFF, deceased,

    Defendants/Counter-Plaintiffs and Cross-Plaintiffs,

vs.

WILLIAM KEENE and JENNIFER KEENE,

    Defendants/Cross-Defendants.
_____/

**ORDER DISMISSING AS MOOT MONICA LYNNE LUPILOFF'S
AND NICOLE RENEE LUPILOFF'S MOTION TO COMPEL/ADJOURN (Doc. 100)**

      For the reasons stated on the record at the hearing on Thursday, March 27, 2014,

Monica and Nicole Lupiloff's motion to compel/adjourn is DISMISSED AS MOOT.

      In a prior order, the Court set trial for April 7, 2014 (Doc. 99). Trial is ADJOURNED.

The final pretrial conference is reset to Tuesday, July 8, 2014 at 2:00 p.m. Trial will

commence on Monday, July 21, 2014 at 9:00 a.m. Discovery remains open through the

date of trial.

Each party shall file twenty (20) days before trial realistic witness lists and a statement briefly describing the testimony of each witness.

Each party shall file twenty (20) days before trial exhibit lists numbered for trial together with a book of the exhibits.

Nationwide shall file twenty (20) days before trial a set of instructions on the law of the case together with a verdict form.

SO ORDERED.

        S/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated:  April 1, 2014

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, April 1, 2014, by electronic and/or ordinary mail.

S/Sakne Chami
Case Manager, (313) 234-5160