UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONWIDE LIFE INSURANCE COMPANY,
a foreign corporation,

    Plaintiff,

v.

WILLIAM KEENE, JENNIFER KEENE,
MONICA LYNN LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE
ESTATE OF GARY LUPILOFF, DECEASED,

    Defendants.

Case No. 2:11-cv-12422-AC-MKM

Hon. Avern Cohn

---

| | |
|---|---|
| Michael F. Schmidt (P25213)<br>Harvey Kruse, P.C.<br>Attorney for Plaintiff<br>1050 Wilshire Drive, Suite 320<br>Troy, MI  48084<br>248-649-7800 | John H. Bredell (P36577)<br>Bredell & Bredell<br>Attorney for Defendants, William<br> & Jennifer Keene<br>119 N. Huron Street<br>Ypsilanti, MI  48197<br>734-482-5000 |
| Albert L. Holtz (P15088)<br>ALBERT L. HOLTZ, P.C.<br>Attorney for Monica Lupiloff, Nicole Lupiloff<br>and Nicole Lupiloff Personal Representative<br>of the Estate of Gary Lupiloff, deceased<br>3910 Telegraph Road, Suite 200<br>Bloomfield Hills, MI  48302<br>248-593-5000 | Geoffrey N. Fieger (P30441)<br>E. Jason Blankenship (P63566)<br>Fieger Fieger Kenney Groux<br> & Harrington PC<br>Attorney for Lupiloffs<br>19390 West Ten Mile Road<br>Southfield, MI  48075<br>248-355-5555 |
| T. Joseph Seward (P35095)<br>Cummings, McClorey, Davis &<br> Acho, P.L.C.<br>Attorney for Non-Party, Royal Oak Police Dept.<br>33900 Schoolcraft Road<br>Livonia, MI  48150<br>734-261-2400 | Joyce F. Todd (P31026)<br>Oakland County Corp. Counsel<br>Attorney for Oakland County<br> Prosecutor<br>1200 N. Telegraph Road<br>Pontiac, MI  48341<br>248-858-2003 |

David W. Gillam (P39131)
Mark Liss (P42441)
City Attorney's Office
Co-Counsel for Non-Party,
Royal Oak Police Department
211 Williams Street
Royal Oak, MI  48068-0064
248-246-3240

---

### DEFENDANTS KEENE'S  MOTION TO ADJOURN
### JULY 28, 2014 TRIAL DATE

Now come Defendants, William and Jennifer Keene, by their attorneys BREDELL & BREDELL, and for their Motion to Adjourn the July 28, 2014 Trial, submits the following:

1. Trial is currently scheduled for July 28, 2014.

2. Defendants William and Jennifer Keene have a scheduling conflict, and will be unavailable and out of town on a family vacation to Disneyland in California with the couples young children that had been planned, paid in advance, and non-refundable for several months on the currently scheduled trial date.

3. Defendants Keene seek an adjournment of the Trial date previously set by this Court.

4. Defendants counsel's has contacted the opposing attorney and have been informed that this motion will not be contested.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court adjourn the trial date as previously set by this Court.

Respectfully submitted,

Dated: May 6, 2014        /s/John H. Bredell (P36577)
Attorney for Plaintiff
119 North Huron Street
Ypsilanti, MI 48197
(734) 482-5000

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been electronically filed with the Clerk of the Court on the below listed date via the Electronic Case Filing system, which will send notice of filing to all attorneys of record.

/s/Cynthia J. Joseph

DATED: May 6, 2014

3