## INDEX OF EXHIBITS

Exhibit A     Nationwide Insurance Policy

Exhibit B     Complaint

Exhibit C     *Buckner v. Old Republic Life Insurance Com.*, 2006 WL 664348