UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONWIDE LIFE INSURANCE COMPANY,
a foreign corporation,

      Plaintiff,

Civil Action
No. 2:11-cv-12422-AC-MKM

Honorable Avern Cohn

vs.

WILLIAM KEENE, JENNIFER KEENE,
MONICA LYNN LUPILOFF, NICOLE RENEE
LUPILOFF, and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE
ESTATE OF GARY LUPILOFF, Deceased,

      Defendants.

---

| | |
|---|---|
| Michael F. Schmidt (P25213)<br>Harvey, Kruse, P.C.<br>Attorney for Plaintiff<br>1050 Wilshire Drive, Suite 320<br>Troy, Michigan 48084<br>Telephone:  (248) 649-7800 | John H. Bredell (P36577)<br>Bredell & Bredell<br>Attorney for Defendants,<br>William and Jennifer Keene<br>119 N. Huron Street<br>Ypsilanti, Michigan 48197<br>Telephone: (734) 482-5000 |
| Albert L. Holtz   (P15088)<br>Albert L. Holtz, P.C.<br>Attorney for Monica Lupiloff, Nicole Lupiloff<br><br>and Nicole Lupiloff, Personal Representative of<br>the Estate of Gary Lupiloff, Deceased<br>3910 Telegraph Road, Suite 200<br>Bloomfield Hills, Michigan 48146 | Geoffrey N. Fieger   (P30441)<br>E. Jason Blankenship (P63566)<br>Fieger, Fieger, Kenney, Giroux &<br>Harrington, P.C.<br>Co-Counsel for Monica Lupiloff,<br>Nicole Lupiloff and Nicole Lupiloff,<br>Personal Representative of the Estate of<br>Gary Lupiloff, Deceased<br>19390 West Ten Mile Road<br>Southfield, Michigan 48075<br>Telephone:   (248) 355-5555 |

---

FIEGER, FIEGER, KENNEY, GIROUX, DANZIG & HARRINGTON • A PROFESSIONAL CORPORATION • ATTORNEYS AND COUNSELORS AT LAW • 19390 WEST TEN MILE ROAD • SOUTHFIELD, MICHIGAN 48075-2463 • TELEPHONE (248) 355-5555 • FAX (248) 355-5148

## DEFENDANTS/COUNTER-PLAINTIFFS/CROSS-PLAINTIFF'S UNDISPUTED STATEMENT OF MATERIAL FACTS FOR DEFENDANTS/COUNTER-PLAINTIFFS/CROSS-PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Defendants/Counter-Plaintiffs/Cross-Plaintiffs Monica Lynn Lupiloff, Nicole Renee Lupiloff and Nicole Renee Lupiloff, Personal Representative of the Estate of Gary Lupiloff, Deceased, by their attorneys and pursuant to Judge Cohn's Practice Guidelines, submit the following Statement of Undisputed Material Facts in Support of their Motion for Summary Judgment.

1) This case deals with the interpretation of an insurance policy issued by Plaintiff Nationwide Life Insurance Company on or about November 28, 2003 with Gary H. Lupiloff as the Insured. (Ex. A, the Policy)

2) Mr. Lupiloff was killed on July 13, 2010.

3) Venue is proper in this Court pursuant to 28 USC 1332 because of the diversity of citizenship between Plaintiff and the defendants. (Docket entry 1, Complaint, PP 1-6).

4) The policy was issued on November 28, 2003.

5) Within the terms of the insurance policy there is an Incontestability Clause, drafted by Plaintiff Nationwide, which states as follows:

> After this policy has been in force during the lifetime of the Insured for two years from the Policy Date, we will not contest it for any reason except nonpayment of premiums. After any endorsement or rider has been in force as part of the policy during the lifetime of the Insured for two years, we will not contest it for any reason except nonpayment of premium.

/s/ E. JASON BLANKENSHIP
E. Jason Blankenship (P63566)
19390 W. Ten Mile Road
Southfield, MI 48075
248-355-5555

Dated: May 6, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2014, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record, as addressed above.

<div style="margin-left: 3em;">

Respectfully submitted,
**FIEGER, FIEGER, KENNEY, GIROUX, & HARRINGTON P.C.**

/s/ E. Jason Blankenship
GEOFFREY N. FIEGER (P30441)
E. JASON BLANKENSHIP (P63566)
Attorneys for Plaintiff
19390 W. Ten Mile Road
Southfield, MI 48075

</div>

FIEGER, FIEGER, KENNEY, GIROUX, DANZIG & HARRINGTON • A PROFESSIONAL CORPORATION • ATTORNEYS AND COUNSELORS AT LAW • 19390 WEST TEN MILE ROAD • SOUTHFIELD, MICHIGAN 48075-2463 • TELEPHONE (248) 355-5555 • FAX (248) 355-5148