UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Nationwide Life Insurance
Company,

          Plaintiff(s),

v.                                   Case No. 2:11−cv−12422−AC−MKM
                                   Hon. Avern Cohn

William Keene, et al.,

          Defendant(s),

_____

## NOTICE OF MOTION HEARING

    You are hereby notified to appear before District Judge Avern Cohn at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 225.  The following motion(s) are scheduled for hearing:

          Motion for Summary Judgment − #111

    • MOTION HEARING:  June 25, 2014 at 02:00 PM


### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                            By: s/S. Chami
                                  Case Manager


Dated:  May 6, 2014