## **INDEX OF EXHIBITS**

Exhibit A -   Correspondence to the Court from Laurence H. Baker, D.O., dated May 21, 2014