# EXHIBIT A



**COMPREHENSIVE CANCER CENTER**
UNIVERSITY OF MICHIGAN HEALTH SYSTEM

**Laurence H. Baker, D.O**
Collegiate Professor
Cancer Developmental Therapeutics
Professor of Internal Medicine and
Pharmocology

**Division of Hematology/Oncology
Department of Internal Medicine**
1500 E.Medical Center Dr.
Ann Arbor MI 48109-5948

734 998-7138 phone
734 998-7118 fax
bakerl@umich.edu

May 21, 2014

Judge Avern Cohn
United States District Court
for the Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 219
Detroit, MI 48226

Dear Sir,

I am requesting that you reconsider the recent action requesting delay in the matter of Nationwide Insurance vs. William and Jennifer Keene.

The request was for a rescheduling of this trial from July 28, 2014. This trial date has been rescheduled on several occasions. Unfortunately the facts related to this new request were not fully provided and that is the purpose of this communication.

I am the father of Jennifer Keene. On July 25, 2014 my wife Maxine and I will celebrate our 50th wedding anniversary. We have chosen to take our children, their spouses and our grandchildren to Disneyland and the San Diego area to help celebrate our anniversary. Our plans were made months ago and we are scheduled to depart July 26, 2014 and return August 2, 2014. Maxine and I have purchased airline tickets for the ten of us, as well as sent deposits on three hotel rooms in two different hotels in Southern California. I would be pleased to provide to you copies of the ticket purchases and the hotel deposits. In part, we delayed our trip from our anniversary date of July 25 because the prior trial date was July 21. At yet another previous trial date in April 2014 my plans to attend the American Association of Cancer Research changed at the last minute, incurring a penalty with Delta airlines.

Please recycle

Mr. John Bredell represents our son-in-law and daughter on this matter. While we still have not received adequate explanation why my daughter Jennifer is named as a co-defendant in this matter, you may be aware that Jennifer's HIIPA rights seem to have been violated when her medical records were published as part of court proceedings in which you had ruled that her right privacy should be maintained. Her health records were inappropriately included in response to a Nationwide subpoena of the University of Michigan. As a consequence of this occurrence the University of Michigan Health system has made rules much clearer regarding subpoena for information. However, Jennifer's rights have already been violated.

I apologize that this letter may appear longer than is necessary but I would add one more paragraph to avoid potential conflict with my appearance as a witness as requested by Mr. Bredell in defense of William. You and I have met many years ago at Grace Hospital. At that time in the early 1970s I was a colleague of Dr. Vaitkevicius who was my teacher and remains my mentor. Some years later, I was the Director of the Cancer Center of Metropolitan Detroit and your former associate Mr. Alan E. Schwartz served as the chairman of the Board of that Cancer Center. Last year I was installed as the initial Collegiate Professor of Oncology at the University of Michigan Medical School. At the faculty convocation, Dr. V. introduced me.

I thank you for taking the time to consider this grandfather's request to celebrate with our family on this important date.

Kind regards,

Laurence H. Baker, D.O.
Professor of Internal Medicine and Pharmacology
Collegiate Professor of Developmental Therapeutics in Oncology
University of Michigan

Cc: Mr. John Bredell