UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONWIDE LIFE INSURANCE COMPANY,
a foreign corporation,
    Plaintiff/Counter-Defendant,

vs.                                    Case No.   11-cv-12422-AC-MKM
                                         Hon. Avern Cohn

WILLIAM KEENE, JENNIFER KEENE,
MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,
    Defendants,

and

MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,
    Defendants/Counter-Plaintiffs and Cross-Plaintiffs,

vs.

WILLIAM KEENE, JENNIFER KEENE,
Individually, jointly and severally,
    Defendants/Cross-Defendants.
_____/

| | |
|---|---|
| Michael F. Schmidt P25213 | Albert L. Holtz P15088 |
| Nathan Peplinski P66596 | Attorney for Lupiloffs |
| Attorneys for Plaintiff | 3910 Telegraph Road, Suite 200 |
| 1050 Wilshire Drive, Suite 320 | Bloomfield Hills, MI  48302 |
| Troy, MI  48084 | (248)593-5000 |
| (248)649-7800 | |

**HARVEY KRUSE**
ATTORNEYS & COUNSELORS  A PROFESSIONAL CORPORATION
1050 WILSHIRE DRIVE, SUITE 320, TROY, MICHIGAN 48084-1526  248-649-7800

| | |
|---|---|
| John H. Bredell P36577 | Geoffrey N. Fieger P30441 |
| Attorney for Keenes | E. Jason Blankenship P63566 |
| 119 N. Huron Street | Co-Counsel for Lupiloffs |
| Ypsilanti, MI  48197 | 19390 West Ten Mile Road |
| (734)482-5000 | Southfield, MI  48075 |
| | (248)355-5555 |

_____/

## NATIONWIDE'S RESPONSE TO THE LUPILOFF DEFENDANTS' STATEMENT OF MATERIAL FACTS

The Lupiloff defendants/counter-plaintiffs/cross-plaintiffs have moved for summary judgment and have submitted a statement of material facts.  Plaintiff Nationwide Life Insurance Company responds to the provided facts as follows:

1. Nationwide filed suit in the nature of interpleader and for declaratory relief to determine who, if anyone, is entitled to recover under a Nationwide life insurance policy, with a policy date of November 28, 2003, following the murder of the named insured, Gary H. Lupiloff. (Complaint, Docket # 1)

2. Not controverted by Nationwide.

3. This Court has jurisdiction pursuant to 28 USC 1332(a) based on diversity of citizenship.  Venue is proper in this Court pursuant to 28 USC 1391.

4. Not controverted by Nationwide.

5. The policy contains an incontestability clause, which is correctly quoted by the Lupiloff defendants.  Such a clause is required in Michigan by

HARVEY KRUSE
ATTORNEYS & COUNSELORS   A PROFESSIONAL CORPORATION
1050 WILSHIRE DRIVE, SUITE 320, TROY, MICHIGAN 48084-1526   248-649-7800

MCL 500.4014.

**CERTIFICATE OF SERVICE**
I hereby certify that the foregoing pleading has been electronically filed with the Clerk of the Court on the below listed date via the Electronic Case Filing system which will send notice to all attorneys of record.

/s/ Carolyn R. Urbanik

Dated: May 23, 2014

Respectfully submitted,
HARVEY KRUSE, P.C.

By:/s/Michael F. Schmidt
   Michael Schmidt (P25213)
   Nathan Peplinski (P66596)
   Attorneys for Nationwide
   1050 Wilshire Dr., Suite 320
   Troy, Michigan 48084-1526
   (248) 649-7800

HARVEY KRUSE
ATTORNEYS & COUNSELORS    A PROFESSIONAL CORPORATION
1050 WILSHIRE DRIVE, SUITE 320, TROY, MICHIGAN 48084-1526  248-649-7800