UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Nationwide Life Insurance
Company,

                        Plaintiff(s),

v.                                         Case No. 2:11–cv–12422–AC–MKM
                                                Hon. Avern Cohn

William Keene, et al.,

                        Defendant(s),

## NOTICE TO APPEAR

    You are hereby notified to appear before District Judge Avern Cohn at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 219, Detroit, Michigan, for the following proceeding(s):

- FINAL PRETRIAL CONFERENCE:  September 2, 2014 at 02:00 PM

## Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/S. Chami
                                                     Case Manager

Dated:  May 27, 2014