UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONWIDE LIFE INSURANCE COMPANY,
a foreign corporation,

      Plaintiff,

vs.

WILLIAM KEENE, JENNIFER KEENE,
MONICA LYNN LUPILOFF, NICOLE RENEE
LUPILOFF, and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE
ESTATE OF GARY LUPILOFF, Deceased,

      Defendants.

Civil Action
No. 2:11-cv-12422-AC-MKM

Honorable Avern Cohn

---

| | |
|---|---|
| Michael F. Schmidt (P25213)<br>Harvey, Kruse, P.C.<br>Attorney for Plaintiff<br>1050 Wilshire Drive, Suite 320<br>Troy, Michigan 48084<br>Telephone: (248) 649-7800 | John H. Bredell (P36577)<br>Bredell & Bredell<br>Attorney for Defendants,<br>William and Jennifer Keene<br>119 N. Huron Street<br>Ypsilanti, Michigan 48197<br>Telephone: (734) 482-5000 |
| Albert L. Holtz (P15088)<br>Albert L. Holtz, P.C.<br>Attorney for Monica Lupiloff, Nicole Lupiloff<br><br>and Nicole Lupiloff, Personal Representative of<br>the Estate of Gary Lupiloff, Deceased<br>3910 Telegraph Road, Suite 200<br>Bloomfield Hills, Michigan 48146 | Geoffrey N. Fieger (P30441)<br>E. Jason Blankenship (P63566)<br>Fieger, Fieger, Kenney, Giroux &<br>Harrington, P.C.<br>Co-Counsel for Monica Lupiloff,<br>Nicole Lupiloff and Nicole Lupiloff,<br>Personal Representative of the Estate of<br>Gary Lupiloff, Deceased<br>19390 West Ten Mile Road<br>Southfield, Michigan 48075<br>Telephone: (248) 355-5555 |

## DEFENDANTS/COUNTER-PLAINTIFFS/CROSS-PLAINTIFF'S MOTION FOR CLARIFICATION OF ORDER

### NOTICE OF HEARING AND CERTIFICATE OF SERVICE

NOW COME Defendants/Counter-Plaintiffs and Cross-Plaintiffs, by and through their attorneys, and for the reasons set forth in the following Brief in Support, hereby move this Honorable Court for Clarification of the Order Bifurcating Claims in this matter, Docket No. 83, for the reasons of judicial economy and the conservation of resources.

WHEREFORE, Defendants/Counter-Plaintiffs and Cross-Plaintiffs respectfully request that this Honorable Court grant their Motion for Clarification, and order a status conference to be conducted following the conclusion of the trial of the question of whether the policy is void, and any other such relief as justice may require.

Respectfully submitted,

**FIEGER, FIEGER, KENNEY, GIROUX, & HARRINGTON P.C.**

Dated: May 30, 2014

/s/ E. Jason Blankenship
GEOFFREY N. FIEGER (P30441)
E. JASON BLANKENSHIP (P63566)
Attorneys for Plaintiff
19390 W. Ten Mile Road
Southfield, MI 48075

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONWIDE LIFE INSURANCE COMPANY,
a foreign corporation,

    Plaintiff,

vs.

WILLIAM KEENE, JENNIFER KEENE,
MONICA LYNN LUPILOFF, NICOLE RENEE
LUPILOFF, and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE
ESTATE OF GARY LUPILOFF, Deceased,

    Defendants.

Civil Action
No. 2:11-cv-12422-AC-MKM

Honorable Avern Cohn

---

| | |
|---|---|
| Michael F. Schmidt (P25213)<br>Harvey, Kruse, P.C.<br>Attorney for Plaintiff<br>1050 Wilshire Drive, Suite 320<br>Troy, Michigan 48084<br>Telephone: (248) 649-7800 | John H. Bredell (P36577)<br>Bredell & Bredell<br>Attorney for Defendants,<br>William and Jennifer Keene<br>119 N. Huron Street<br>Ypsilanti, Michigan 48197<br>Telephone: (734) 482-5000 |
| Albert L. Holtz (P15088)<br>Albert L. Holtz, P.C.<br>Attorney for Monica Lupiloff, Nicole Lupiloff<br><br>and Nicole Lupiloff, Personal Representative of<br>the Estate of Gary Lupiloff, Deceased<br>3910 Telegraph Road, Suite 200<br>Bloomfield Hills, Michigan 48146 | Geoffrey N. Fieger (P30441)<br>E. Jason Blankenship (P63566)<br>Fieger, Fieger, Kenney, Giroux &<br>Harrington, P.C.<br>Co-Counsel for Monica Lupiloff,<br>Nicole Lupiloff and Nicole Lupiloff,<br>Personal Representative of the Estate of<br>Gary Lupiloff, Deceased<br>19390 West Ten Mile Road<br>Southfield, Michigan 48075<br>Telephone: (248) 355-5555 |

