## INDEX OF EXHIBITS

Exhibit 1     Nationwide Corporate Information

Exhibit 2     Amended Interpleader Complaint

Exhibit 3     Keene Defendants' Answer

Exhibit 4     Lupiloff Defendants' Answer

Exhibit 5     Policy

Exhibit 6     Change of Beneficiary Form

Exhibit 7     Change of Ownership Form

Exhibit 8     News Report

Exhibit 9     William's Beneficiary Claim Form

Exhibit 10    Claim Letter

Exhibit 11    Nicole's Beneficiary Claim Form

Exhibit 12    Monica's Beneficiary Claim Form

Exhibit 13    Cross-Claim

Exhibit 14    Keene Counter Claim

Exhibit 15    Lupiloff Counter Claim

Exhibit 16    SSA Life Expectancy Calculator

Exhibit 17    Actuarial Table

Exhibit 18    Premium Table

Exhibit 19    Medical Information

**HARVEY KRUSE**
ATTORNEYS & COUNSELORS   A PROFESSIONAL CORPORATION
1050 WILSHIRE DRIVE, SUITE 320, TROY, MICHIGAN 48084-1526   248-649-7800

Exhibit 20   Supplemental Discovery Answers

Exhibit 21   Initial Payment Check

Exhibit 22   New Account Suitability Form

Exhibit 23   Expert Letter

Exhibit 24   Reich Dep

Exhibit 25   William Dep

HARVEY KRUSE
ATTORNEYS & COUNSELORS   A PROFESSIONAL CORPORATION
1050 WILSHIRE DRIVE, SUITE 320, TROY, MICHIGAN 48084-1526   248-649-7800