# EXHIBIT 1

 

Michigan.gov Home        LARA Home | Sitemap | Contact | Online Services | Agencies

<Enter New Search Criteria for Insurance Entities>

## OFIR Insurance Entities Authorized to do Business in Michigan

You searched for **Insurance Entities** with values **Insurance Entity** contains nationwide life insurance

| Insurance Entity | NAIC # | State of Domicile | Ownership Type |
|---|---|---|---|
| NATIONWIDE LIFE INSURANCE COMPANY<br>1 W Nationwide Blvd # Dspf 76<br>Columbus, OH 43215-2220 | 66869 | OH | Stockholder |

Top of Page

Michigan.gov Home | LARA Home | LARA Contact | State Web Sites
Privacy Policy | Link Policy | Accessibility Policy | Security Policy

Copyright © 2001- 2012 State of Michigan



**NAIC** & the **CENTER for INSURANCE POLICY and RESEARCH**
National Association of Insurance Commissioners

HOME | ABOUT THE NAIC | EMPLOYMENT | HELP | CONTACT US

[ Search ]

STATES & JURISDICTION MAP | COMMITTEES & ACTIVITIES | MARKETS/INVESTMENT ANALYSIS | MEMBERS & REGULATORS

**Consumer Information Source**      COMPANY SEARCH    HOW TO FILE A COMPLAINT    HELP

**Nationwide Life Ins Co**
**NAIC#:** 66869    **Home Office:** Ohio
**Business Type:** Life, Accident, and Health
*Other Reports:* Complaints   Financial Information

Company Search Help

### NATIONWIDE LIFE INS CO
### LICENSED STATE REPORT
### YEAR END 2011

Below is information supplied by Nationwide Life Ins Co per their most recent annual filing. For more information, please refer to the Help.

**Company Search for Complaint and Financial Information**

**Company Name or Company Code** *

[            ]

**Business Type:**
[All]

[ Find a Company ]


*Global Receivership Information Database*
GRID is a voluntary database provided by the state insurance departments to report information on insurer receiverships for consumers, claimants, and guaranty funds.

| State | Active Status | Direct Business Written |
|---|---|---|
| Alabama | L | $134849890 |
| Alaska | L | $15472685 |
| American Samoa | N | $95284 |
| Arizona | L | $354701876 |
| Arkansas | L | $101813259 |
| California | L | $1280492242 |
| Colorado | L | $183334697 |
| Connecticut | L | $177690461 |
| Delaware | L | $329163527 |
| District Of Columbia | L | $25041214 |
| Florida | L | $1051447280 |
| Georgia | L | $259456729 |
| Guam | L | $6802439 |
| Hawaii | L | $91908864 |
| Idaho | L | $74989682 |
| Illinois | L | $537710512 |
| Indiana | L | $224161697 |
| Iowa | L | $65876084 |
| Kansas | L | $84755719 |
| Kentucky | L | $134901269 |
| Louisiana | L | $138952285 |
| Maine | L | $36571008 |
| Maryland | L | $241609419 |
| Massachusetts | L | $361917259 |
| Michigan | L | $373776286 |
| Minnesota | L | $179427801 |
| Mississippi | L | $27098053 |
| Missouri | L | $161591782 |
| Montana | L | $17282830 |
| Nebraska | L | $66119988 |
| Nevada | L | $60033151 |
| New Hampshire | L | $99676312 |
| New Jersey | L | $451495581 |

Case 2:11-cv-12422-AC-MKM   ECF No. 129-2, PageID.2067   Filed 07/28/14   Page 4 of 4
NAIC Consumer Information Source                          https://eapps.naic.org/cis/writingReport.do?entityId=7244

| | | |
|---|---|---|
| New Mexico | L | $41053291 |
| New York | L | $1331478813 |
| North Carolina | L | $287259578 |
| North Dakota | L | $25447619 |
| Northern Mariana Islands | N | $0 |
| Ohio | L | $922894389 |
| Oklahoma | L | $93679559 |
| Oregon | L | $117930374 |
| Pennsylvania | L | $753805505 |
| Puerto Rico | L | $29227050 |
| Rhode Island | L | $62404660 |
| South Carolina | L | $98250759 |
| South Dakota | L | $16735031 |
| Tennessee | L | $221335366 |
| Texas | L | $641473156 |
| U.S. Virgin Islands | L | $3895310 |
| Utah | L | $48613137 |
| Vermont | L | $22305802 |
| Virginia | L | $215759294 |
| Washington | L | $244227550 |
| West Virginia | L | $56446886 |
| Wisconsin | L | $218279278 |
| Wyoming | L | $9988729 |

| Legend for Active Status column | |
|---|---|
| L - Licensed or Chartered | Licensed Carrier and Domiciled Risk Retention Groups. In some states referred to as admitted. |
| R - Registered | Non-domiciled Risk Retention Group |
| E - Eligible | Reporting Entities eligible or approved to write Surplus Lines in the state. In some states referred to as non-admitted. |
| N - None of the above | Not allowed to write business in the state. |
| Q - Qualified Reinsurance | |
| "-" - Unknown | Status could not be determined |

OLTPPROD                                         Report Date: 12/06/2012

HOME  |  STAFFNET  |  EMPLOYMENT  |  CONTACTS  |  HELP  |  SITE MAP  |  COPYRIGHT & REPRINT INFO  |  PRIVACY STATEMENT

© 1991 - 2012 National Association of Insurance Commissioners. All rights reserved.

2 of 2                                                                                        12/6/2012 9:56 AM