# EXHIBIT 16

Social Security Online
Office of the Chief Actuary

# Retirement & Survivors Benefits



## Life Expectancy Calculator

Change Gender/Date of Birth
Life Expectancy Home Page
Retirement Planner
Retirement Estimator
Survivors Planner
Other Things to Consider
Apply for Benefits Online

The following table lists the **average number** of additional years a male born on November 29, 1956, can expect to live when he reaches a specific age.

| At Age | Additional Life Expectancy (in years) | Estimated Total Years |
|---|---|---|
| 57 and 7 months[a] | 25.5 | 83.1 |
| 62 | 22.1 | 84.1 |
| 66 and 4 months[b] | 18.8 | 85.2 |
| 70 | 16.2 | 86.2 |

[a] Your current age.
[b] Your normal (or full) retirement age.

**Note:** The estimates of additional life expectancy:

- do not take into account a wide number of factors such as current health, lifestyle, and family history that could increase or decrease life expectancy.
- are based on
  - the gender and date of birth you entered (your cohort) and
  - information from our cohort life expectancy tables. (Some of the information can be found in the 2013 Trustees Report.)

Estimate as of Monday June 30, 2014 10:30:14 EDT.