# EXHIBIT 17

**Home   World   U.S.   Homework Help   People   History & Gov't   Science & Health   Calendar & Holidays**

United States > U.S. Statistics > Mortality                    |     Share

# Life Expectancy at Birth by Race and Sex, 1930–2010

Learn the life expectancy (measured at birth) of American men and women, differentiated by race. For the 2010, the latest data available, the life expectancy for men of all races is 76.2 years and 81.1 years for women.

| Year | All races | | | White | | | Black | | |
|---|---|---|---|---|---|---|---|---|---|
| | Both sexes | Male | Female | Both sexes | Male | Female | Both sexes | Male | Female |
| 2010 | 78.7 | 76.2 | 81.1 | 79.0 | 76.5 | 81.3 | 75.1 | 71.8 | 78.0 |
| 2007 | 77.9 | 75.4 | 80.4 | 78.4 | 75.9 | 80.8 | 73.6 | 70.0 | 76.8 |
| 2006 | 77.7 | 75.1 | 80.2 | 78.2 | 75.7 | 80.6 | 73.2 | 69.7 | 76.5 |
| 2005 | 77.8 | 75.2 | 80.4 | 78.3 | 75.7 | 80.8 | 73.2 | 69.5 | 76.5 |
| 2004[1] | 77.8 | 75.2 | 80.4 | 78.3 | 75.7 | 80.8 | 73.1 | 69.8 | 76.3 |
| 2003 | 77.5 | 74.8 | 80.1 | 78.0 | 75.3 | 80.5 | 72.7 | 69.0 | 76.1 |
| 2002 | 77.3 | 74.5 | 79.9 | 77.7 | 75.1 | 80.3 | 72.3 | 68.8 | 75.6 |
| 2001 | 77.2 | 74.4 | 79.8 | 77.7 | 75.0 | 80.2 | 72.2 | 68.6 | 75.5 |
| 2000 | 77.0 | 74.3 | 79.7 | 77.6 | 74.9 | 80.1 | 71.9 | 68.3 | 75.2 |
| 1999 | 76.7 | 73.9 | 79.4 | 77.3 | 74.6 | 79.9 | 71.4 | 67.8 | 74.7 |
| 1998 | 76.7 | 73.8 | 79.5 | 77.3 | 74.5 | 80.0 | 71.3 | 67.6 | 74.8 |
| 1997 | 76.5 | 73.6 | 79.4 | 77.2 | 74.3 | 79.9 | 71.1 | 67.2 | 74.7 |
| 1996 | 76.1 | 73.1 | 79.1 | 76.8 | 73.9 | 79.7 | 70.2 | 66.1 | 74.2 |
| 1995 | 75.8 | 72.5 | 78.9 | 76.5 | 73.4 | 79.6 | 69.6 | 65.2 | 73.9 |
| 1994 | 75.7 | 72.4 | 79.0 | 76.5 | 73.3 | 79.6 | 69.5 | 64.9 | 73.9 |
| 1993 | 75.5 | 72.2 | 78.8 | 76.3 | 73.1 | 79.5 | 69.2 | 64.6 | 73.7 |
| 1992 | 75.8 | 72.3 | 79.1 | 76.5 | 73.2 | 79.8 | 69.6 | 65.0 | 73.9 |
| 1991 | 75.5 | 72.0 | 78.9 | 76.3 | 72.9 | 79.6 | 69.3 | 64.6 | 73.8 |

