# EXHIBIT 18

002246080903

Insured Name   GARY H LUPILOFF
Policy Number   L034804300
Policy Date   November 28, 2003
Age Of Insured   46
Sex of Insured   Male

**10 Year Level Guaranteed Term Life Insurance to Age 95 – Base Policy**      Face Amount –    $500,000

> NOTE: Premium is due at the beginning of each premium payment period (ie., Annual, Semi-Annual, Quarterly, Monthly). The premium for the annual premium payment period is disclosed on this page.
> NOTE: Conversion may be at any time during the first 5 years, subject to the 'CONVERSION' provision.

| POLICY YEAR | AGE | GUARANTEED PREMIUM | POLICY YEAR | AGE | GUARANTEED PREMIUM |
|---|---|---|---|---|---|
| 1 | 46 | $1,030.00 | 26 | 71 | $52,915.00 |
| 2 | 47 | $1,030.00 | 27 | 72 | $58,435.00 |
| 3 | 48 | $1,030.00 | 28 | 73 | $65,135.00 |
| 4 | 49 | $1,030.00 | 29 | 74 | $72,495.00 |
| 5 | 50 | $1,030.00 | 30 | 75 | $80,385.00 |
| 6 | 51 | $1,030.00 | 31 | 76 | $88,675.00 |
| 7 | 52 | $1,030.00 | 32 | 77 | $97,365.00 |
| 8 | 53 | $1,030.00 | 33 | 78 | $106,480.00 |
| 9 | 54 | $1,030.00 | 34 | 78 | $116,310.00 |
| 10 | 55 | $1,030.00 | 35 | 80 | $127,170.00 |
| 11 | 56 | $11,825.00 | 36 | 81 | $139,335.00 |
| 12 | 57 | $12,960.00 | 37 | 82 | $153,000.00 |
| 13 | 58 | $14,265.00 | 38 | 83 | $168,250.00 |
| 14 | 59 | $15,710.00 | 39 | 84 | $184,685.00 |
| 15 | 60 | $17,320.00 | 40 | 85 | $201,930.00 |
| 16 | 61 | $19,110.00 | 41 | 86 | $219,760.00 |
| 17 | 62 | $21,175.00 | 42 | 87 | $237,915.00 |
| 18 | 63 | $23,515.00 | 43 | 88 | $256,315.00 |
| 19 | 64 | $26,110.00 | 44 | 89 | $275,225.00 |
| 20 | 65 | $28,955.00 | 45 | 90 | $294,810.00 |
| 21 | 66 | $32,030.00 | 46 | 91 | $315,630.00 |
| 22 | 67 | $35,330.00 | 47 | 92 | $338,785.00 |
| 23 | 68 | $38,915.00 | 48 | 93 | $365,945.00 |
| 24 | 69 | $42,899.00 | 49 | 94 | $402,410.00 |
| 25 | 70 | $47,760.00 | | | |

Life  4896                          Page 2                          XLVP04A

DUPLICATE

0304