# EXHIBIT 22

001785710019

Account/Policy/Contract # _____
Home Office Use Only

## NEW ACCOUNT / SUITABILITY FORM

**IMPORTANT INFORMATION ABOUT PROCEDURES WHEN OPENING A NEW ACCOUNT:** To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We will also ask to see your driver's license or other identifying documents.

Registered Representatives are responsible to determine suitability for all recommendations they make.

### A. CUSTOMER ACCOUNT INFORMATION (Complete for all transactions)

Owner/Custodian/TTEE(First, MI, Last) Gary Hanson Lupiloff
Date of Birth 11/29/56
Social Security # ████████
Marital Status S
# of Dependants 0
Legal Residence (no P O Boxes) 227 W. Frank St.
City Birmingham State MI Zip Code 48009
Mailing Address (if different than Legal Residence)
City ___ State ___ Zip Code ___
Employer Name MAD Advertising & Marketing
Employer Street Address 7 N Saginaw #300
City Pontiac State MI Zip Code 48342
Occupation Owner/CEO
Are you an employee or affiliate of a member firm of the NASD?
☐ Yes ☒ No

Jt Owner/Insured/Minor(First, MI, Last) ___
Date of Birth ___
Social Security # ___
Marital Status ___
# of Dependants ___
Legal Residence (no P.O Boxes) ___
City ___ State ___ Zip Code ___
Mailing Address (if different than Legal Residence)
City ___ State ___ Zip Code ___
Employer Name ___
Employer Street Address ___
City ___ State ___ Zip Code ___
Occupation ___
Are you an employee or affiliate of a member firm of the NASD?
☐ Yes ☐ No

### FINANCIAL INFORMATION

(Combine for owner and joint owner if applicable)

Annual Income: ☐ $0 - $25,000  ☐ $25,000 - $50,000
☒ $50,000 - $100,000  ☐ $100,000 +

Specific Income for Connecticut. ___

Marginal Federal Tax Rate. ☐ 10% ☐ 15% ☐ 25%
☐ 28% ☐ 33% ☒ 35%
Value of Principal Residence N/A

Net Worth (excluding residence) 500,000 +

Liquid Net Worth (i e savings/investments) 75,000

### TRANSACTION INFORMATION

Amount of Investment/Annual Premium 745.00 +

Does this purchase replace any other annuity or insurance product? ☐ Yes ☒ No
If yes, complete Section D

Other Nationwide Products currently owned.
☐ Disability Income ☐ Auto ☐ Mutual Fund ☐ Annuity
☐ Life ☒ Homeowner/Fire
☒ Other Commercial

Was this purchase solicited by agent?: ☐ Yes ☒ No
Source of Funds for this purchase
☐ Current Income/Savings
☐ Mutual Fund Redemption (complete NSI Switch Form)
☐ Life Insurance / Annuity Values (complete Section D and NSI Switch Form)
☒ Other Commercial

Client received prospectus? ☒ Yes ☐ No

L-4499-E

10/2003

Δ π EXHIBIT 1
Deponent Reich
Date ___ Rptr. ___
WWW.DEPOBOOK.COM

0403

001785710020

## B. RISK ASSESSMENT (Complete for variable and fixed annuities, variable life and mutual funds only)

| INVESTMENT EXPERIENCE | INVESTMENT OBJECTIVE (for this account) |
|---|---|
| Previous Investment Experience ☐ Yes ☐ No<br><br>If yes, please list type and amount _____<br>_____<br>_____<br><br>Current Investments (Type and Amount):<br>CDs/Savings _____<br>Annuities/Mutual Funds _____<br>Stocks/Bonds _____<br>Property/Business _____<br>Retirement/Pension _____<br>Cash Value Life Insurance _____<br>Other _____<br>Value of Total Investments _____ | Primary Objective – Fund(s) or Subaccount(s) (select one)<br>Protection   Stability   Income   Growth<br>Secondary Objective – Product Features (select one)<br>Protection   Stability   Income   Growth<br>Risk Tolerance   None   Conservative   Moderate   Aggressive<br>Time Horizon.  0-5 years   5-10 years   more than 10 years<br>Tax Qualified Retirement Account? ☐ Yes ☐ No<br>If yes, please indicate reason other than tax deferral for purchase of annuity / life product, since retirement account is already tax deferred<br>☐ Death Benefit<br>☐ Annuitization<br>☐ Other _____ |

