## INDEX OF EXHIBITS

Exhibit 1    Affidavit of Robert D. Kullman

Exhibit 2    Various pages of deposition transcript of Mary Elizabeth Reich