UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONWIDE LIFE INSURANCE COMPANY,
a foreign corporation,

    Plaintiff,

vs.

WILLIAM KEENE, JENNIFER KEENE,
MONICA LYNN LUPILOFF, NICOLE RENEE
LUPILOFF, and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE
ESTATE OF GARY LUPILOFF, Deceased,

    Defendants.

Civil Action
No. 2:11-cv-12422-AC-MKM

Honorable Avern Cohn

_____ /

Michael F. Schmidt (P25213)
Harvey, Kruse, P.C.
Attorney for Plaintiff
1050 Wilshire Drive, Suite 320
Troy, Michigan 48084
Telephone: (248) 649-7800

John H. Bredell (P36577)
Bredell & Bredell
Attorney for Defendants,
William and Jennifer Keene
119 N. Huron Street
Ypsilanti, Michigan 48197
Telephone: (734) 482-5000

Albert L. Holtz (P15088)
Albert L. Holtz, P.C.
Attorney for Monica Lupiloff, Nicole Lupiloff
And Nicole Lupiloff, Personal Representative of
the Estate of Gary Lupiloff, Deceased
3910 Telegraph Road, Suite 200
Bloomfield Hills, MI 48146

Geoffrey N. Fieger (P30441)
David A. Dworetsky (67026)
Fieger, Fieger, Kenney, Giroux
& Harrington, P.C.
Co-Counsel for Monica Lupiloff,
Nicole Lupiloff and Nicole Lupiloff
Personal Representative of the Estate
of Gary Lupiloff, Deceased
19390 West Ten Mile Road
Southfield, MI 48075
(248) 355-5555

_____ /

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2014; I electronically filed the foregoing Certificate of Service regarding service of Defendants/Counter-Plaintiffs/Cross-Plaintiffs' Response to Plaintiff's Statement of Material Facts with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter.

                                         By: /s/ David A. Dworetsky
                                         Geoffrey N. Fieger (P30441)
                                         David A. Dworetsky (P67026)
                                         Attorneys for Defendants, Lupiloff
                                         19390 West Ten Mile Road
                                         Southfield, Michigan 48075
                                         Telephone: (248) 355-5555
                                         d.dworetsky@fiegerlaw.com

Dated: August 18, 2014

FIEGER LAW • A PROFESSIONAL CORPORATION • ATTORNEYS AND COUNSELORS AT LAW • 19390 WEST TEN MILE ROAD • SOUTHFIELD, MICHIGAN 48075-2463 • TELEPHONE (248) 355-5555 • FAX (248) 355-5148