## INDEX OF EXHIBITS

Exhibit A    -    Life Insurance Policy Payment Schedule

Exhibit B    -    Excepts from the deposition of Mary Reich

Exhibit C    -    Nationwide Letter dated October 19, 2006

Exhibit D    -    New Owner Form dated April 4, 2007

Exhibit E    -    Keene Paid Statements

Exhibit F    -    Affidavit of Robert D. Kullman

Exhibit G    -    Exhibits from Plaintiff's Complaint

Exhibit H    -    *Marlo Beauty Supply, Inc. v. Farmers Ins. Group of Cos*., 2005 Mich. App. LEXIS 1354 (2005)