# EXHIBIT E



P.O. Box 182835
Columbus, OH 43218

Nationwide  On Your Side"

October 9, 2007

WILLIAM KEENE
2704 BROCKMAN BLVD
ANN ARBOR MI 48104

RE: Policy Number: L034804330
Insured: GARY H LUPILOFF

Dear WILLIAM KEENE:

Please accept this letter as confirmation that the payor on the above life policy has been updated to the policy owner, William Keene.

Thank you for allowing us to be of service to you. If you have any questions, please contact your registered representative our Customer Service Department at 800-547-7548. If you require our TDD line, please call 800-238-3035. Customer Service Representatives are available to assist you between the hours of 8:00 a.m. and 8:00 p.m. EST, Monday through Friday.

Sincerely,

Life Customer Service
Nationwide Financial

RLG

CC: AGENT 21-0024503 MARY E REICH 248-874-1100

# LIFE BILLING STATEMENT

Nationwide Insurance
Nationwide Financial
PO Box 182835
Columbus OH 43218-2835

| Policy Number | Date Prepared |
|---|---|
| L034804300 | OCT 10, 2007 |

| Total Amount Due | Due Date |
|---|---|
| $272.95 | AUG 28, 2007 |

WILLIAM KEENE
2704 BROCKMAN BLVD
ANN ARBOR MI 48104-4711

**For Payment Of:**

QUARTERLY PREMIUM

See back of this statement for important phone numbers and other information about your insurance.

Current Premium Due .................................................................. $272.95
Total Due This Statement ............................................................ $272.95

RETAIN THIS PORTION FOR YOUR RECORDS

00712776   N000

RETURN THIS PORTION WITH REMITTANCE

XLBF03A

WILLIAM KEENE
2704 BROCKMAN BLVD
ANN ARBOR MI 48104-4711

## LIFE BILLING STATEMENT

Total Amount Due
$272.95

INSURED: GARY H LUPILOFF
OWNER: WILLIAM KEENE

0012

| Policy Number | Due Date |
|---|---|
| L034804300 | AUG 28, 2007 |

For Policy Information
or Changes, Call:
MARY E REICH
248-874-1100

Make Check
Payable To:

Nationwide Life Insurance Company
PO Box 742534
Cincinnati OH 45274-2534

05 1221160912 00 00 12 0348043000 5 0000027295 0000027295 97 0

# LIFE BILLING STATEMENT

Nationwide Insurance
Nationwide Financial
PO Box 182835
Columbus OH 43218-2835

Policy Number
L034804300

Date Prepared
JUN 18, 2007

Total Amount Due
$272.95

Due Date
MAY 28, 2007

WILLIAM KEENE
2704 BROCKMAN BLVD
ANN ARBOR MI 48104-4711

**PAST-DUE REMINDER**

For Payment Of:

QUARTERLY PREMIUM

See back of this statement for important phone numbers and other information about your insurance.

03530 1*

*00000000418143

| | |
|---|---:|
| Past Due Premium | $272.95 |
| Total Due This Statement | $272.95 |

# LIFE BILLING STATEMENT

Nationwide Insurance
Nationwide Financial
PO Box 182835
Columbus OH 43218-2835

| Policy Number | Date Prepared |
|---|---|
| L034804300 | NOV 02, 2007 |

| Total Amount Due | Due Date |
|---|---|
| $272.95 | NOV 28, 2007 |

ANNIVERSARY NOTICE

For Payment Of:

QUARTERLY PREMIUM

WILLIAM KEENE
2704 BROCKMAN BLVD
ANN ARBOR MI 48104-4711

See back of this statement for important phone numbers and other information about your insurance.

