# Index of Exhibits

Exhibit 26 – Letter from Defendant's Counsel dated 10-27-11

Exhibit 27 – Defendant Lupiloff's Answers to Interrogatories and Request for Production of Documents by Plaintiff Nationwide

Exhibit 28 – Defendants Supplemental Answers to Interrogatories to Plaintiff Nationwide