# Exhibit 28

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONWIDE LIFE INSURANCE COMPANY,
a foreign corporation,

    Plaintiff,

vs.

WILLIAM KEENE, JENNIFER KEENE,
MONICA LYNN LUPILOFF, NICOLE RENEE
LUPILOFF, and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE
ESTATE OF GARY LUPILOFF, Deceased,

    Defendants.

Civil Action
No. 2:11-cv-12422-AC-MKM

Honorable Avern Cohn

---

| | |
|---|---|
| Michael F. Schmidt (P25213)<br>Harvey, Kruse, P.C.<br>Attorney for Plaintiff<br>1050 Wilshire Drive, Suite 320<br>Troy, Michigan 48084<br>Telephone: (248) 649-7800 | John H. Bredell (P36577)<br>Bredell & Bredell<br>Attorney for Defendants,<br>William and Jennifer Keene<br>119 N. Huron Street<br>Ypsilanti, Michigan 48197<br>Telephone: (734) 482-5000 |
| Albert L. Holtz (P15088)<br>Albert L. Holtz, P.C.<br>Attorney for Monica Lupiloff, Nicole Lupiloff<br>and Nicole Lupiloff, Personal Representative of<br>the Estate of Gary Lupiloff, Deceased<br>3910 Telegraph Road, Suite 200<br>Bloomfield Hills, Michigan 48146 | Geoffrey N. Fieger (P30441)<br>Jeffrey A. Danzig (P36571)<br>Fieger, Fieger, Kenney & Giroux, P.C.<br>Co-Counsel for Monica Lupiloff,<br>Nicole Lupiloff and Nicole Lupiloff,<br>Personal Representative of the Estate of<br>Gary Lupiloff, Deceased<br>19390 West Ten Mile Road<br>Southfield, Michigan 48075<br>Telephone: (248) 355-5555 |

## DEFENDANTS SUPPLEMENTAL ANSWERS TO INTERROGATORIES TO PLAINTIFF NATIONWIDE LIFE INSURANCE COMPANY

**NOW COMES** the above-named Defendants, Monica Lynn Lupiloff, Nicole Renee Lupiloff, and Nicole Renee Lupiloff, as Personal Representative of the Estate of Gary Lupiloff, Deceased, by and through her attorneys, and hereby submits the following Supplemental Answers to Plaintiff Nationwide's Interrogatories, and states as follows:

2). Plaintiff Nationwide's original Complaint, at paragraph 12 contained a typographical error, as did Plaintiff Nationwide's Interrogatories to Defendant Lupiloffs, at Interrogatory #2 and #3. We now recognize that Plaintiff Nationwide's Amended Complaint, filed on 08/03/11, corrected this typographical error and as such, we now recognize that Interrogatory number 2, and number 3, should have had the date of 6/11/07, as the date Nationwide received the change of beneficiary form, as opposed to 06/11/04.

2(c) and 3(c). See attached signature examplars of Gary Lupiloff. Speckin Forensic Labs was provided both Plaintiffs' Exhibits B and C along with the attached signature exemplars of Gary Lupiloff (See attached).

3) and 4). Under Plaintiff Nationwide's policy provisions, pages 3 to 5, section entitled: Owner and Beneficiary Provisions. The policy language states that any requests for change of ownership must be made in writing and <u>recorded at the home office</u>. For Change of Beneficiary, the policy states that any change of beneficiary must be made in written form satisfactory to us and <u>recorded at our home office.</u> The policy further states under this section, "We may require that you send us your policy for endorsement before making a change".

With respect to the Change of Ownership Request (Exhibit C, attached to Plaintiff's Compliant), Nationwide Home Office does not appear to have approved, signed off, or otherwise endorsed the change request in the section entitled, Home Office Use Only.

With respect to the Change of Beneficiary Request (Exhibit D, attached to Plaintiff's Complaint), Nationwide Home Office appears to have approved by way of a signature acknowledging that the secretary of the company agreed to the change we would contend that such approval was done without any due diligence by Nationwide.

