UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONWIDE LIFE INSURANCE COMPANY,
a foreign corporation,
    Plaintiff/Counter-Defendant,

vs.                                                  Case No.   11-cv-12422-AC-MKM
                                                     Hon. Avern Cohn

WILLIAM KEENE, JENNIFER KEENE,
MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,
    Defendants,

and

MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,
    Defendants/Counter-Plaintiffs and Cross-Plaintiffs,

vs.

WILLIAM KEENE, JENNIFER KEENE,
Individually, jointly and severally,
    Defendants/Cross-Defendants.
_____/

| | |
|---|---|
| Michael F. Schmidt P25213 | Albert L. Holtz P15088 |
| Nathan Peplinski P66596 | Attorney for Lupiloffs |
| Attorneys for Plaintiff | 3910 Telegraph Road, Suite 200 |
| 1050 Wilshire Drive, Suite 320 | Bloomfield Hills, MI  48302 |
| Troy, MI  48084 | (248)593-5000 |
| (248)649-7800 | |

HARVEY KRUSE
ATTORNEYS & COUNSELORS   A PROFESSIONAL CORPORATION
1050 WILSHIRE DRIVE, SUITE 320, TROY, MICHIGAN 48084-1526   248-649-7800

| | |
|---|---|
| John H. Bredell P36577 | Geoffrey N. Fieger P30441 |
| Attorney for Keenes | E. Jason Blankenship P63566 |
| 119 N. Huron Street | Co-Counsel for Lupiloffs |
| Ypsilanti, MI  48197 | 19390 West Ten Mile Road |
| (734)482-5000 | Southfield, MI  48075 |
| | (248)355-5555 |

_____/

## STIPULATION TO DISMISS ALL CLAIMS

IT IS HEREBY STIPULATED by and between the attorneys for the respective parties that all claims by all parties are dismissed with prejudice and without costs.  This dismissal/judgment resolves the last pending claim and closes the case.


/s/Michael F. Schmidt          /s/David A. Dworetsky
Michael F. Schmidt P25213      David A. Dworetsky P67026
Attorney for Nationwide        Co-Counsel for Lupiloffs

/s/John H. Bredell             /s/Albert L. Holtz
John H. Bredell P36577         Albert L. Holtz P15088
Attorney for Keenes            Attorney for Lupiloffs

**HARVEY KRUSE**
ATTORNEYS & COUNSELORS   A PROFESSIONAL CORPORATION
1050 WILSHIRE DRIVE, SUITE 320, TROY, MICHIGAN 48084-1526   248-649-7800

-1-

HARVEY KRUSE
ATTORNEYS & COUNSELORS  ◆  A PROFESSIONAL CORPORATION
1050 WILSHIRE DRIVE, SUITE 320, TROY, MICHIGAN 48084-1526  248-649-7800

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONWIDE LIFE INSURANCE COMPANY,
a foreign corporation,
        Plaintiff/Counter-Defendant,

vs.          Case No.   11-cv-12422-AC-MKM
         Hon. Avern Cohn

WILLIAM KEENE, JENNIFER KEENE,
MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,
        Defendants,

and

MONICA LYNNE LUPILOFF, NICOLE RENEE
LUPILOFF and NICOLE RENEE LUPILOFF,
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GARY LUPILOFF, DECEASED,
        Defendants/Counter-Plaintiffs and Cross-Plaintiffs,

vs.

WILLIAM KEENE, JENNIFER KEENE,
Individually, jointly and severally,
        Defendants/Cross-Defendants.

## ORDER DISMISSING ALL CLAIMS

    In accordance with the above Stipulation,

IT IS HEREBY ORDERED that all claims by all parties are dismissed with prejudice and without costs. This dismissal/judgment resolves the last pending claim and closes the case.

s/Avern Cohn
UNITED STATES DISTRICT JUDGE

Dated: October 17, 2014

HARVEY KRUSE
ATTORNEYS & COUNSELORS   A PROFESSIONAL CORPORATION
1050 WILSHIRE DRIVE, SUITE 320, TROY, MICHIGAN 48084-1526   248-649-7800