## BRIEF IN SUPPORT

On October 17, 2013, this Court issued an Order cancelling the scheduled trial date of Tuesday, November 12, 2013, and bifurcating certain claims in this matter. (**Docket No. 83**). The Court ruled that prior to the resolution of the competing interests between the claimants, namely between the Keene Defendants and the Lupiloff Defendants, that the question of whether or not the underlying insurance policy at issue in this case is void must be resolved. As a result of the Court's ruling, the claims of the competing claimants are stayed while this underlying issue is resolved. Obviously, if the policy is held to be void from its inception, then there will be no need for any further action to resolve the interests of the competing claimants, and the Court's ruling sensibly reflects this reality.

There is a pretrial hearing scheduled for September 2, 2014. At this point, the Lupiloff Defendants seek clarification of the Court's previous order regarding bifurcation, in order to properly prepare for trial in this matter.

Based upon this Court's ruling on bifurcation, the Lupiloff Defendants will not be participating in the first trial, as their interests only become active following a determination of the validity of the insurance policy. The second, or subordinate trial will only occur if the Court upholds the insurance policy.

Moreover, the Lupiloff Defendants will not be able to prepare for the subordinate trial of the competing claims until after the resolution of the first trial, as the way in which the issues, facts, and evidence are presented to the jury will in large part determine how the Lupiloff Defendants prepare their case for trial, and how the Lupiloff Defendants present the evidence to the trier of fact in that second, subordinate trial.

Finally, the jury that determined the issues in the first trial should not be the same jury to determine the issues in the second trial, because that jury will have heard all of the evidence presented at the trial of the underlying question of whether or not the policy is void. Some of the evidence on the validity of the underlying insurance policy will be irrelevant, prejudicial, and inadmissible at the trial of the second, subordinate trial and would certainly tend to prejudice the jury.

Defendants/Counter-Plaintiffs and Cross-Plaintiffs respectfully request that this Honorable Court clarify its order by indicating that in the event there is a verdict in the first trial against Nationwide, finding the insurance policy is valid, that this Court will then hold a status conference following that trial to set a trial date on the second, subordinate trial to determine the interests of the competing claimants.

WHEREFORE, Defendants/Counter-Plaintiffs and Cross-Plaintiffs respectfully request that this Honorable Court grant their Motion for Clarification, and order a status conference to be conducted following the conclusion of the trial of the question of whether the policy is void, and any other such relief as justice may require.

Respectfully submitted,
**FIEGER, FIEGER, KENNEY, GIROUX, & HARRINGTON P.C.**

/s/   E. Jason Blankenship
GEOFFREY N. FIEGER (P30441)
E. JASON BLANKENSHIP (P63566)
Attorneys for Plaintiff
19390 W. Ten Mile Road
Southfield, MI 48075

Dated: May 30, 2014

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2014, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record, as addressed above.

                                    Respectfully submitted,
                                    **FIEGER, FIEGER, KENNEY, GIROUX, & HARRINGTON P.C.**

                                    /s/ E. Jason Blankenship
                                    GEOFFREY N. FIEGER (P30441)
                                    E. JASON BLANKENSHIP (P63566)
                                    Attorneys for Plaintiff
                                    19390 W. Ten Mile Road
                                    Southfield, MI 48075
                                    (248) 355-5555

FIEGER, FIEGER, KENNEY, GIROUX, DANZIG & HARRINGTON • A PROFESSIONAL CORPORATION • ATTORNEYS AND COUNSELORS AT LAW • 19390 WEST TEN MILE ROAD • SOUTHFIELD, MICHIGAN 48075-2463 • TELEPHONE (248) 355-5555 • FAX (248) 355-5148