| Year | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1990 | 75.4 | 71.8 | 78.8 | 76.1 | 72.7 | 79.4 | 69.1 | 64.5 | 73.6 |
| 1989 | 75.1 | 71.7 | 78.5 | 75.9 | 72.5 | 79.2 | 68.8 | 64.3 | 73.3 |
| 1988 | 74.9 | 71.4 | 78.3 | 75.6 | 72.2 | 78.9 | 68.9 | 64.4 | 73.2 |
| 1987 | 74.9 | 71.4 | 78.3 | 75.6 | 72.1 | 78.9 | 69.1 | 64.7 | 73.4 |
| 1986 | 74.7 | 71.2 | 78.2 | 75.4 | 71.9 | 78.8 | 69.1 | 64.8 | 73.4 |
| 1985 | 74.7 | 71.1 | 78.2 | 75.3 | 71.8 | 78.7 | 69.3 | 65.0 | 73.4 |
| 1984 | 74.7 | 71.1 | 78.2 | 75.3 | 71.8 | 78.7 | 69.5 | 65.3 | 73.6 |
| 1983 | 74.6 | 71.0 | 78.1 | 75.2 | 71.6 | 78.7 | 69.4 | 65.2 | 73.5 |
| 1982 | 74.5 | 70.8 | 78.1 | 75.1 | 71.5 | 78.7 | 69.4 | 65.1 | 73.6 |
| 1981 | 74.1 | 70.4 | 77.8 | 74.8 | 71.1 | 78.4 | 68.9 | 64.5 | 73.2 |
| 1980 | 73.7 | 70.0 | 77.4 | 74.4 | 70.7 | 78.1 | 68.1 | 63.8 | 72.5 |
| 1979 | 73.9 | 70.0 | 77.8 | 74.6 | 70.8 | 78.4 | 68.5 | 64.0 | 72.9 |
| 1978 | 73.5 | 69.6 | 77.3 | 74.1 | 70.4 | 78.0 | 68.1 | 63.7 | 72.4 |
| 1977 | 73.3 | 69.5 | 77.2 | 74.0 | 70.2 | 77.9 | 67.7 | 63.4 | 72.0 |
| 1976 | 72.9 | 69.1 | 76.8 | 73.6 | 69.9 | 77.5 | 67.2 | 62.9 | 71.6 |
| 1975 | 72.6 | 68.8 | 76.6 | 73.4 | 69.5 | 77.3 | 66.8 | 62.4 | 71.3 |
| 1974 | 72.0 | 68.2 | 75.9 | 72.8 | 69.0 | 76.7 | 66.0 | 61.7 | 70.3 |
| 1973 | 71.4 | 67.6 | 75.3 | 72.2 | 68.5 | 76.1 | 65.0 | 60.9 | 69.3 |
| 1972[2] | 71.2 | 67.4 | 75.1 | 72.0 | 68.3 | 75.9 | 64.7 | 60.4 | 69.1 |
| 1971 | 71.1 | 67.4 | 75.0 | 72.0 | 68.3 | 75.8 | 64.6 | 60.5 | 68.9 |
| 1970 | 70.8 | 67.1 | 74.7 | 71.7 | 68.0 | 75.6 | 64.1 | 60.0 | 68.3 |
| 1960 | 69.7 | 66.6 | 73.1 | 70.6 | 67.4 | 74.1 | — | — | — |
| 1950 | 68.2 | 65.6 | 71.1 | 69.1 | 66.5 | 72.2 | — | — | — |
| 1940 | 62.9 | 60.8 | 65.2 | 64.2 | 62.1 | 66.6 | — | — | — |
| 1935 | 61.7 | 59.9 | 63.9 | 62.9 | 61.0 | 65.0 | 53.1 | 51.1 | 55.2 |
| 1930 | 59.7 | 58.1 | 61.6 | 61.4 | 59.7 | 63.5 | 48.1 | 47.3 | 49.2 |

(—) Data not available.

1. Preliminary data.

2. Deaths based on a 50% sample.

*Source:* National Center for Health Statistics, *National Vital Statistics Reports.* Web:www.cdc.gov/nchs.

Information Please® Database, © 2011 Pearson Education, Inc. All rights reserved.

Premium Partner Content

**HighBeam** RESEARCH

**Search For:** [_____]  [Research]

☑ Documents                    ☑ Images and Maps                    ☑ Reference

(from Newspapers, Magazines, Journals, Newswires, Transcripts and Books)

**Research our extensive archive of more than 80 million articles from 6,500 publications.**

Additional search results provided by HighBeam Research, LLC. © Copyright 2005. All rights reserved.

**Popular Areas**

| | |
|---|---|
| Year-by-Year | Encyclopedia |
| Dictionary | 50 States |
| Thesaurus | Country Profiles |
| Atlas | Homework Center |

**Infoplease Tools**

| | |
|---|---|
| Calculator | Place Finder |
| Spelling Checker | Conversion Tool |
| Distance Calculator | Perpetual Calendar |
| Periodic Table | Cite |

**Family Education Netw**

Funbrain Jr. - Preschool &
Funbrain - K-8 Games for
Poptropica - Virtual World
FamilyEducation - Parentir
TeacherVision - Teacher R

© 2000–2014 Pearson Education, publishing as Infoplease

6/30/2014 10:32 AM