Remarks: _____
_____
_____

## C. LIFE INSURANCE (Complete for all life products, including variable life)

| LIFE INSURANCE NEEDS ANALYSIS | ADDITIONAL INSURANCE INFORMATION |
|---|---|
| Final Expenses _____ +<br><br>Total Debt *$ 500,000* +<br><br>Income Replacement _____ +<br><br>College Education _____ +<br><br>Gifts/ Bequests _____ +<br><br>Total Need:  * $ 500,000 =<br><br>Current Life Insurance  Ø  –<br><br>Available Assets. _____ –<br><br>Remaining Need: * $ 500,000 =<br><br>Alternate Needs Analysis Completed? ☐ Yes ☐ No<br>(Attach copy and submit)<br><br>* To provide coverage over an investor loan for capital purchases | Client Received Illustration? ☑ Yes ☐ No<br>(Attach copy of customer signed illustration)<br><br>The Purpose of this Insurance is:<br>☐ PERSONAL OR FAMILY<br>   ☐ Family Income   ☐ Mortgage/Debt Coverage<br>   ☐ Final Expenses   ☐ Other _____<br>☑ BUSINESS INSURANCE<br>   ☐ Buy/Sell  ☐ Key Person  ☐ Deferred Comp<br>   * ☑ Business Debt/Line of Credit<br><br>If the Insured is a juvenile (ages 0-14)<br>Did you see the child at the time of Application? ☐ Yes ☐ No<br>Does the child live with the Owner/Applicant? ☐ Yes ☐ No<br>If "No," with whom does the child reside?<br>Name _____<br>Relationship _____<br>How much insurance is in force with all companies.<br>On the Child? $ _____<br>On the Parent or Guardian? $ _____<br><br>On Brothers?                    On Sisters?<br>Age   Amount              Age   Amount<br>____   $ ____              ____   $ ____<br>____   $ ____              ____   $ ____<br>____   $ ____              ____   $ ____<br>(If the supporting parent of the child or any older brother or sister is not insured, explain fully) |

L-4499-E

10/2003

0404

001785710021

| D. LIFE POLICY OR ANNUITY CONTRACT REPLACEMENTS |
|---|
| TYPES OF REPLACEMENTS |

Is a current contract being replaced (see definition in instructions)? __No__ If yes, complete the rest of this section.

Are values being used from an existing contract to fund the proposed contract? If yes, this is a replacement _____

If values are being used from an existing contract, the potential consequences to both the existing and new policy must be disclosed to the customer by completing this form and preparing/obtaining an illustration of the proposed contract and a re-illustration of the existing contract Include copies of both illustrations with this suitability form.

Existing Contract Type _____ Proposed Contract Type _____
Issuer of Replaced Contract/Policy/Account _____ (NA)
Tax Consequences of Replacement _____

## COMPARISON OF CONTRACTS

| | CONTRACT Replaced | Proposed |
|---|---|---|
| Current CDSC or Surrender Charge $ Amount | | |
| CDSC or Surrender Charge Time Remaining (months) | | |
| Mortality and Expense Charge | | |
| Administrative Charge | | |
| Premium Charge | (NA) | |
| Cost of Insurance | | |
| Sales Loads | | |
| Suicide & Contestable Periods Time Remaining | | |
| Optional Contract Benefits | | |
| Death Benefit $ Amount | | |

## REASON & JUSTIFICATION FOR REPLACEMENT

_____ Lower charges in new product
_____ Features of new product    Specify _____ (NA)
_____ Other                      Specify _____

Based upon your analysis of the New Account/Suitability Form and Replacement Section and any other pertinent information, explain why you believe this replacement is appropriate for the customer.

This replacement is appropriate for the following reasons _____
_____
_____
_____ (NA)
_____
_____

L-4499-E                                                                 10/2003

0405

001785710022

| | E. ACKNOWLEDGMENT & SIGNATURES |
|---|---|

1. I acknowledge that I have discussed my needs and the suitability of this purchase with the representative. Further, if this is an annuity / variable life purchase for a tax qualified retirement account, I understand this purchase is not needed for the purpose of tax deferral since the retirement account is already tax-deferred. If a replacement is involved, I have also reviewed the advantages and disadvantages of the proposed replacement. If values from an existing policy are being used to finance this proposed policy, I acknowledge that the consequences of this financing on both the existing policy and the new policy have been explained to me. After reviewing the advantages, disadvantages and consequences, I wish to proceed with this transaction.

2. Successors This agreement and its provisions shall be continuous, and shall inure to the benefit of the Company's present organization, and any successor organization or assignee, and shall be binding upon the owner/customer and/or the estate, executors, administrators and assigns of the owner/customer

3. Written inquiries may be directed to Nationwide Securities, Inc., Attn Corporate Compliance, 5475 Rings Road, Suite 410, CO-09-22, Dublin, OH 43017, 1-866-323-2303.