Current Premium Due ............................................................... $272.95
Total Due This Statement ........................................................... $272.95

RETAIN THIS PORTION FOR YOUR RECORDS

---

XLBF03A                                                           00775345    N000

RETURN THIS PORTION WITH PAYMENT

## LIFE BILLING STATEMENT

WILLIAM KEENE
2704 BROCKMAN BLVD
ANN ARBOR MI 48104-4711

Total Amount Due
$272.95

INSURED: GARY H LUPILOFF
OWNER: WILLIAM KEENE

0012

Policy Number
L034804300

Due Date
NOV 28, 2007

For Policy Information
or Changes, Call:
MARY E REICH
248-874-1100

Make Check
Payable To:

Nationwide Life Insurance Company
PO Box 742534
Cincinnati OH 45274-2534

05 1221160912 00 00 12 0348043000 5 0000027295 0000027295 97 0



*On Your Side* ℠

NOV 02, 2007

Nationwide Life and Annuity Company
Individual Protection Service Center
P.O. Box 182835
Columbus, OH 43216
nationwide.com

WILLIAM KEENE
2704 BROCKMAN BLVD
ANN ARBOR MI 48104-4711



Insured: GARY H LUPILOFF

**Your needs can change. So can your premium schedule.**

Dear WILLIAM KEENE:

When you bought your life insurance policy L034804300, you selected a schedule for paying premiums that fit your needs at that time. We recognize your needs can change, so we want to remind you that other premium schedule options are also available.

**Sometimes, convenience is worth a little extra cost.**
You're currently paying your premium 4 times a year. If you wish, you can choose to pay annually, semi-annually, quarterly, or monthly. However, payment schedules more frequent than once a year do include an administrative fee that increases the total annual cost. Here are your current payment options:

|  | Annual | Semi-annual | Quarterly | Monthly |
|---|---|---|---|---|
| Total premium per payment | $1,030.00 | $535.60 | $272.95 | $91.67 |
| Number of premiums per year | 1 | 2 | 4 | 12 |
| Administrative Fee | 0.00 | $41.20 | $61.80 | $70.04 |
| Total annual cost | $1,030.00 | $1,071.20 | $1,091.80 | $1,100.04 |

If your policy contains a table of Guaranteed Premiums on the policy data page, the premium quoted in the table applies only to the annual premium payment mode. If you pay your premiums more than once a year, the total annual amount of your premiums will be more than the Guaranteed Premium amount contained in this table. If you want to change your payment schedule, call your insurance professional or give us a call.

**We're here if you have questions.**
If you need more information, please contact your insurance professional or our customer service department at 1-800-848-6331 Monday through Friday, 8:00 a.m. to 8:00 p.m. Eastern time; for TDD services, please call 1-800-238-3035.

Best regards,

Nationwide® Service Center
cc: MARY E REICH

Life insurance products are issued by Nationwide Life and Annuity Company, Columbus, Ohio.
The general distributor for variable life insurance products is Nationwide Investment Services Corporation, member NASD. In MI only: Nationwide Investment Svcs. Corporation.

Nationwide, the Nationwide Framework and On Your Side are federally registered service marks of Nationwide Mutual Insurance Company

LAM-0300AO.1   (05/05)

## LIFE BILLING STATEMENT

Nationwide Insurance
Nationwide Financial
PO Box 182835
Columbus OH 43218-2835

| Policy Number | Date Prepared |
|---|---|
| L034804300 | JAN 31, 2008 |

| Total Amount Due | Due Date |
|---|---|
| $272.95 | FEB 28, 2008 |

WILLIAM KEENE
2704 BROCKMAN BLVD
ANN ARBOR MI 48104-4711

For Payment Of:

QUARTERLY PREM'UM

See back of this statement for important phone numbers and other information about your insurance.

Current Premium Due .................................................................................................. $272.95
Total Due This Statement ............................................................................................. $272.95

RETAIN THIS PORTION FOR YOUR RECORDS

00080435  . N000

XLBF03A

RETURN THIS PORTION WITH PAYMENT

WILLIAM KEENE
2704 BROCKMAN BLVD
ANN ARBOR MI 48104-4711

## LIFE BILLING STATEMENT

Total Amount Due
$272.95

INSURED: GARY H LUPILOFF
OWNER: WILLIAM KEENE

0012

| Policy Number | Due Date |
|---|---|
| L034804300 | FEB 28, 2008 |

For Policy Information
or Changes, Call:
MARY E REICH
248-874-1100

Make Check
Payable To:

Nationwide Life Insurance Company
PO Box 742534
Cincinnati OH 45274-2534



05 1221160912 00 00 12 0348043000 5 0000027295 0000027295 97 0

## LIFE BILLING STATEMENT

Nationwide Insurance
Nationwide Financial
PO Box 182835
Columbus OH 43218-2835

| Policy Number | Date Prepared |
|---|---|
| L034804300 | APR 30, 2008 |

| Total Amount Due | Due Date |
|---|---|
| $272.95 | MAY 28, 2008 |

WILLIAM KEENE
2704 BROCKMAN BLVD
ANN ARBOR MI 48104-4711

For Payment Of:

QUARTERLY PREMIUM

See back of this statement for important phone numbers and other information about your insurance.