This is what was meant by our previous answers to these specific interrogatories.

> Respectfully submitted,
> Fieger, Fieger, Kenney, Giroux & Danzig, P.C.
>
> By: /s/
> GEOFFREY N. FIEGER (P30441)
> JEFFREY A. DANZIG (P36571)
> Attorneys for Defendants, Lupiloff, Only
> Southfield, Michigan 48075
> Telephone: (248) 355-5555
> Facsimile: (248) 355-5148 (fax)

Dated: October 7, 2011

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

NATIONWIDE LIFE INSURANCE COMPANY,
a foreign corporation,

      Plaintiff,

vs.

WILLIAM KEENE, JENNIFER KEENE,
MONICA LYNN LUPILOFF, NICOLE RENEE
LUPILOFF, and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE
ESTATE OF GARY LUPILOFF, Deceased,

      Defendants.

Civil Action
No. 2:11-cv-12422-AC-MKM

Honorable Avern Cohn

---

Michael F. Schmidt (P25213)
Harvey, Kruse, P.C.
Attorney for Plaintiff
1050 Wilshire Drive, Suite 320
Troy, Michigan 48084
Telephone: (248) 649-7800

John H. Bredell (P36577)
Bredell & Bredell
Attorney for Defendants,
William and Jennifer Keene
119 N. Huron Street
Ypsilanti, Michigan 48197
Telephone: (734) 482-5000

Albert L. Holtz (P15088)
Albert L. Holtz, P.C.
Attorney for Monica Lupiloff, Nicole Lupiloff
and Nicole Lupiloff, Personal Representative of
the Estate of Gary Lupiloff, Deceased
3910 Telegraph Road, Suite 200
Bloomfield Hills, Michigan 48146

Geoffrey N. Fieger (P30441)
Jeffrey A. Danzig (P36571)
Fieger, Fieger, Kenney & Giroux, P.C.
Co-Counsel for Monica Lupiloff,
Nicole Lupiloff and Nicole Lupiloff,
Personal Representative of the Estate of
Gary Lupiloff, Deceased
19390 West Ten Mile Road
Southfield, Michigan 48075
Telephone: (248) 355-5555

## CERTIFICATE OF SERVICE

     I hereby certify that on October 7, 2011, I electronically filed the foregoing Certificate of Service regarding service of Defendants' Supplemental Answers to Plaintiff, Nationwide Life Insurance Company's Interrogatories with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter.

                              By: /s/ Jeffrey A. Danzig
                                   Geoffrey N. Fieger  (P30441)
                                   Jeffrey A. Danzig
                                   Attorneys for Defendants, Lupiloff
                                   19390 West Ten Mile Road
                                   Southfield, Michigan 48075
                                   Telephone: (248) 355-5555
                                   j.danzig@fiegerlaw.com

Dated:    October 7, 2011.

This registration and your current Certificate of Michigan No-Fault Insurance must be carried in the vehicle or by the driver.

**Both must be presented upon request of a police officer.**

| Commercial Vehicles Only - Signature Required |
| --- |
| If an elected gross vehicle weight is selected, I declare this vehicle will not exceed that weight. I further certify if I operate or employ persons to operate this commercial vehicle, the operator will be knowledgeable of the Federal and State motor carrier safety regulations, including hazardous materials regulations. |
| X _[signature]_<br>Owner's Signature |

Present this registration when transferring this license plate to another vehicle.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

Gary H. Lupiloff, a/k/a Gary Harmon

Debtor.

Bankruptcy Case No. 07-65247
Honorable Thomas J. Tucker
Chapter 7

/

George P. Dakmak, Trustee,

Plaintiff,

v.

Adversary Case No. 08-04600

Thaddeus M. Stawick and Gary H. Lupiloff,

Defendants.