4. I/We hereby certify that the information provided above accurately reflects my/our financial background and investment objectives

Name of Owner (please print): GARY HARMON LUFILOFF
Signature of Owner: [signed]   Date: 11/11/03
Identification Type (photograph required)
☒ Driver's License (State MI)  ☐ State-Issued ID (State___)  ☐ Military ID  ☐ U S Passport
Issuing Authority: STATE OF MICHIGAN    ID # L 141 271 298 911    Expiry Date: 1/29/06
Issue Date: ___

Name of Joint Owner/ Insured (please print): ___
Signature of Owner: ___   Date: ___
Identification Type (photograph required)
☐ Driver's License (State___)  ☐ State-Issued ID (State___)  ☐ Military ID  ☐ U.S. Passport
Issuing Authority: ___    ID #: ___    Expiry Date: ___
Issue Date: ___

**Representative Acknowledgement:**

☒ I confirm that I have personally examined the document(s) listed in "Identification Type" and reasonably believe the information confirms the identity of the customer(s)
For variable products, I have entered this transaction on the Securities Transaction Blotter ☐ Yes ☐ No ☒ N/A (Fixed Life/Fixed Annuity)
I acknowledge that I believe that this transaction is suitable for the customer. Further, if this is an annuity / variable life purchase for a tax qualified retirement account, I have disclosed that this purchase is not needed for the purpose of tax deferral since the qualified account is already tax-deferred. If a replacement is involved, I have also analyzed the advantages and disadvantages and have discussed them with the customer.

Representative Name (Print): MARY E. REICH    State: MI   Agt #: 21·0024503
Representative Signature: [signed]    Date: 11/11/03   Phone: 248·203·9604
Representative E-mail Address: Reichm@nationwide.com

Representative Name (Print): ___    State: ___   Agt #: ___
Representative Signature: ___    Date: ___   Phone: ___
Representative E-mail Address: ___

Principal Review ___
Print    Signature    Date

L-4499-E                                                                                                 10/2003

0406

**001785710023**

**NATIONWIDE SECURITIES, INC.**
5475 Rings Rd., Atrium II, Suite 410, Dublin, OH 43017
**NEW ACCOUNT / SUITABILITY FORM**

### INSTRUCTIONS

The National Association of Securities Dealers (NASD) and the Insurance Marketplace Standards Association (IMSA) require that any product recommendation be based on sufficient knowledge of the customer(s) personal and financial information to determine suitability. This form is intended to record that information. Information on this form will be used by the representative and the companies involved solely for customer identification and determination of suitability. Applicable sections of this form must be fully completed for all new life insurance, fixed annuity and variable product (variable annuity, variable life and mutual fund) accounts.

### SECTION A – CUSTOMER ACCOUNT INFORMATION

- Information on the customer and this purchase must be completed for the owner(s) of the account for all sales
- If the policy or account has joint owners and/or joint insured, the information must be completed for both parties
- For entities, the following <u>required</u> documents must also be attached:
    - Corporation – Certified Articles of Incorporation
    - Partnership – Partnership Agreement
    - Sole Proprietorship – Government-issued Business License
    - Trust – Trust Agreement / Certification

**Financial Information**
- "Annual Income" for the owner(s) can be either the past or current tax year. For Connecticut residents, you must list the specific dollar amount of income
- The "Tax Rate" should be the approximate marginal federal income tax rate for the past or current year
- Net Worth should exclude value of principal residence. Liquid net worth is the amount of net worth in cash or that is readily convertible to cash

**Transaction Information**
- The replacement question and the solicitation question must be answered on all cases. If the case is a replacement, or if the Source of Funds is proceeds or values from an existing variable product, the Replacement Section and the NSI Switch Form (for mutual funds, variable annuities and variable life only) must also be completed
- A prospectus must be delivered to the customer at or prior to time of sale for all variable products.

L-4499-E

10/2003

0407

001785710029

Summary Sheet:

November 12, 2003

Client:       Gary Harmon Lupiloff
Policy Type: GT 10 / $500,000 DB

Notes:

Purpose of policy is business related. Gary's company "Mad Advertising and Marketing" has borrowed a sum of money for capital and the investor is requesting Gary to carry this policy to protect the loan repayment in the event of Gary's demise. The initial loan amount was for more than $500,000, yet the amount has now decreased to approximately this amount at this time.

The Investor, William Keene, will show as the primary beneficiary with the verbiage: ATIMA with the balance of death benefit at any time to go to the secondary beneficiaries, which are Gary's daughters.

William Keene is paying the first estimated quarterly payment to bind this policy. Gary will be paying the subsequent premium amounts.

Gary has submitted to have his name officially changed (for professional reasons) to Gary Harmon. He has been informed that paperwork making this official will arrive within 10 days. We will forward a copy of this to you on our receipt. He would like the policy to reflect his new name: Gary Harmon

Agent: Mary E (Betsy) Reich
       248-203-9804

0411