Current Premium Due .................................................................................... $272.95
Total Due This Statement ............................................................................... $272.95

---

XLBF03A                                                                                    00334617           N000

WILLIAM KEENE
2704 BROCKMAN BLVD
ANN ARBOR MI 48104-4711

### LIFE BILLING STATEMENT

Total Amount Due
$272.95

INSURED:  GARY H LUPILOFF
OWNER:    WILLIAM KEENE

| Policy Number | Due Date |
|---|---|
| L034804300 | MAY 28, 2008 |

For Policy Information
or Changes, Call:
MARY E REICH
248-874-1100

Make Check
Payable To:

Nationwide Life Insurance Company
PO Box 742534
Cincinnati OH 45274-2534

05 1221160912 00 00 12 0348043000 5 0000027295 0000027295 97 0

# LIFE BILLING STATEMENT

Policy Number
L034804300

Date Prepared
JUL 31, 2008

Nationwide Insurance
Nationwide Financial
PO Box 182835
Columbus OH 43218-2835

Total Amount Due
$272.95

Due Date
AUG 28, 2008

WILLIAM KEENE
2704 BROCKMAN BLVD
ANN ARBOR MI 48104-4711

For Payment Of:

QUARTERLY PREMIUM

See back of this statement for important phone numbers and other information about your insurance.

| | |
|---|---:|
| Current Premium Due | $272.95 |
| Total Due This Statement | $272.95 |

00565089    N000

XLBF03A

WILLIAM KEENE
2704 BROCKMAN BLVD
ANN ARBOR MI 48104-4711

# LIFE BILLING STATEMENT

Total Amount Due
$272.95

INSURED: GARY H LUPILOFF
OWNER: WILLIAM KEENE

0012

Policy Number
L034804300

Due Date
AUG 28, 2008

For Policy Information
or Changes, Call:

MARY E REICH
248-874-1100

Make Check
Payable To:

Nationwide Life Insurance Company
PO Box 742534
Cincinnati OH 45274-2534

05 1221160912 00 00 12 0348043000 5 0000027295 0000027295 97 0

# LIFE BILLING STATEMENT

| | |
|---|---|
| Policy Number<br>L034804300 | Date Prepared<br>OCT 31, 2008 |
| Total Amount Due<br>$272.95 | Due Date<br>NOV 28, 2008 |

Nationwide Insurance
Nationwide Financial
PO Box 182835
Columbus OH 43218-2835

**ANNIVERSARY NOTICE**

WILLIAM KEENE
2704 BROCKMAN BLVD
ANN ARBOR MI 48104-4711

For Payment Of:

QUARTERLY PREMIUM

See back of this statement for important phone numbers and other information about your insurance.

Current Premium Due .......................................................................................... $272.95
Total Due This Statement ..................................................................................... $272.95

---

RETURN THIS PORTION

**LIFE BILLING STATEMENT**

XLSF03A

WILLIAM KEENE
2704 BROCKMAN BLVD
ANN ARBOR MI 48104-4711

Total Amount Due
$272.95

INSURED: GARY H LUPILOFF
OWNER: WILLIAM KEENE

0012

Policy Number
L034804300

Due Date
NOV 28, 2008

For Policy Information
or Changes, Call:
MARY E REICH
248-874-1100

Make Check
Payable To:

Nationwide Life Insurance Company
PO Box 742534
Cincinnati OH 45274-2534

**Nationwide**
On Your Side ℠

Nationwide Life Insurance Company
Individual Protection Service Center
P.O. Box 182835
Columbus, OH 43216
nationwide.com

OCT 31, 2008

WILLIAM KEENE
2704 BROCKMAN BLVD
ANN ARBOR MI 48104-4711

Insured: GARY H LUPILOFF

**Your needs can change. So can your premium schedule.**

Dear WILLIAM KEENE:

When you bought your life insurance policy L034804300, you selected a schedule for paying premiums that fit your needs at that time. We recognize your needs can change, so we want to remind you that other premium schedule options are also available.