/

## STIPULATION RESOLVING ADVERSARY PROCEEDING 08-04600

This matter having come before the Court upon stipulation of the parties hereto; and the parties agreeing that this settlement is not an admission by any party or an acknowledgment by any party as to the relative strength or weakness of its position; rather, it is a compromise to resolve the pending litigation; and the parties having represented to the Court that they are in agreement that the Order attached hereto as Exhibit "1" should be entered by the Court.

| STEVENSON & BULLOCK, P.L.C. | DAKMAK PEURACH, P.C. |
|---|---|
| /s/ Charles D. Bullock (P55550) | James J. Tocco w/ consent Charles Bullock (P55550) |
| Attorney for the Debtor | /s/ James J. Tocco (P68351) |
| 29200 Southfield Road, Suite 210 | Attorney for the Plaintiff |
| Southfield, MI 48076 | 615 Griswold St., Suite 600 |
| (248) 423-8200 | Detroit, MI 48226 |
| cbullock@gatecom.com | (313)964-0800 |
|  | jtocco@gdakmak.com |
| /s/ Thaddeus M. Stawick |  |
| /s/ Gary H. Lupiloff |  |

## TRUSTEE'S REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Fed.R.Bankr. P. 7034 and Fed.R. Civ.P. 34, Plaintiff hereby requests that the Defendant produce for the Plaintiff, at the office of Plaintiff's counsel, within 30 days from the date of service of this request the following documents and things requested:

1. Each and every document that the Defendant identified, referred to, or used to support of any of the answers to Trustee's Interrogatories and Trustee's Request for Admissions.

    Response: To the extent that Defendant has non-privileged documents which are responsive to this specific Request, they are available for inspection and copying at the offices of Stevenson & Bullock, P.L.C., 29200 Southfield Rd., Suite 210, Southfield, MI 48076.

I, Gary H. Lupiloff, have read and provided all of the responses above, state that the same is/are true to the best of my information, knowledge and belief and answer the same under oath.

/s/ Gary H. Lupiloff
Gary H. Lupiloff, Defendant

Respectfully submitted,

STEVENSON & BULLOCK, P.L.C.
/s/ Charles D. Bullock (P55550)
Attorneys for Defendant
29200 Southfield Rd., Ste. 210
Southfield, MI 48076
(248)423-8200
cbullock@gatecom.com

Dated: February 23, 2009

B21 (Official Form 21) (12/07)

## STATEMENT OF SOCIAL-SECURITY NUMBER OR INDIVIDUAL TAXPAYER-IDENTIFICATION NUMBER (ITIN)

### United States Bankruptcy Court
### Eastern District of Michigan



In re: Gary H. Lupiloff AKA Gary Harmon
                                    Debtor

Address: 2716 Ardmore, Royal Oak, MI 48073

Case No. _____

Chapter 7

Employer's Tax Identification (EIN) No(s). [if any]: _____
Last four digits of Social Security No(s).: xxx-xx-9631

### STATEMENT OF SOCIAL-SECURITY NUMBER(S)
*(or other Individual Taxpayer-Identification Number(s) (ITIN(s)))*

1. Name of Debtor (enter Last, First, Middle): **Lupiloff, Gary, H.**
*(Check the appropriate box and, if applicable, provide the required information.)*

   ☒ Debtor has a Social Security Number and it is: **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**
   *(If more than one, state all.)*
   ☐ Debtor does not have a Social Security Number but has an Individual Taxpayer-Identification Number (ITIN), and it is: ___.
   *(If more than one, state all.)*
   ☐ Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification Number (ITIN).

2. Name of Joint Debtor (enter Last, First, Middle): _____
*(Check the appropriate box and, if applicable, provide the required information.)*

   ☐ Joint Debtor has a Social Security Number and it is: ___
   *(If more than one, state all.)*
   ☐ Joint Debtor does not have a Social Security Number but has an Individual Taxpayer-Identification Number and it is: ___.
   *(If more than one, state all.)*
   ☐ Joint Debtor does not have a Social Security Number or an Individual Taxpayer Identification Number (ITIN).

I declare under penalty of perjury that the foregoing is true and correct.