**Sometimes, convenience is worth a little extra cost.**
You're currently paying your premium 4 times a year. If you wish, you can choose to pay annually, semi-annually, quarterly, or monthly. However, payment schedules more frequent than once a year do include an administrative fee that increases the total annual cost. Here are your current payment options:

|                          | Annual     | Semi-annual | Quarterly  | Monthly    |
|--------------------------|------------|-------------|------------|------------|
| Total premium per payment| $1,030.00  | $535.60     | $272.95    | $91.67     |
| Number of premiums per year | 1       | 2           | 4          | 12         |
| Administrative Fee       | 0.00       | $41.20      | $61.80     | $70.04     |
| Total annual cost        | $1,030.00  | $1,071.20   | $1,091.80  | $1,100.04  |

If your policy contains a table of Guaranteed Premiums on the policy data page, the premium quoted in the table applies only to the annual premium payment mode. If you pay your premiums more than once a year, the total annual amount of your premiums will be more than the Guaranteed Premium amount contained in this table. If you want to change your payment schedule, call your insurance professional or give us a call.

**We're here if you have questions.**
If you need more information, please contact your insurance professional or our customer service department at 1-800-848-6331 Monday through Friday, 8:00 a.m. to 8:00 p.m. Eastern time; for TDD services, please call 1-800-238-3035.

Best regards,

Nationwide® Service Center
cc: MARY E REICH

Life insurance products are issued by Nationwide Life Insurance Company, Columbus, Ohio. The general distributor for variable life insurance products is Nationwide Investment Services Corporation, member NASD. In MI only: Nationwide Investment Svcs. Corporation.

Nationwide, the Nationwide Framework and On Your Side are federally registered service marks of Nationwide Mutual Insurance Company

LAM-0300AO.1   (06/06)



# LIFE BILLING STATEMENT

| Policy Number | Date Prepared |
|---|---|
| L034804300 | JAN 30, 2009 |

Nationwide Insurance
Nationwide Financial
PO Box 182835
Columbus OH 43218-2835

| Total Amount Due | Due Date |
|---|---|
| $272.95 | FEB 28, 2009 |

WILLIAM KEENE
2704 BROCKMAN BLVD
ANN ARBOR MI 48104-4711

For Payment Of:
QUARTERLY PREMIUM

See back of this statement for important phone numbers and other information about your insurance.

Current Premium Due ............................................................................ $272.95
Total Due This Statement ...................................................................... $272.95

00080583  N000

XLBF03A

WILLIAM KEENE
2704 BROCKMAN BLVD
ANN ARBOR MI 48104-4711

## LIFE BILLING STATEMENT

Total Amount Due
$272.95

INSURED: GARY H LUPILOFF
OWNER: WILLIAM KEENE

0012

| Policy Number | Due Date |
|---|---|
| L034804300 | FEB 28, 2009 |

For Policy Information
or Changes, Call:
MARY E REICH
248-874-1100

Make Check
Payable To:

Nationwide Life Insurance Company
PO Box 742534
Cincinnati OH 45274-2534

05 1221160512 00 00 12 0348043000 5 0000027295 0000027295 97 0

# LIFE BILLING STATEMENT

Nationwide Insurance
Nationwide Financial
PO Box 182835
Columbus OH 43218-2835

Policy Number: L034804300
Date Prepared: APR 30, 2009

Total Amount Due: **$272.95**
Due Date: **MAY 28, 2009**

PAID

WILLIAM KEENE
2704 BROCKMAN BLVD
ANN ARBOR MI 48104-4711

For Payment Of:

QUARTERLY PREMIUM

See back of this statement for important phone numbers and other information about your insurance.