X _[signature]_  December 11, 2007
Gary H. Lupiloff              Date
Signature of Debtor

X _____  _____
Signature of Joint Debtor          Date

---

*\*Joint debtors must provide information for both spouses.*
*Penalty for making a false statement:* Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Revised 01/07

# United States Bankruptcy Court
## Eastern District of Michigan

In re   Gary H. Lupiloff
                                    Debtor

Case No. _____

Chapter _____ 7 _____

# BANKRUPTCY PETITION COVER SHEET

(The debtor must complete and file this form with the petition in every bankruptcy case. Instead of filling in the boxes on the petition requiring information on prior and pending cases, the debtor may refer to this form.)

### Part 1

"Companion cases," as defined in L.B.R. 1071-1(c), are cases involving any of the following: (1) The same debtor; (2) A corporation and any majority shareholder thereof; (3) Affiliated corporations; (4) A partnership and any of its general partners; (5) An individual and his or her general partner; (6) An individual and his or her spouse; or (7) Individuals or entities with any substantial identity of financial interest or assets.

Has a "companion case" to this case ever been filed at any time in this district or any other district? Yes___ No_X_
(If yes, complete Part 2.)

### Part 2

For each companion case, state in chronological order of cases: (Attach supplemental sheets if necessary.)

|  | First Case | Second Case | Third Case |
|---|---|---|---|
| Name on petition |  |  |  |
| Relationship to this case |  |  |  |
| Case number |  |  |  |
| Chapter |  |  |  |
| Date filed |  |  |  |
| District |  |  |  |
| Division |  |  |  |
| Judge |  |  |  |
| Status/Disposition |  |  |  |

(Pending, confirmed & still open, confirmed & closed, dismissed before/after confirmation, discharged, etc.)

If the present case is a Chapter 13 case, state for each companion case:
Attorney _____
Legal fee  $_____   $_____   $_____
Proposed legal fee in this case  $_____
Changes in circumstances which lead the debtor to reasonably believe that the current plan will be successful.

### Part 3 - In a Chapter 13 Case Only

The Debtor(s) certify, re: 11 U.S.C. § 1328(f):
[indicate which]

Debtor(s) received a discharge issued in a case filed under Chapter 7, 11, or 12 during the 4-years before filing this case.

Debtor(s) did not receive a discharge issued in a case filed under Chapter 7, 11, or 12 during the 4-years before filing this case.

Debtor(s) received a discharge in a Chapter 13 case filed during the 2-years before filing this case.

Debtor(s) did not receive a discharge in a Chapter 13 case filed during the 2-years before filing this case.

I declare under penalty of perjury that I have read this form and that it is true and correct to the best of my information and belief.

Debtor
Gary H. Lupiloff

Debtor

Debtor's Attorney
Marshall D. Schultz P38040
Law Offices of Marshall D. Schultz
24100 Southfield Road
Suite 203
Southfield, MI 48075
248-559-6930
marshallschultz@Ameritech.net

Date: __December 11, 2007__

United States Bankruptcy Court
Eastern District of Michigan

In re  Gary H. Lupiloff                Debtor(s)

Case No. _____
Chapter  7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☒ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☒ I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 2006 Dodge Pick-up | Birmingham Bloomfield Credit Union | | | | X |
| Location: 2716 Ardmore, Royal Oak MI | CitiFinancial Mortgage | | | | X |
| Location: 2716 Ardmore, Royal Oak MI | Countrywide Home Loans | | | | X |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| -NONE- | | |

Date  December 11, 2007         Signature  /s/ Gary H. Lupiloff
                                         Gary H. Lupiloff
                                         Debtor

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X _____                Date
Signature of Bankruptcy Petition Preparer

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

Best Case Bankruptcy

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

LIBER: 38438 PAGE: 840

LIBER: 38438 PAGE: 841

7273356249
BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

Witnesses:

_____    _____ 11/30/04 (Seal)
                                    Gary Herman Lipiloff        -Borrower

_____    _____ (Seal)
                                                                -Borrower

_____    _____ (Seal)
   (Seal)                                                       -Borrower
   -Borrower

_____    _____ (Seal)
   (Seal)                                                       -Borrower
   -Borrower

_____    _____ (Seal)
   (Seal)                                                       -Borrower
   -Borrower

7273356249
STATE OF MICHIGAN,          Oakland              County ss:

The foregoing instrument was acknowledged before me this   November 30, 2006
by Gary Herman Lipiloff, a single man

My Commission Expires:
Notary Public, Oakland County, MI
My Commission Expires Jan. 17, 2008
Acting in Oakland County

                                    Notary Public, _____ County, Michigan

This instrument was prepared by  Gale Smith
Quicken Loans Inc.
20555 Victor Parkway
Livonia, MI 48152

Acting in Oakland Cnty.

LIBER: 38438 PAGE: 842

## Exhibit A - LEGAL DESCRIPTION

| Deal Number: | 11-0103343 | Title Number: | 11-0134077 REV. NO. 2 |

Tax ID Number: 25-18-118-008

Land situated in the City of Royal Oak, in the County of Oakland, State of Michigan is described as follows:

The North 24.20 feet of the West 150 feet of Lot 39, the South 28 feet of the West 150 feet of Lot 40, EYSTER AND HOWARTH SUBDIVISION, as recorded in Liber 6 on Page(s) 22 of Plats.

Commonly known as: 3716 Arizona, Royal Oak, MI 48073

This Commitment is valid and binding for a period of 180 days from the date hereof. Thereafter it is void and of no effect.

ALTA COMMITMENT - Schedule B-II    FIDELITY NATIONAL TITLE
INSURANCE COMPANY

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re:
Gary H Lipiloff                Chapter 7
                               Case No. 07-45347
                               Honorable Thomas J. Tucker
        Debtor(s)
_____/

### NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Mortgage Electronic Registration Systems, Inc. as solely nominee its it's successors and or assigns has filed papers with the court to lift the automatic stay.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to lift the automatic stay, or if you want the court to consider your views on the Motion for Relief from the Automatic Stay, you or your attorney must:

File with the court a written response or an answer[1] on or before 15 days from the date of service of this Motion and Notice, explaining your position at:

United States Bankruptcy Court
211 West Fort Street
Detroit, MI 48275

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date state above. You must also mail copies to:

George P. Orbanak              Orlans Associates PC
611 Griswold                   P.O. Box 5041
Suite 600                      Troy, MI 48007-5041
Detroit, MI 48226

If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: March 1, 2008
                               By:   /s/ Stephanie P. Orlans, Esq.
                                     Orlans Associates, P.C.
                                     Attorneys for Mortgage Electronic Registration
                                     Systems, Inc. as solely nominee for it's
                                     successors and or assigns
                                     P.O. Box 5041
                                     Troy, MI 48007
                                     (248) 457-1000
                                     File Number: 213.3415

[1] Response or answer must comply with F.R. Civ.P. 8(b), (c) and (e).

**MICHIGAN REGISTRATION**

TERRI LYNN LAND
Secretary of State

Plate: BTU5466  Expires: 11/29/2010
RENEWAL TRANSFER
2000  JAGUAR  4 DOOR
Vehicle No.: SAJDA01D6YGL13008
L 141 271 298 911

Fee Cat. or Wt.: 000048
County: OAKLAND

GARY HARMON LUPILOFF
2716 ARDMORE AVE
ROYAL OAK          MI  48073

BTU5466 G

License Fee:  185.00
12162009 CN X350 185 0119   500.00

TR-1*

This registration and your current Certificate of Michigan
No-Fault Insurance must be carried in the vehicle or
by the driver.

Both must be presented upon request of a police officer.

| Commercial Vehicles Only - Signature Required |
|---|
| If an elected gross vehicle weight is selected, I declare this vehicle will not exceed that weight. I further certify if I operate or employ persons to operate this commercial vehicle, the operator will be knowledgeable of the Federal and State motor carrier safety regulations, including hazardous materials regulations.<br>X _____<br>Owner's Signature |

Present this registration when transferring this license
plate to another vehicle.