Current Premium Due ............................................. $272.95
Total Due This Statement ........................................ $272.95

00333914    N000

XLBFD3A

WILLIAM KEENE
2704 BROCKMAN BLVD
ANN ARBOR MI 48104-4711

## LIFE BILLING STATEMENT

Total Amount Due
**$272.95**

INSURED: GARY H LUPILOFF
OWNER: WILLIAM KEENE

0012

Policy Number: L034804300
Due Date: **MAY 28, 2009**

For Policy Information
or Changes, Call:
MARY E REICH
248-874-1100

Make Check
Payable To:

Nationwide Life Insurance Company
PO Box 742534
Cincinnati OH 45274-2534

05 1221160912 00 00 12 0348043000 5 0000027295 0000027295 97 0

## LIFE BILLING STATEMENT

Nationwide Insurance
Nationwide Financial
PO Box 182835
Columbus OH 43218-2835

| Policy Number | Date Prepared |
|---|---|
| L034804300 | JUL 31, 2009 |

| Total Amount Due | Due Date |
|---|---|
| $272.95 | AUG 28, 2009 |

WILLIAM KEENE
2704 BROCKMAN BLVD
ANN ARBOR MI 48104-4711

For Payment Of:

QUARTERLY PREMIUM

See back of this statement for important phone numbers and other information about your insurance.

Current Premium Due .................................................................................................. $272.95
Total Due This Statement ............................................................................................. $272.95

RETURN THIS PORTION FOR YOUR RECORDS

---

00561538        N000

XLBF03A

RETURN THIS PORTION WITH PAYMENT

## LIFE BILLING STATEMENT

WILLIAM KEENE
2704 BROCKMAN BLVD
ANN ARBOR MI 48104-4711

| Total Amount Due |
|---|
| $272.95 |

INSURED: GARY H LUPILOFF
OWNER: WILLIAM KEENE

0012

| Policy Number | Due Date |
|---|---|
| L034804300 | AUG 28, 2009 |

For Policy Information
or Changes, Call:
MARY E REICH
248-874-1100

Make Check
Payable To:

Nationwide Life Insurance Company
PO Box 742534
Cincinnati OH 45274-2534

05 1221160912 00 00 12 0348043000 5 0000027295 0000027295 97 0

## LIFE BILLING STATEMENT

| Policy Number | Date Prepared |
|---|---|
| L034804300 | OCT 30, 2009 |

| Total Amount Due | Due Date |
|---|---|
| $272.95 | NOV 28, 2009 |

Nationwide Insurance
Nationwide Financial
PO Box 182835
Columbus OH 43218-2835

**ANNIVERSARY NOTICE**

For Payment Of:

QUARTERLY PREMIUM

WILLIAM KEENE
2704 BROCKMAN BLVD
ANN ARBOR MI 48104-4711

See back of this statement for important phone numbers and other information about your insurance.

Current Premium Due ................................................................................. $272.95
Total Due This Statement ............................................................................ $272.95

RETAIN THIS PORTION FOR YOUR RECORDS

---

RETURN THIS PORTION WITH PAYMENT               00793432        N000

XLBF03A

WILLIAM KEENE
2704 BROCKMAN BLVD
ANN ARBOR MI 48104-4711

## LIFE BILLING STATEMENT

Total Amount Due
**$272.95**

INSURED: GARY H LUPILOFF
OWNER: WILLIAM KEENE

| | Policy Number | Due Date |
|---|---|---|
| 0012 | L034804300 | NOV 28, 2009 |

For Policy Information
or Changes, Call:
MARY E REICH
248-874-1100

Make Check
Payable To:

Nationwide Life Insurance Company
PO Box 742534
Cincinnati OH 45274-2534

05 1221160912 00 00 12 0348043000 5 0000027295 0000027295 97 0

**Nationwide**
On Your Side℠

Nationwide Life Insurance Company
Individual Protection Service Center
P.O. Box 182835
Columbus, OH 43216
nationwide.com

OCT 30, 2009

WILLIAM KEENE
2704 BROCKMAN BLVD
ANN ARBOR MI 48104-4711

Insured: GARY H LUPILOFF

**Your needs can change. So can your premium schedule.**

Dear WILLIAM KEENE:

When you bought your life insurance policy L034804300, you selected a schedule for paying premiums that fit your needs at that time. We recognize your needs can change, so we want to remind you that other premium schedule options are also available.

**Sometimes, convenience is worth a little extra cost.**
You're currently paying your premium 4 times a year. If you wish, you can choose to pay annually, semi-annually, quarterly, or monthly. However, payment schedules more frequent than once a year do include an administrative fee that increases the total annual cost. Here are your current payment options:

|  | Annual | Semi-annual | Quarterly | Monthly |
|---|---|---|---|---|
| Total premium per payment | $1,030.00 | $535.60 | $272.95 | $91.67 |
| Number of premiums per year | 1 | 2 | 4 | 12 |
| Administrative Fee | 0.00 | $41.20 | $61.80 | $70.04 |
| Total annual cost | $1,030.00 | $1,071.20 | $1,091.80 | $1,100.04 |

If your policy contains a table of Guaranteed Premiums on the policy data page, the premium quoted in the table applies only to the annual premium payment mode. If you pay your premiums more than once a year, the total annual amount of your premiums will be more than the Guaranteed Premium amount contained in this table. If you want to change your payment schedule, call your insurance professional or give us a call.

**We're here if you have questions.**
If you need more information, please contact your insurance professional or our customer service department at 1-800-848-6331 Monday through Friday, 8:00 a.m. to 8:00 p.m. Eastern time; for TDD services, please call 1-800-238-3035.

Best regards,

Nationwide® Service Center
cc: MARY E REICH



Life insurance products are issued by Nationwide Life Insurance Company, Columbus, Ohio.
The general distributor for variable life insurance products is Nationwide Investment Services Corporation, member NASD. In MI only: Nationwide Investment Svcs. Corporation.

Nationwide, the Nationwide Framework and On Your Side are federally registered service marks of Nationwide Mutual Insurance Company

LAM-0300AO.1  (06/06)

## LIFE BILLING STATEMENT

Nationwide Insurance
Nationwide Financial
PO Box 182835
Columbus OH 43218-2835

Policy Number: L034804300
Date Prepared: JAN 29, 2010

Total Amount Due: $272.95
Due Date: FEB 28, 2010

WILLIAM KEENE
2704 BROCKMAN BLVD
ANN ARBOR MI 48104-4711

For Payment Of:
QUARTERLY PREMIUM

See back of this statement for important phone numbers and other information about your insurance.

*handwritten:* 1 800 543-3747
*handwritten:* 543-6371

Current Premium Due .................................................. $272.95
Total Due This Statement ............................................. $272.95

00077106   N000

XLBF03A
WILLIAM KEENE
2704 BROCKMAN BLVD
ANN ARBOR MI 48104-4711

## LIFE BILLING STATEMENT

Total Amount Due: $272.95

INSURED: GARY H LUPILOFF
OWNER: WILLIAM KEENE

0012

Policy Number: L034804300
Due Date: FEB 28, 2010

For Policy Information
or Changes, Call:
MARY E REICH
248-874-1100

Make Check Payable To:
Nationwide Life Insurance Company
PO Box 742534
Cincinnati OH 45274-2534

05 1221160912 00 00 12 0348043000 5 0000027295 0000027295 97 0

# LIFE BILLING STATEMENT

| Policy Number | Date Prepared |
|---|---|
| L034804300 | APR 30, 2010 |

Nationwide Insurance
Nationwide Financial
PO Box 182835
Columbus OH 43218-2835

| Total Amount Due | Due Date |
|---|---|
| $272.95 | MAY 28, 2010 |

WILLIAM KEENE
2704 BROCKMAN BLVD
ANN ARBOR MI 48104-4711

**For Payment Of:**

QUARTERLY PREMIUM

See back of this statement for important phone numbers and other information about your insurance.

| | |
|---|---|
| Current Premium Due .................................................................................................. | $272.95 |
| Total Due This Statement ............................................................................................ | $272.95 |

XLBF03A                                                                                              00319989            N000

WILLIAM KEENE
2704 BROCKMAN BLVD
ANN ARBOR MI 48104-4711

## LIFE BILLING STATEMENT

Total Amount Due
$272.95

INSURED: GARY H LUPILOFF
OWNER: WILLIAM KEENE

0012

| Policy Number | Due Date |
|---|---|
| L034804300 | MAY 28, 2010 |

**For Policy Information or Changes, Call:**
1-800-547-2280

**Make Check Payable To:**
Nationwide Life Insurance Company
PO Box 742534
Cincinnati OH 45274-2534

05 1221160712 00 00 12 0348043000 5 0000027295 0000027295 97 0

Nationwide Life Insurance Company
Individual Protection Service Center
P.O. Box 182835
Columbus, OH 43218
nationwide.com

On Your Side ℠

November 04, 2007

William Keene
2704 Brockman Blvd
Ann Arbor MI 48104-4711

Insured: Gary H Lupiloff

**Your needs can change. So can your premium schedule.**

Dear William Keene:

When you bought your life insurance policy L034804300, you selected a schedule for paying premiums that fit your needs at that time. We recognize your needs can change, so we want to remind you that other premium schedule options are also available.

**Sometimes, convenience is worth a little extra cost.**
You're currently paying your premium 4 times a year. If you wish, you can choose to pay annually, semi-annually, quarterly, or monthly. However, payment schedules more frequent than once a year do include an administrative fee that increases the total annual cost. Here are your current payment options:

|  | Annual | Semi-annual | Quarterly | Monthly |
|---|---|---|---|---|
| Total premium per payment | $1,030.00 | $535.60 | $272.95 | $91.67 |
| Number of premiums per year | 1 | 2 | 4 | 12 |
| Administrative Fee | 0.00 | $41.20 | $61.80 | $70.04 |
| Total annual cost | $1,030.00 | $1,071.20 | $1,091.80 | $1,100.04 |

If your policy contains a table of Guaranteed Premiums on the policy data page, the premium quoted in the table applies only to the annual premium payment mode. If you pay your premiums more than once a year, the total annual amount of your premiums will be more than the Guaranteed Premium amount contained in this table. If you want to change your payment schedule, call your insurance professional or give us a call.

**We're here if you have questions.**
If you need more information, please contact your insurance professional or our customer service department at 1-800-543-3747 Monday through Friday, 8:00 a.m. to 8:00 p.m. Eastern time; for TDD services, please call 1-800-238-3035

Best regards,

Nationwide® Service Center
cc: Mary Reich



Life Insurance products are issued by Nationwide Life Insurance Company, Columbus, Ohio.
The general distributor for variable life insurance products is Nationwide Investment Services Corporation, member NASD. In MI only: Nationwide Investment Svcs. Corporation.

Nationwide, the Nationwide Framework and On Your Side are federally registered service marks of Nationwide Mutual Insurance Company

LAM-0300AO.1    (06/06)

# NATIONWIDE LIFE INSURANCE COMPANY
## APPLICATION FOR DESIGNATION OF OWNER AND/OR CONTINGENT OWNER

The following instructions have been enclosed to assist you with the completion of the attached APPLICATION FOR DESIGNATION OF OWNER AND/OR CONTINGENT OWNER. Please read these instructions carefully before completing the application.

1. Use this form to request a change of policy ownership. If the desired change of ownership is complex, or if you have any questions, please contact Nationwide Life Insurance Company at the Home Office.

2. This application revokes ALL previous ownership. Therefore, even if the present owner or contingent owner is to remain the same, such owner must be renamed on this form.

3. Print the FULL name(s) and address(es) of the new owner(s). Be certain to provide the new date of birth, social security (or tax ID) number, relationship to the insured and the complete address. THE REQUESTED CHANGE OF OWNERSHIP WILL NOT BE PROCESSED IF ANY OF THE INFORMATION IS OMITTED.

4. SIGNATURES REQUIRED: (1) The present owner(s) and all irrevocable beneficiaries, if any, and (2) the proposed new owner(s). Signatures MUST be in ink. At the discretion of the Home Office, a witness may be required.

5. The new owner will receive the premium notices unless the payor information is completed.

6. If joint ownership is listed, all notices will be mailed to one address listed on the reverse side. For tax reporting purposes, only one social security number can be used. Please indicate which social security number is to be used. The signatures of all joint owners will be required for any